**1**

COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.          Holyoke District Court
                      No. 1417AC946

JOHN F. PRONOVOST )
VS.               )
MARK GILBERT      )


Show Cause Hearing
March 16, 2015


APPEARANCES:
J. Timothy Mannion, Esquire, 115 State Street,
Springfield, Massachusetts 01103, on behalf of
John Pronovost.

Shawn P. Allyn, Esquire, 98 Lower Westfield Road,
Holyoke, Massachusetts 01040, on behalf of Mark
Gilbert.


Sarah L. Mubarek
Registered Professional Reporter

---

**2**

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| JOHN PRONOVOST | | | | |
| (By Mr. Allyn) | 3 | | 22, 26 | |
| (By Mr. Mannion) | | 19, 28 | | |
| LOUIS VEZINA | | | | |
| (By Mr. Mannion) | 37 | 49 | | |
| (By Mr. Allyn) | 44 | | | |
| WILLIAM JEBB | | | | |
| (By Mr. Mannion) | 52 | 103, 111, 117 | | |
| (By Mr. Allyn) | 59 | | 98, 105 | |
| THOMAS CHARETTE | | | | |
| (By Mr. Allyn) | 119 | | | |
| (By Mr. Mannion) | | 150 | | |
| MARK GILBERT | | | | |
| (By Mr. Allyn) | 183 | | | |
| (By Mr. Mannion) | | 207 | | |

---

**3**

(Transcription begins at 10:35 a.m.)

CONTINUED CROSS-EXAMINATION

Q.   (By Mr. Allyn:) Good morning.

A.   **Morning.**

Q.   Now, the statement that you're claiming is false, you would agree with me it was written on July 19th of 2013, correct?

A.   **Yes.**

Q.   Okay. And you didn't file the show cause hearing until September 30th of 2014, some 13 months later?

A.   **I wasn't aware of that report when it was written.**

Q.   That's your testimony, you weren't aware of it?

A.   **Not until everything really came about five months later, after that.**

Q.   Well, how about Chief Charette, didn't you have words with him regarding the incident, the report?

A.   **Well, I went to him with my union rep at the time.**

Q.   So you knew about it?

---

**4**

A.   **I heard rumors.**

Q.   You knew about it?

A.   **Actually Chief Charette actually denied at the time any investigation, any involvement with me in anything. To my union person who actually now is Sergeant Daniel Major, that's Sergeant Daniel Major who will be testifying against me now, so I don't think he's a very credible witness for me now.**

     MR. ALLYN: Objection. It's nonresponsive.

     CLERK MAGISTRATE: Sustained.

     MR. ALLYN: Thank you.

Q.   But you didn't file this until Mr. Jebb, who was in Internal Investigations, became the police chief, correct?

A.   **I was looking for a lawyer. I had to wait --**

Q.   Here's the question. You filed this application after Mr. Jebb became the police chief, correct?

A.   **Correct.**

Q.   And you're also looking to become a

5

1   lieutenant, correct?

2   **A.    I am a lieutenant, sir.**

3   Q.    You are?  Are you looking to become a

4   captain?

5   **A.    No.**

6   Q.    Have you taken the test?

7   **A.    Yeah, I took the test.**

8   Q.    When did you take the test?

9   **A.    October this year.**

10  Q.    Right, okay.  And have you had discussions

11  with Mr. Jebb about wanting to become a captain?

12          MR. MANNION:  I'm going to object to

13  that.  It's got nothing to do with an allegation of

14  my client supposedly pulling a gun on Mr. Gilbert

15  in December of 2007.

16          MR. ALLYN:  Can I be heard?  He's

17  calling -- that's the next witness, and I think I

18  have a right to explore motive and bias and the

19  relationship of the parties given that you, as the

20  finder of fact, have to weigh the credibility and

21  maybe motives of the testimony.

22          CLERK MAGISTRATE:  Objection

23  overruled.

6

1   Q.    So have you had conversations with

2   Mr. Jebb about wanting to become a captain?

3   **A.    It depends on the conversation.**

4   Q.    Have you ever mentioned it, "I want to

5   become a captain," to him?

6   **A.    I said I'll take the test.  Why not?**

7   Q.    When's the last time you talked to him

8   about it?

9   **A.    I don't know.  Months ago.**

10  Q.    When?  After he became chief?

11  **A.    Probably.**

12  Q.    Does that mean yes?

13  **A.    Yeah, I think so.**

14  Q.    When's the last time you talked to him

15  about it?

16          MR. MANNION:  It's been asked and

17  answered, ma'am.  I object.

18          MR. ALLYN:  I'm just trying to get an

19  answer from him.

20  **A.    I don't have exact date and time on it, if**

21  **that's what you're asking, sir.**

22  Q.    Was it a few months ago?  Was it a week

23  ago?

7

1   **A.    (Inaudible) a few months ago.**

2          MR. MANNION:  Respectfully, that's his

3   answer.

4          CLERK MAGISTRATE:  Right.  I recognize

5   the first time the question was duplicative, but

6   this was a separate question as to whether it was a

7   few months ago.

8          MR. ALLYN:  Thank you.

9          CLERK MAGISTRATE:  Proceed.

10  **A.    I'm sorry?**

11  Q.    ==You can't tell us, then, when you last==

12  ==talked to Chief Jebb about you wanting to become a==

13  ==captain, correct?==

14  **A.    ==Date?  No.==**

15  Q.    ==Or approximately a week ago, two weeks==

16  ==ago?==

17          MR. MANNION:  That's been asked and

18  answered, ma'am.

19          MR. ALLYN:  He never answered it.

20          MR. MANNION:  He said a couple months

21  ago.  That's an answer, Mr. Allyn.

22          MR. ALLYN:  I'm not going to argue

23  with counsel.  It's obstructionist.

8

1          CLERK MAGISTRATE:  I'm going to ask

2   that we proceed a little bit slower, by allowing a

3   question to be asked.  If there's an objection,

4   raise that objection.  If the witness answers, let

5   the witness answer and then raise an objection --

6   excuse me -- a motion to strike.  I think that's

7   going to help to simmer down what is starting to

8   brew here.

9   Q.    So you want to be -- strike that.  Now,

10  you've already told us in the last hearing that you

11  go to football games?  You've been to football

12  games with Chief Jebb?

13  **A.    Maybe -- I don't go with him.  We may**

14  **tailgate party one time a year maybe, along with a**

15  **lot of other officers from the station.**

16  Q.    I'm not asking you about other officers.

17  All I want to do is focus on you, your complaint

18  and conduct.  So is it fair to say you and the

19  chief are friendly?

20  **A.    I was also friendly with Charette and**

21  **Gilbert.  I have pictures of them at football games**

22  **with everybody else if you'd like to see them.**

23          CLERK MAGISTRATE:  Mr. Pronovost, I'm

11

1  going to ask -- I know that this is a difficult
2  situation for any person to be in, but I'm going to
3  ask that you answer specifically the question that
4  is asked.
5       THE WITNESS:  I'm sorry, ma'am.
6       CLERK MAGISTRATE:  Your attorney will
7  have the opportunity to ask you some questions
8  again if you would like to clarify anything.
9       THE WITNESS:  Okay.  Sorry, ma'am.
10       CLERK MAGISTRATE:  And of course if
11  you want to confer with your attorney at any point,
12  either party, we'll take a recess and give you as
13  much time as you need, okay?  But if you could
14  really do your best to just answer the question,
15  specific question that's asked to you.
16       THE WITNESS:  Sorry, ma'am.
17       CLERK MAGISTRATE:  Thank you so much.
18    Q.    Now, I know you couldn't -- strike that.
19  I know your testimony a few minutes ago, correct me
20  if I'm wrong, was you're claiming you didn't know
21  about the July 19th statement when it was made,
22  correct?  At the time it was made?
23    A.    I can't explain.  The way -- I didn't know

1    actually won it.
2    Q.    Okay.  Here's the question.  Did you bring
3  a grievance for him threatening you?
4    A.    I brought the grievance against him trying
5  to write me up for it, yes.  It's all included
6  inside the same thing.
7    Q.    Well, who first investigated that
8  incident?
9    A.    That was Internal Affairs, Deputy Chief
10  Jebb at the time.
11    Q.    Right.  And that's the person that's going
12  to come in next and testify for you, correct?
13    A.    Uh-huh.
14    Q.    And actually he claimed you did something
15  wrong, but he wouldn't cite what those violations
16  were, correct?
17    A.    No.  He said that we both were yelling at
18  each other, we were both wrong, and we should be
19  men and just tell -- Chief Charette should tell me
20  what he expected of me out of my job performance,
21  and then that should be the end of it.  Because I
22  do not know what Chief Charette wanted at the time
23  because I was going under the rule of Chief

10

1  about a written statement until actually it was
2  around November, December.
3    Q.    Well, you knew that there were issues
4  around this whole subject, you pulling a gun, and
5  actually in fact you knew about it in May of 2013,
6  correct?
7    A.    No, I didn't.  Not until June 10th of
8  2013.
9    Q.    You submitted a report from an
10  investigator, an independent investigator.  Do you
11  recall having an incident with Chief Charette when
12  he was your chief on May 28th, 2013, where you got
13  into a shouting match with him?
14    A.    More as he threatened me and I got loud.
15    Q.    Okay.  He threatened -- you claim he
16  threatened you?  Okay.  Did you bring a criminal
17  complaint for that?
18    A.    No, it wasn't a -- he threatened to throw
19  me on another shift, which by rules and regulations
20  and union, he could not do that.
21    Q.    Did you file a grievance?
22    A.    Actually I did file charges -- well, I
23  fought the charges he brought against me and I

12

1  Ferraro, who was still (inaudible).
2    Q.    Have you read the investigative report
3  that you submitted?
4    A.    Which one?
5    Q.    Your first witness that you called in this
6  hearing submitted -- he drafted --
7    A.    Oh, you mean Pavone?
8    Q.    Correct.
9    A.    Oh, yeah.
10    Q.    You've read his report, correct?
11    A.    Yes.
12    Q.    So you've read pages 10, 11 and 12, the
13  incident regarding his, the independent person
14  investigating Mr. Jebb's conduct with respect to
15  your May 28th incident?
16    A.    I'm not exactly sure what 10, 11, 12 pages
17  are.
18    Q.    Page 10 and 11 of the report.
19    A.    Well, I don't -- I can look at the pages
20  and match things up.
21    Q.    You read it?  Did you read --
22    A.    If you'd like me to take a look at it,
23  sir, I'll take a look at it.

13

1    **Q.**   No, I don't.  Here's what I want you to
2    do.  Just try and answer the questions.  Did you
3    read the portions of the report that related to
4    you?
5        **A.    I read the entire report.**
6        **Q.**   Okay.  So you're aware that the
7    independent individual found that Chief Jebb's
8    investigation was not sufficient regarding your
9    conduct?
10       **A.    No, I don't remember seeing that.**
11       **Q.**   All right.  Because then you know that
12   another investigator had to be assigned to the
13   matter, right?  Is it Captain or Lieutenant Muise?
14       **A.    Acting Chief Charette wasn't happy with**
15   **the decision so --**
16       **Q.**   Here's the question.  Sir, nonresponse.
17           MR. ALLYN:  Nonresponsive.  I'd ask
18   that it be stricken.
19           CLERK MAGISTRATE:  Stricken.
20       **Q.**   You've got to just try and answer the
21   question.  It will be much quicker and easier.
22       **A.    Well --**
23       **Q.**   Your lawyer's here.  If you want to say

14

1    something, he'll redirect.  Now, here's the
2    question.  You know that as a result of Mr. Jebb's
3    inappropriate action with respect to the
4    investigation --
5           MR. MANNION:  I'm going to object to
6    that characterization, madam clerk.
7           MR. ALLYN:  I haven't even asked the
8    question.
9           CLERK MAGISTRATE:  Just let him ask
10   the question first.  I'm not even sure what he's
11   asking.
12       **Q.**   Mr. Muise was assigned to investigate the
13   matter, correct?
14       **A.    To investigate the second time, yes, on**
15   **the same incident.**
16       **Q.**   Well, there was an issue with the first
17   investigation, correct?
18       **A.    Not that I could really see except for**
19   **Officer Charette's eyes.**
20       **Q.**   Well, what about -- strike that.  It's in
21   evidence, the independent investigation.  Then
22   after an investigation was done by someone other
23   than Mr. Jebb, you were suspended for a day,

15

1    correct?
2        **A.    That was a recommended, which I actually**
3    **won.**
4           MR. ALLYN:  Move to strike.
5           CLERK MAGISTRATE:  Can you state your
6    question again?
7        **Q.**   After Mr. Muise conducted an
8    investigation, you were suspended for one day?
9    That's the question, yes or no.
10       **A.    They went to file for --**
11          CLERK MAGISTRATE:  It's a yes or no,
12   Mr. Pronovost.
13          THE WITNESS:  I actually didn't do a
14   suspension, so would that --
15          CLERK MAGISTRATE:  The question, the
16   specific question was after the investigation you
17   were suspended for one day, is that correct or not
18   correct?
19          THE WITNESS:  Okay.  Correct then.
20          CLERK MAGISTRATE:  So that was the
21   answer.  Next question.
22       **Q.**   So you were suspended for a day, and is it
23   your testimony that you were not yelling about this

16

1    gun incident with Chief Charette at the time?
2        **A.    I did not know about it, so how could I**
3    **yell about it?**
4        **Q.**   You never mentioned it, correct?
5        **A.    No.**
6        **Q.**   All right.  And with respect to Judge
7    Howarth's report, do you recall when that was
8    written?
9        **A.    No, I don't.  I know -- I believe it**
10   **was --**
11          MR. ALLYN:  You don't.  You answered
12   the question.  Could I look at Exhibit 3?
13          CLERK MAGISTRATE:  Sure.
14       **Q.**   So have you looked at Judge Howarth's
15   letter to Chief Charette dated August 1st, 2013?
16       **A.    Yes, but not lately.**
17       **Q.**   Okay, yes.  Would you agree with me that
18   it addresses the issue that we're here for today,
19   this gun incident?
20       **A.    If I remember correctly, it has, like,**
21   **several incidents, accusations made by --**
22       **Q.**   I'm just asking you about this incident
23   that you're complaining about, the gun incident.

1    **A.    I believe it's in there.**

2    Q.    Right, it's in there.  And this is in

3    August of 2013, correct?

4    **A.    As I said, sir, I don't remember a date.**

5    Q.    So do you still not know about this

6    statement by this time or the issue that's being

7    raised regarding the gun incident that you're here

8    complaining about?

9    **A.    June 10th, when ex-Mayor Bissonnette --**

10   **well, I don't know how you want me to answer that.**

11   Q.    I just want you to answer the question.

12   Are you telling me in August of 2013 --

13   **A.    June 10th was when I heard.**

14   Q.    Are you telling me in August of 2013, that

15   you didn't know about this issue with the gun, that

16   it's been raised at the police department?  Is that

17   your testimony?

18   **A.    I heard rumors and -- I heard rumors.**

19   **That's all I knew about it.  I had no written**

20   **paperwork, no nothing.**

21   Q.    Who did you hear it from?

22   **A.    You subpoenaed some officers in, I**

23   **believe.**

1    Q.    Who did you hear them from?  Just answer

2    the question.

3    **A.    I heard from several officers.**

4    Q.    Who?

5    **A.    I need to check my notes.  Sergeant**

6    **Jeronimo, Officer Wegrzynek.  Officer Benoit the**

7    **following day was talking about.  Let's see.**

8    **Captain Dakin, I believe.**

9    Q.    Where are your notes?

10   **A.    I don't have them with me right now.**

11   Q.    Where are they?

12   **A.    Probably back at my house.**

13   Q.    Okay.  Will you agree to produce them?

14   **A.    On stuff I wrote down from back then?**

15   **Yes.  I also have a report for you when I went to**

16   **see Acting Chief Charette with Danny Major, about**

17   **the incident, him denying it.**

18   Q.    I don't know what your answer was, but are

19   you saying that Chief Charette denied knowing

20   anything about the gun incident at the time?

21   **A.    He told me not to worry, it had nothing to**

22   **do with me, had nothing to do with anything, and**

23   **tried to put me at ease that, don't worry,**

1    nothing's going to happen.  Bissonnette's trying to

2    pull some crap, and don't worry about it.

3    Q.    Is your testimony that he told you that he

4    didn't know anything about the gun incident?

5    **A.    Involving me anyways.**

6         MR. ALLYN:  Okay.  I have nothing

7    further for this witness.

8              REDIRECT EXAMINATION

9    Q.    (By Mr. Mannion:)  When was the first time

10   you learned, Mr. Pronovost, that Officer Gilbert

11   had produced this letter which is Exhibit 1?

12   **A.    The first time I actually saw the letter**

13   **or heard about a letter, actually saw it was about**

14   **December 2013.**

15   Q.    By the way, just tell madam clerk, how did

16   you learn about this investigation or the report

17   that Pavone finally submitted?

18   **A.    Well, after Pavone report came out,**

19   **everything, actually Deputy Chief Jebb, I think it**

20   **was around the same time period, December, had**

21   **copies of everything through his civil service case**

22   **that he was fighting to get the job as chief, which**

23   **he won.**

1         Also on I think it was December 30th,

2    MassLive came out with Pavone report, all on

3    MassLive, and my name on the front page of the

4    paper the next morning stating that I pulled a gun

5    on another officer, sergeant, and my name and

6    everything about it.  But MassLive had the whole

7    Pavone report on it.  You could go into the

8    document itself.  It had it in there.

9    Q.    All right.  Now, you indicated or

10   Mr. Allyn indicated that there was some sort of a

11   confrontation between you and his client in May of

12   that year, is that right?

13        MR. ALLYN:  Objection.  It was not --

14   that's not --

15   Q.    What was that all about?

16        MR. ALLYN:  That was not the

17   characterization.  It was between him and Chief

18   Charette.  My client had nothing do with the

19   May 28th incident.

20        CLERK MAGISTRATE:  Proceed.

21        MR. MANNION:  I sit corrected.

22        CLERK MAGISTRATE:  Would you mind

23   re-asking your question?

21

1    MR. MANNION:  I'd be happy to.

2    **Q.**    So did you have any conversation with

3  Mr. Gilbert at any time between May and December of

4  2007 with respect to any ongoing investigation?  Or

5  excuse me, 2013.

6    **A.    No.  June 2013 to --**

7    **Q.**    Yeah, forward.

8    **A.    No.**

9    **Q.**    Nothing at all?

10   **A.    Nothing.**

11   **Q.**    Did Mr. Gilbert ever approach you and say,

12  "Listen, you'd better be careful, I'm making this

13  statement"?  Did he ever give you any caution about

14  that?

15   **A.    No, sir.  We did business as usual, as far**

16  **as we have in the past.  We've been friends.**

17   **Q.**    And by the way, sir, were you ever talked

18  to by the special investigator?

19   **A.    No.**

20   **Q.**    Now, did you go to a Superbowl or have

21  some sort of a gathering where Mr. Gilbert was

22  involved at a sporting event?

23   **A.    In the past, yes.  I've gone to several**

22

1  **baseball games, Patriots games.  We've been at**

2  **parties together for years and years.  I could**

3  **bring photos in if you'd like to see them all.  I**

4  **have some great photos and videos of him at my**

5  **Halloween party as a matter of fact.**

6    **Q.**    Could you bring those in for us?

7    **A.    Absolutely.**

8    MR. MANNION:  Because Mr. Allyn wants

9  to see your notes.  We'll show you some movies too.

10  Thank you very much.

11   MR. ALLYN:  Objection.  Just a couple

12  follow-ups here.

13   RECROSS-EXAMINATION

14   **Q.**    (By Mr. Allyn:)  When's the last time you

15  went to a game with my client?

16   **A.    It's been a few years.**

17   **Q.**    When?  What year?  You don't know, right?

18   **A.    I don't remember.**

19   MR. ALLYN:  You don't know.  All

20  right.  I'm done.  Nothing further.

21   MR. MANNION:  I have nothing further,

22  ma'am, if you don't.

23   CLERK MAGISTRATE:  All right.

23

1  Mr. Pronovost, were you contacted by either of the

2  investigators, the first or the second?

3    THE WITNESS:  As far as the -- I'm

4  sorry, ma'am.  The May incident where me and Acting

5  Chief Charette had an argument?

6    CLERK MAGISTRATE:  Well, I heard -- I

7  have not reviewed that report because today it was

8  just submitted.  There was some testimony that

9  after Mr. Pavone's report and investigation, a

10  second investigator was assigned.  Did you have any

11  communication with that second investigator?

12   THE WITNESS:  I believe that was part

13  of -- he was assigned way before that, the second

14  investigator, Captain Muise.  Deputy Chief Jebb did

15  the investigation.

16   CLERK MAGISTRATE:  Did you understand

17  my question?

18   THE WITNESS:  I'm trying to say second

19  investigator, ma'am, it was all before Pavone's

20  report.

21   CLERK MAGISTRATE:  Do you understand

22  I'm not concerning about anything that you're

23  telling me other than an answer to my question?

24

1    THE WITNESS:  Okay.  I'm sorry.  Then

2  I don't understand.

3    CLERK MAGISTRATE:  So my question was

4  did you have any communication with the second

5  investigator?

6    THE WITNESS:  As far as the incident?

7  Like questioning me?

8    CLERK MAGISTRATE:  Did you have any

9  communication with the second investigator?

10   MR. MANNION:  I pray your Honor's

11  discretion.  Madam clerk, we're talking about the

12  report of Pavone is December 3rd.

13   CLERK MAGISTRATE:  Let me back up.

14  There was a report by Mr. Pavone which was

15  submitted in evidence today, okay?  Attorney Allyn

16  inquired as to whether or not, after the second

17  investigation, you were suspended for one day and

18  your answer was yes.  So my question now is did you

19  have any communication with that second

20  investigator?  That's how it was characterized

21  during the questioning.  Did you have any

22  communication with the second investigator?  Yes or

23  no, sir.

25

1      THE WITNESS:  No.

2      CLERK MAGISTRATE:  Thank you.

3      THE WITNESS:  Sorry.  I just wanted to

4  make sure I had the right incident.

5      CLERK MAGISTRATE:  You answered the

6  question.  Thank you.  To be clear, on December

7  10th your testimony was that there was no incident

8  that occurred with Mr. Gilbert?

9      THE WITNESS:  December 10th, ma'am?  I

10  don't know what date.

11      CLERK MAGISTRATE:  That was when you

12  testified the first day of this proceeding.

13      THE WITNESS:  Oh, I'm sorry.  I

14  thought you were talking about back then.

15      CLERK MAGISTRATE:  I'm sorry.

16  December 10th, 2014.  My apologies.

17      THE WITNESS:  I'm sorry, ma'am.  I

18  forgot the question now.  Can you repeat it?

19  There's no contact?

20      CLERK MAGISTRATE:  All right.  I just

21  want to be clear.  Is it your testimony that you

22  did not raise your departmentally issued pistol

23  from your holster and point it at him?

26

1      THE WITNESS:  Yes, that is my

2  testimony.  I did not do that.

3      CLERK MAGISTRATE:  That you did not,

4  okay.

5      THE WITNESS:  Correct, ma'am.

6      CLERK MAGISTRATE:  And that you did

7  not chase him down the hallway?

8      THE WITNESS:  Yes, ma'am, I did not

9  chase him down the hallway.

10      CLERK MAGISTRATE:  You did not chase

11  him out of the building?

12      THE WITNESS:  No, ma'am, I did not

13  chase him out of the building.

14      CLERK MAGISTRATE:  Okay.  Thank you.

15  I have nothing further.  Are there any questions as

16  a follow-up to my question?

17      MR. ALLYN:  I do.

18      FURTHER RECROSS-EXAMINATION

19  Q.    (By Mr. Allyn:)  When the clerk referenced

20  the second investigator, just so I'm clear, is it

21  your testimony that you never spoke to Mr. Muise

22  regarding the incident between you and

23  Mr. Charette?

27

1  A.    No.

2  Q.    So he just -- you just got a one-day

3  suspension notice in the mail?

4  A.    Oh.  Well, they called me into the office

5  with Captain Muise.  Is that what you're talking

6  about?

7  Q.    Right.

8  A.    Where they said you're suspended?

9  Q.    No.

10  A.    Or investigative-wise?

11  Q.    You were just asked whether you spoke to

12  the second investigator, and you agree with me that

13  was Mr. Muise, correct?

14  A.    Yeah.  I thought you meant during the

15  investigation.

16  Q.    Sir, you agree with me that it was

17  Mr. Muise, correct?

18  A.    Actually Charette called me --

19  Q.    I'm not asking you that.  We already

20  established that Jebb did the first one, correct?

21  A.    Uh-huh.

22  Q.    Then he assigned Mr. Muise, correct?

23  A.    Yes.

28

1  Q.    You did speak to Mr. Muise regarding the

2  incident?

3  A.    Not during the investigation.

4  Q.    Okay.  You did speak to him at some point

5  regarding the matter, correct?

6  A.    When he suspended me.

7      MR. ALLYN:  Okay.  Nothing further.

8      MR. MANNION:  Well, if I might.

9      FURTHER REDIRECT EXAMINATION

10  Q.    (By Mr. Mannion:)  Lieutenant, the

11  incident that Mr. Allyn is focusing on with respect

12  to the second investigator was an incident that

13  occurred in May of 2013, is that correct?

14  A.    Correct, in Chief Charette's office.

15  Q.    And the investigation that I think madam

16  clerk is asking you about is from an incident that

17  allegedly occurred, according to Mr. Gilbert, in

18  2007, is that correct?

19  A.    Yes, sir.

20  Q.    December of 2007.

21  A.    I'm getting combobulated here.

22  Q.    Yeah.  So the investigation, the second

23  investigator as Mr. Allyn wants to prove, was this

**29**

1    Lieutenant Muise, is that correct?

2    **A.    Correct.**

3    **Q.**    And as a result of that, after Jebb had

4    said why don't you guys just shake hands and go

5    about your business, it got flipped and you got a

6    one-day suspension, is that correct?

7    **A.    Correct.**

8    **Q.**    And you didn't speak to anybody, is that

9    right?

10    **A.    No, not until I was suspended.**

11    **Q.**    Let me ask you this pointedly, sir.

12    You've read Exhibit 1, Mr. Gilbert's letter to the

13    investigator as part of the record, is that

14    correct?

15    **A.    Yes, sir.**

16    **Q.**    And in that letter, if you read it

17    precisely --

18            CLERK MAGISTRATE:  I'm sorry.  What

19    letter was that, sir?

20            MR. MANNION:  The first letter from

21    Mr. Gilbert, ma'am.

22            CLERK MAGISTRATE:  Thank you.

23    **Q.**    Do you have that letter in mind, sir?

**30**

1    **A.    Yes.**

2    **Q.**    Okay.  When in that letter did Mr. Gilbert

3    allege that this incident happened?

4    **A.    He put in the letter he believes it was**

5    **around December of 2007.**

6    **Q.**    All right.  And do you -- all right.

7    Around 2007?  Okay.  And was that the topic of much

8    conversation inside the department for the last six

9    years or so?

10    **A.    No.**

11    **Q.**    ==Why did it come up in 2013?==

12    **A.    ==Because when Mayor Bissonnette announced==**

13    **==on June 10th who the chief was, which was Charette,==**

14    **==he had a press conference.  He said that he's==**

15    **==called investigators in, which took five different==**

16    **==tries to get someone to investigate a ton of==**

17    **==incidents in the police department, all surrounding==**

18    **==Chief Jebb, who was deputy chief at the time in==**

19    **==Internal Affairs.  He stated he had a sworn==**

20    **==affidavit, and held up a piece of paper on TV, of a==**

21    **==lieutenant who pulled a gun on another officer.==**

22    **Q.**    And so you were aware of that June 10th

23    press conference, is that fair to say?

**31**

1    **A.    I was at my daughter's school in**

2    **Fitchburg, but yes, people were texting me and this**

3    **and that.**

4    **Q.**    But you became aware of that?

5    **A.    Yeah.**

6    **Q.**    That the mayor had given a press

7    conference and stood up there with paperwork

8    allegedly, is that correct?

9    **A.    Yes, sir.**

10    **Q.**    Did you ever see any sworn statement by

11    any officer as the mayor indicated he had?

12    **A.    For June 10th, no.  Captain Gilbert's was**

13    **dated July 19th, five weeks after.**

14    **Q.**    How about do you recall the mayor being on

15    radio two days later on June 12th --

16            MR. ALLYN:  Objection.

17    **Q.**    -- of 2013?

18            MR. ALLYN:  Can I just weigh in a

19    minute?

20            CLERK MAGISTRATE:  Okay, please.

21            MR. ALLYN:  Because it was supposed to

22    be follow-up --

23            CLERK MAGISTRATE:  One second.  Can

**32**

1    you repeat the question?

2            MR. MANNION:  Yeah.  Do you remember

3    the mayor being interviewed on radio two days after

4    the June 12th -- June 10th press conference.

5            CLERK MAGISTRATE:  And what was your

6    objection?

7            MR. ALLYN:  We're going back to the

8    day of the first hearing.  None of this was raised.

9    I thought you said we were at your inquiry.  Now

10    we're going into all other areas that was beyond

11    the recross of the witness.

12            CLERK MAGISTRATE:  Well, this

13    certainly is new territory.  Can you tell me the

14    relevance at this point?

15            MR. MANNION:  The relevance, yes,

16    ma'am, I can.  There is a split or was a split in

17    the Chicopee Police Department, where Mayor

18    Bissonnette was backing the appointed chief of

19    police, Charette, on an interim basis.  While his

20    appointment was being contested by Mr. Jebb, who is

21    now the permanent chief, there was a lot of -- my

22    client believes and so do other people that there

23    was a deliberate attempt to try to smear Deputy

33

1  Jebb at the time, and they used my client, we
2  believe, as a scapegoat.
3      CLERK MAGISTRATE:  All right.  I'll
4  allow it.
5  **Q.**  What do you remember -- do you remember
6  the interview on the radio?
7  **A.  Yes, sir.  I think it was on Rock 102, Bax**
8  **and O'Brien show on June 12th, and I actually audio**
9  **taped it with a tape recorder for my possession.**
10     MR. ALLYN:  Objection.  Nonresponsive.
11 **Q.**  Well, let me ask you this.  This is a very
12 simple question, Lieutenant.  Did you hear, have
13 you heard the radio interview of Mayor Bissonnette
14 dated June 12th, 2013?
15 **A.  Yes, sir.**
16 **Q.**  And do you have a copy of that, sir?
17 **A.  Yes, I do, sir.**
18 **Q.**  That's okay.  But let me ask you this.
19 When did Mr. Bissonnette allege that this incident
20 involving a gun, when did that occur?
21 **A.  When Bax and O'Brien show asked him, he**
22 **said six months ago in June 2013, which would put**
23 **it at December of 2012.**

34

1  **Q.**  And you do know, do you not, sir, that
2  Mr. Bissonnette as a lawyer represented
3  Mr. Gilbert, is that correct?
4      MR. ALLYN:  Objection.
5  **A.  Mr. Charette.**
6      CLERK MAGISTRATE:  There's an
7  objection.
8      MR. MANNION:  I'll withdraw that.
9  Thank you.
10     MR. ALLYN:  So was his answer, just
11 because of the implication --
12     CLERK MAGISTRATE:  I didn't even hear
13 the answer.
14     MR. ALLYN:  Okay, that's fine.
15     CLERK MAGISTRATE:  I just wanted to
16 make sure the objection was addressed before
17 proceeding.
18     MR. ALLYN:  Thank you.
19     MR. MANNION:  I have nothing further.
20 Thank you.
21     MR. ALLYN:  I don't have anything
22 further.
23     CLERK MAGISTRATE:  All right.

35

1  Mr. Pronovost, you may step down.
2      MR. MANNION:  I'd call Lonny Dakin,
3  please.  This may be a witness that I didn't notify
4  Mr. Allyn of, but he's very familiar with this
5  gentleman and it should be no surprise.
6      MR. ALLYN:  Well, I'm not familiar
7  with it, and there was a clear order that all the
8  documents be disclosed to either side, including
9  witnesses.  If you would note, I filed a --
10 complied with your order and listed.
11     CLERK MAGISTRATE:  Yes, you did.
12     MR. ALLYN:  So now we're back to where
13 we started from on the first hearing.  I don't know
14 Mr. Dakin.  I don't have anything regarding
15 testimony or what he has to do with, and he
16 shouldn't be allowed to be called, at least today,
17 because he's not even on the witness list.
18     CLERK MAGISTRATE:  I have the
19 witnesses from Attorney Mannion are a John
20 Pronovost, Michael Pavone Senior, the keeper of the
21 records Chicopee Police Department, and William
22 Jebb.  Those are the witnesses that I have.
23     MR. MANNION:  What's the keeper of the

36

1  record thing?
2      MR. PRONOVOST:  Vezina.
3      (Pause.)
4      CLERK MAGISTRATE:  Good morning.
5      THE WITNESS:  How are you?
6      CLERK MAGISTRATE:  Good.  How are you?
7      THE WITNESS:  Good.
8      CLERK MAGISTRATE:  Would you mind
9  removing what's in your mouth, please?
10     THE WITNESS:  Yes, ma'am.
11     CLERK MAGISTRATE:  And what is your
12 name, sir?
13     THE WITNESS:  Officer Louis Vezina.
14     CLERK MAGISTRATE:  How do you spell
15 your last name, please?
16     THE WITNESS:  V-e-z-i-n-a.
17     CLERK MAGISTRATE:  All right.  Thank
18 you very much.  If you wouldn't mind, raise your
19 right hand.
20     The witness, LOUIS VEZINA, having been duly
21 sworn, testifies as follows:
22     CLERK MAGISTRATE:  You may proceed
23 when you're ready.

37

1      MR. MANNION:  Thank you very much.
2            DIRECT EXAMINATION
3      Q.    (By Mr. Mannion:)  Now, sir, just keep
4  your voice up and identify yourself for the record,
5  please.
6      A.    **Officer Louis Vezina, Chicopee Police**
7  **Department.**
8      Q.    And how long have you been a member of the
9  Chicopee Police Department, sir?
10     A.    **I just started my 16th year on March 6th.**
11     Q.    And do you have some sort of a title?  Are
12  you a captain, a lieutenant, a sergeant?
13     A.    **I'm just a patrolman.**
14     Q.    Now, you're here under a subpoena, is that
15  correct?
16     A.    **Yes, sir.**
17     Q.    And can you tell the clerk, do you have a
18  position in Chicopee Police keeping logs?
19     A.    **Yes, I work in the Bureau Services.  I'm a**
20  **keeper of the records.**
21     Q.    And in the course of ordinary business
22  there at the Chicopee Police Department, is there a
23  daily log that's kept as to who's working what

38

1  shift and what times, et cetera?
2      A.    **Yes, sir.**
3      Q.    And did you bring those with you, some
4  ledgers from 2007 into 2008?
5      A.    **Yes, sir.**
6            MR. MANNION:  And could you produce
7  those for us, please?  Maybe you could just hand
8  that to Attorney Allyn, if you would, Officer
9  Vezina.  Do you want to look at these?
10           MR. ALLYN:  When you're done, yeah.
11           MR. MANNION:  I'm going to give you a
12  copy.
13     Q.    So you have --
14           MR. ALLYN:  Again, if I could just
15  object for the record.  Copies well in advance, and
16  I don't have them, but clearly Mr. Mannion has
17  copies of what he's going to examine on.  So how do
18  I properly cross him?  Just I want that noted.
19           CLERK MAGISTRATE:  Well, I'll
20  reiterate what I stated at the last hearing on
21  December 10th.  I'm not going to accept any
22  exhibits that were not provided to opposing counsel
23  prior to the hearing.  However, you have Mr. Vezina

39

1  present today, and you can inquire of him, and I'll
2  hear his testimony.  If that's based on the
3  documents, then I'll take that, but I won't accept
4  any documents if they have not been provided prior
5  to today.
6      Q.    Are these the official logs that are kept
7  in the ordinary course of business at the Chicopee
8  Police Department?
9      A.    **They are.**
10     Q.    Are you responsible for filling those out?
11     A.    **I am not the supervisor that's in charge**
12  **of that particular shift.**
13     Q.    All right.  And you brought with you these
14  documents from what, 2007 and 2008, is that
15  correct?
16     A.    **That's correct.**
17     Q.    And were you asked any specific questions
18  about reviewing these documents?
19     A.    **I was not.**
20     Q.    But these are kept ordinarily in the
21  ordinary course of business there, is that correct?
22     A.    **Yes, sir.**
23           MR. MANNION:  I'm going to offer both

40

1  of these, please.
2            MR. ALLYN:  I'm objecting for the
3  same.  I think you've already ruled on this.
4            CLERK MAGISTRATE:  I already addressed
5  this matter, so they're not going to come in.  He's
6  here.  He's keeper of the records.  There was no
7  subpoena duces tecum.
8            MR. MANNION:  There was a subpoena
9  duces tecum, madam clerk.
10           CLERK MAGISTRATE:  Well, in terms of
11  submitting the document prior to today.
12           MR. MANNION:  I didn't have the
13  documentation.
14           MR. ALLYN:  He's got copies of it
15  right there, I'll note.
16           CLERK MAGISTRATE:  So he's the keeper
17  of the records.
18           MR. MANNION:  That's correct.
19           CLERK MAGISTRATE:  Today we have a
20  proceeding which was continued from February 27th,
21  which was continued from January 2nd, which was
22  continued from December 10th.  There was ample
23  time, as we discussed in the last date, about

41

1  sharing anticipated evidence to be submitted to the
2  court.  If that has not been done by today, I'm not
3  allowing it in.
4         But you have the witness on the stand who
5  is the keeper of the records.  He can review, read,
6  interpret, testify about what is in those
7  documents, and I'm more than happy to hear that.
8  So if you want to proceed in that manner, we can.
9  Otherwise, we can move on.
10        MR. MANNION:  I'd be happy to do that.
11     Q.    So why don't you take a look and turn to
12  December of 2007.  Do you have that in front of
13  you, sir?
14     **A.    Yes, sir.**
15     Q.    I want you to specifically look --
16        MR. MANNION:  That's for you,
17  Mr. Allyn.
18        MR. ALLYN:  Thanks.
19     Q.    I want you to look specifically, if you
20  can, in that log book.  Is there any indication
21  there or are there indications that lieutenant -- I
22  mean that Jebb, Mr. Gilbert and Mr. Pronovost
23  worked together at some shift during December of

42

1  2007?
2     **A.    Yes.**
3     Q.    All right.  And can you just read that for
4  us?  When did those three persons, which is my
5  client, Mr. Gilbert and Jebb, when did they work
6  together?
7     **A.    It looks like Thursday, December 13th.**
8     Q.    When you say it looks like, is that
9  exactly what it says?
10        CLERK MAGISTRATE:  I'm sorry.  What
11  year was that, sir?
12        THE WITNESS:  It's marked December of
13  2007, ma'am.
14        CLERK MAGISTRATE:  Okay.  Thank you.
15     **A.    It says here that Captain Jebb worked**
16  **eight hours, Lieutenant Pronovost worked four hours**
17  **with a four-hour vacation, and at the time it would**
18  **have been Sergeant Gilbert worked eight hours.**
19     Q.    And what day was that, please?
20     **A.    That was on Thursday the 13th of December.**
21     Q.    And in reviewing that log, is there any
22  other dates in December that the three persons that
23  we're talking about worked together?

43

1     **A.    It would have been the following day.**
2  **Looks like December 14th, the same, eight hours for**
3  **Captain Jebb, four hours for Lieutenant Pronovost**
4  **with four hours vacation, eight hours for**
5  **then-Sergeant Gilbert.**
6     Q.    Now, Officer, when you indicate -- can you
7  tell us, what do the records reveal, what were the
8  shifts that these people were working?
9     **A.    Midnight to 8:00 at the time.**
10     Q.    Midnight to 8:00?
11     **A.    Yes, sir.**
12     Q.    What is that called?
13     **A.    The dog watch.**
14     Q.    The dog watch, all right.  And in looking
15  at the rest of the log for December, are there any
16  other dates that you can locate that show that
17  these two gentleman were working together along
18  with Jebb at that time?
19     **A.    From what I can tell, it looks like just**
20  **one more where all three of them worked together.**
21  **It would have been Thursday, December 20th.  Again,**
22  **Captain Jebb eight hours, Lieutenant Pronovost four**
23  **hours of work, four hours vacation.**

44

1         **I apologize.  I'm sorry.  That's incorrect.**
2  **It looks like Captain Gilbert took the day off.  I**
3  **don't know what S means.  I don't know what the S**
4  **means.  Sick?  Let me just look here again.  No, it**
5  **looks like just those two days that I mentioned**
6  **earlier.  I apologize.**
7     Q.    And just for the record, those are the
8  13th and 14th of December?
9     **A.    That is correct.**
10        MR. MANNION:  I have nothing further.
11  Thank you.
12        CLERK MAGISTRATE:  Attorney Allyn.
13             CROSS-EXAMINATION
14     Q.    (By Mr. Allyn:)  Good morning, Officer.
15     **A.    Morning.**
16     Q.    This book is wide open for anybody to
17  write in it?
18     **A.    It's in the CO's office.  I don't think**
19  **anybody's free to write into it.**
20     Q.    Who was the CO in December of 2007?
21     **A.    It would have been Captain Jebb.**
22     Q.    And if Captain Jebb worked comp time, that
23  wouldn't be reflected in the log that's in front of

45

1   you, correct?
2   **A.   It would.**
3   Q.   All right.  What about overtime?
4   **A.   That I'm not sure.**
5   Q.   Well, there's no indication of anybody
6   working OT, right, in any of these logs?
7   **A.   Not in December of 2007.**
8   Q.   All right.  So as you're aware, I also
9   subpoenaed you here today, correct?
10  **A.   That's correct.**
11  Q.   And if you want to -- you can close that.
12  I'm done.
13  **A.   Okay.**
14  Q.   Just so you're not staring at them.  Now,
15  it's fair to say you know both Mr. Pronovost and
16  Mr. Gilbert?
17  **A.   Yes, sir.**
18  Q.   And how do you -- in what capacity do you
19  know them?
20  **A.   I've worked with both of them since 2000.**
21  Q.   And do you recall a period of time when
22  Mr. Pronovost's wife passed?
23  **A.   I do.**

46

1   Q.   And do you recall observing unusual
2   behaviors of him during this period of time?
3        MR. MANNION:  Objection.
4        CLERK MAGISTRATE:  Basis?
5        MR. MANNION:  What does the word
6   unusual mean, ma'am?  We just indicated that his
7   wife had passed away, and what is usual and
8   unusual, I don't think he can characterize that as
9   unusual.
10       CLERK MAGISTRATE:  Form of the
11  question?
12       MR. MANNION:  Yeah.
13  Q.   I'll just ask you the question.  Did you
14  ever observe Mr. Pronovost with spoons during 2006,
15  2007?
16  **A.   I remember him bringing spoons in.**
17  Q.   What do you remember about it?
18  **A.   One of them was bent.**
19  Q.   And did that have any significance to you?
20  **A.   No.**
21  Q.   Did you have any discussions with him
22  about it?
23  **A.   No, just -- well, I shouldn't say no.  I**

47

1   **mean, he talked about his church, spiritual church**
2   **that he belongs to.**
3   Q.   And was there any -- did you observe or
4   hear anything about him talking about ghosts in
5   2006 and '07?
6   **A.   No, sir.**
7   Q.   But he would bring a bent spoon in to
8   work?
9   **A.   Yes, sir.**
10  Q.   Did you ever raise that as an issue?
11  **A.   No.**
12  Q.   Did you ever talk to him about it?
13  **A.   No.**
14  Q.   Did he ever do anything in the cells that
15  you know of?
16  **A.   Not that I witnessed or heard, sir.**
17  Q.   And regarding the gun incident from 2007,
18  what is the first time you heard about that?
19  **A.   When it broke on the news.**
20  Q.   You never heard anything prior to that
21  about it?
22  **A.   No, sir.**
23  Q.   Did you ever have any discussions with

48

1   Chief Charette about it?
2   **A.   No, sir.**
3   Q.   Do you know a John O'Shea?
4   **A.   I do.**
5   Q.   How do you know him?
6   **A.   He's our property officer.**
7   Q.   Did you have any recent discussions with
8   him regarding Mr. Mr. Pronovost?
9   **A.   No, sir.**
10  Q.   During 2006, 2007, did you ever observe
11  Mr. Pronovost sleeping on the job?
12  **A.   Not that I recall.**
13  Q.   Not that you recall.  Did you ever
14  complain about it?
15  **A.   No.  If I don't recall, sir, I can't**
16  **complain about it.**
17  Q.   Do you deny having a recent conversation
18  with Mr. O'Shea about Mr. Pronovost?
19  **A.   I don't remember having a conversation**
20  **with Officer O'Shea --**
21  Q.   So that means no?
22  **A.   -- or anybody else in the department.**
23  Q.   Have you talked to anybody about coming

49

1  here today?

2  **A.**  **My wife.**

3  **Q.**  Anybody else?

4  **A.**  **Just people at work that know I got**

5  **subpoenaed.**

6  **Q.**  Do you know of anybody complaining about

7  Mr. Pronovost's behavior with the bent spoon in

8  2006 and 2007?

9  **A.**  **I can honestly say I didn't hear anybody**

10 **complain.  I don't believe that stuff, but you**

11 **know, it is what it is.  He believes it, and it's**

12 **his church.**

13     MR. ALLYN:  Nothing further.

14         REDIRECT EXAMINATION

15 **Q.**  (By Mr. Mannion:)  Let me ask you this,

16 sir.  In the latter part of 2007, you had been an

17 officer for about seven years, right?

18 **A.**  **Correct.**

19 **Q.**  And you knew Gilbert and you knew

20 Mr. Pronovost, is that correct?

21 **A.**  **Correct.**

22 **Q.**  As a police officer who was working

23 full-time for the Chicopee Police Department around

50

1  that time in December of 2007, into the near

2  future, did you ever have a discussion with anybody

3  or hear any rumor that a fellow police officer had

4  pulled his service revolver against the other one

5  and chased him down the hallway and out of the

6  building?

7  **A.**  **I have not.**

8  **Q.**  What do you think of the conduct of a

9  person who would pull a gun on a fellow police

10 officer?  I mean --

11 **A.**  **I would hope --**

12     MR. ALLYN:  Objection.

13     CLERK MAGISTRATE:  Sustained.

14 **Q.**  Well, let me ask you this, sir.  Is it

15 fair to say that the community of police officers

16 in Chicopee in particular, you're a very tight

17 group, is that fair to say?

18     MR. ALLYN:  Objection.

19     CLERK MAGISTRATE:  Sustained.

20 **Q.**  If Mr. Gilbert had been the victim of

21 another officer pulling his service revolver on

22 him, would you have known about it, sir?

23     MR. ALLYN:  Objection.

51

1      CLERK MAGISTRATE:  Sustained.

2      MR. MANNION:  That's it.  Thank you.

3      MR. ALLYN:  Nothing further.

4      CLERK MAGISTRATE:  Thank you very

5  much, Mr. Vezina.

6      THE WITNESS:  Am I free to return to

7  work?

8      CLERK MAGISTRATE:  Will the parties

9  have any reason to recall?

10     MR. MANNION:  No, ma'am.

11     CLERK MAGISTRATE:  Then you're all

12 set.  Thank you very much.

13     THE WITNESS:  Thank you.

14     MR. MANNION:  Respectfully though,

15 with respect to the log books, is he allowed to

16 take them?  That's fine.  I have a copy that I'd

17 like to submit of the dates that he --

18     CLERK MAGISTRATE:  Attorney Mannion,

19 I've addressed that twice already.

20     MR. ALLYN:  Three times.

21     MR. MANNION:  Just as long as you've

22 got the dates.  Thank you very much.  Very well.

23     CLERK MAGISTRATE:  All right.  Thank

52

1  you so much.  Have a great day.

2      THE WITNESS:  Thank you.

3      MR. MANNION:  Could we take a

4  five-minute break, please?

5      CLERK MAGISTRATE:  Sure.

6      (Recess taken at 11:16 a.m.)

7      (Hearing resumes at 11:23 a.m.)

8      CLERK MAGISTRATE:  William Jebb?

9      THE WITNESS:  Yes.

10     CLERK MAGISTRATE:  Good morning, sir.

11     THE WITNESS:  Good morning.  How are

12 you?

13     CLERK MAGISTRATE:  I'm great.  How are

14 you?

15     THE WITNESS:  Good, thank you.

16    The witness, WILLIAM JEBB, having been duly

17 sworn, testifies as follows:

18     CLERK MAGISTRATE:  Please have a seat.

19         DIRECT EXAMINATION

20 **Q.**  (By Mr. Mannion:)  Now, just for the

21 record, sir, would you keep your voice up and

22 direct your answers to the magistrate.  What is

23 your full name, sir?

53

1    **A.    My name is William Jebb.**

2    **Q.**    And how are you employed?

3    **A.    I am currently the Chief of Police for the**

4    **city of Chicopee.**

5    **Q.**    And when did you become Chief?

6    **A.    July 10th of 2014.**

7    **Q.**    And who did you replace?

8    **A.    Thomas Charette.**

9    **Q.**    And what was Mr. Charette's position at

10   the time when you took over?  Was he an interim?

11   **A.    He was an interim chief.**

12   **Q.**    And who was the mayor at the time that had

13   appointed Charette to the acting chief job?

14   **A.    That was Michael Bissonnette.**

15   **Q.**    And in just a very brief statement, could

16   you tell the magistrate, how did you become the

17   permanent chief in Chicopee, sir?

18   **A.    Certainly.  I filed an appeal with Civil**

19   **Service, and basically I won the appeal based on**

20   **many of lies and deceptions from the mayor and Tom**

21   **Charette, with the other officers in the department**

22   **that unfortunately engaged in a character**

23   **assassination of me and were involved in making**

54

1    **statements that were untrue, and the commissioner**

2    **in his findings --**

3                MR. ALLYN:  Objection.

4                CLERK MAGISTRATE:  Well, what's the

5    objection?

6                MR. ALLYN:  It's beyond the scope of

7    the question, how did you become chief.  Now we're

8    going to get into what commissioner's findings?

9    What does it have to do with how he became chief?

10   It was brief.  I think he told us.

11               CLERK MAGISTRATE:  I think he answered

12   the question, Attorney Mannion.

13               MR. MANNION:  May I approach the

14   witness, your Honor?

15               CLERK MAGISTRATE:  Sure.

16               MR. MANNION:  Number one.

17   **Q.**    Now, do you recognize that exhibit, sir?

18   **A.    I do.**

19   **Q.**    And what do you recognize it to be?

20   **A.    It's a report authored by Captain Mark**

21   **Gilbert on July 19th, 2013, to then-Chief Charette.**

22   **Q.**    Now, let me ask you, is Mr. Gilbert in

23   this room?

55

1    **A.    He is.**

2    **Q.**    And where is he located?

3    **A.    He's sitting to my right.**

4    **Q.**    And what was your relationship with

5    Mr. Gilbert back in July of last year?  Of '13,

6    excuse me.

7    **A.    July of 2013?**

8    **Q.**    Uh-huh.

9    **A.    I'd like to rewind that I had --**

10               MR. ALLYN:  Objection.

11               CLERK MAGISTRATE:  Well, in this

12   proceeding, as in any other court proceeding, the

13   witness' role is to answer the question that's

14   presented.

15               THE WITNESS:  Certainly.

16               CLERK MAGISTRATE:  So if you could

17   answer the question, please, that would be great.

18   **A.    Well, my relationship back in July of 2013**

19   **with Captain Gilbert was of concern to me because**

20   **of this statement.**

21   **Q.**    When did you become aware of this

22   statement that was authored in July of '13?

23   **A.    Shortly -- right at that time, July of**

56

1    **'13.  There was allegation that was June 10th.**

2    **Mayor Bissonnette then indicated he had statements**

3    **against me relative to alleged misconduct.**

4    **Q.**    And where did -- was that at a press

5    conference, Chief?

6    **A.    That was.  It was at a press conference**

7    **with the announcement of Tom Charette being the**

8    **acting -- well, permanent chief, and then**

9    **subsequently a Rock 102 interview, and I had not**

10   **seen this document until it was released after**

11   **July 19th.**

12   **Q.**    And you've read that letter, have you not?

13   **A.    I have, yes.**

14   **Q.**    And that's been marked as Exhibit 1.  Can

15   you just give the magistrate, what is your reaction

16   to that letter, sir?

17   **A.    Outraged.  When I read it, I look at it,**

18   **and I'm just outraged because it's an outright lie.**

19               MR. ALLYN:  Objection.

20               CLERK MAGISTRATE:  What's the basis of

21   your objection?

22               MR. ALLYN:  It's your determination,

23   not the witness' to characterize.  The document

57

1    also speaks for itself. He's going to give us his
2    opinion. Ask a fact question. There's been no
3    foundation either for him to be some sort of
4    quasi-expert in analyzing documents and rendering
5    some opinion.
6            CLERK MAGISTRATE: Thank you so much
7    for your objection, and I'm not taking it as an
8    expert opinion. It's just simply his lay opinion
9    as to his feelings in reacting to the letter.
10   **Q.**    Now, do you see your name incorporated
11   inside that exhibit, sir?
12   **A.    I do.**
13   **Q.**    And what is that letter in reference to?
14   **A.    It's an allegation where Captain Gilbert**
15   **alleges that we had an incident where Lieutenant**
16   **Pronovost at the time back in 2007 is alleged to**
17   **have pulled a gun on then-Sergeant Gilbert in my**
18   **presence. That's very disturbing to me because it**
19   **never happened. That never occurred. I never**
20   **witnessed it, and I'm shocked.**
21   **Q.**    Now, have you had any conversation with
22   Mr. Gilbert after you were made aware of the
23   contents of that letter?

58

1    **A.    I had a conversation with him shortly**
2    **thereafter. It was a brief conversation, and I**
3    **basically said to him, you know, that I was shocked**
4    **that this is being reported, and his response was**
5    **that, "Oh, it happened," and I basically said to**
6    **him, "No, it didn't, Mark." I said, "It didn't**
7    **happen and it never happened in my presence." I**
8    **said, "If it were to happen, I wasn't there." He**
9    **said, "Oh, you were." I said, "No, you're**
10   **mistaken."**
11   **Q.**    Now, are you familiar with Mr. Pavone's
12   investigative report?
13   **A.    I am.**
14   **Q.    And do you recall that he chastised**
15   **Mr. Gilbert for not reporting this back in 2007, if**
16   **indeed it happened?**
17   **A.    I do. I recall that vividly.**
18   **Q.**    All right. And is it your testimony as
19   you sit here today, sir, that you didn't see John
20   Pronovost pull a service revolver on then-Sergeant
21   Gilbert and chase him out of the building?
22   **A.    That never happened.**
23   **Q.**    What was your position back then, by the

59

1    way?
2    **A.    In what year?**
3    **Q.**    In 2007.
4    **A.    I was the commanding officer. I was a**
5    **captain of the shift. Lieutenant Pronovost was my**
6    **XO, executive officer,** and Mark Gilbert was one of
7    **my sergeants.**
8            MR. MANNION: May I have a second,
9    please?
10           CLERK MAGISTRATE: Sure.
11           (Pause.)
12           MR. MANNION: Nothing further. Thank
13   you.
14           CLERK MAGISTRATE: Thank you.
15           MR. MANNION: Can I just take that
16   back please? Thank you.
17           CROSS-EXAMINATION
18   **Q.**    (By Mr. Allyn:) How is it that you came
19   here today, Chief?
20   **A.    I was subpoenaed in.**
21   **Q.**    Okay. Had you had any conversations with
22   Mr. Pronovost about filing a criminal complaint,
23   application for a criminal complaint against

60

1    Mr. Gilbert?
2    **A.    Today?**
3    **Q.    Prior to today.**
4    **A.    I had discussions with him and his**
5    **attorney.**
6    **Q.**    And what did those discussions include?
7            MR. MANNION: Objection.
8            MR. ALLYN: It's no privilege. A
9    third party is present.
10           CLERK MAGISTRATE: That is correct,
11   but Attorney Mannion, what is the basis of your
12   objection?
13           MR. MANNION: I'm not sure, ma'am. I
14   don't think Mr. Allyn's entitled to it.
15           CLERK MAGISTRATE: Okay. I'm going to
16   allow it because, as he stated, there is a waiver
17   by having a third party present during any
18   attorney/client communication. So I'll allow it.
19   **Q.**    So let's talk about what your discussions
20   were with Mr. Pronovost and Mr. Mannion prior to
21   coming here today.
22   **A.    It was a brief discussion.**
23   **Q.**    When?

61

1   **A.**   **Friday.**
2   **Q.**   **And where did it happen?**
3   **A.**   **The police department.**
4   **Q.**   So you had --
5       CLERK MAGISTRATE:  So by Friday are
6   you meaning Friday the 13th of March 2015?
7       THE WITNESS:  Yes.
8       CLERK MAGISTRATE:  Thank you.
9   **Q.**   So you had Mr. Pronovost's attorney come
10  to the police department to meet with you?
11  **A.**   **Yes, because of my schedule.**
12  **Q.**   And what did you discuss?
13  **A.**   **Basically potentially my testimony.**
14  **Q.**   What was your testimony?
15  **A.**   **Very short.  That it never happened.**
16  **Q.**   Did you have any other discussions?
17  **A.**   **No, not really.**
18  **Q.**   Okay.  So you met with the complainant's
19  lawyer prior to coming here today, correct?
20  **A.**   **Yes.**
21  **Q.**   So when you were commanding officer --
22  strike that.  What was your role in 2013 when the
23  statement was written?

62

1   **A.**   **I was the deputy chief in charge of day**
2   **shift, uniform.**
3   **Q.**   **Why didn't you take a criminal complaint**
4   **out against him?**
5   **A.**   **Excuse me?**
6   **Q.**   **Why didn't you take a criminal complaint**
7   **out against Mr. Gilbert?**
8   **A.**   **Well, you have to understand the dynamics**
9   **of the police department at the time.**
10  **Q.**   **No.  I just said why didn't you do it?**
11  **A.**   **Because I was in a position where I**
12  **couldn't.**
13  **Q.**   **Did you ever go to Chief Charette, tell**
14  **him your concerns?**
15  **A.**   **Really?**
16  **Q.**   **Does that mean no?**
17      CLERK MAGISTRATE:  I'm sorry.  What
18  was the question?
19      MR. ALLYN:  Did you ever go to Chief
20  Charette at the time and tell him your concerns.
21      CLERK MAGISTRATE:  Despite the close
22  quarters, this is a formal proceeding, and I'm
23  going to ask that you conduct yourself accordingly,

63

1   okay?  So the question is posed to you.  Just
2   answer the question, okay?  Thank you.
3   **A.**   **Chief Charette had just removed me from my**
4   **position and put me --**
5   **Q.**   **Here's what I asked you.  Did you ever go**
6   **to the chief with your concerns at the time?  It's**
7   **a yes or no.**
8   **A.**   **No.**
9   **Q.**   **Okay.  So you have this big concern that**
10  **this is outrageous, the way it made you feel,**
11  **absolutely untrue and false, and you didn't**
12  **complain about it, is that correct?**
13  **A.**   **That's incorrect.**
14  **Q.**   Okay.  Who did you complain to about it?
15  **A.**   **My attorney.**
16  **Q.**   When?
17  **A.**   **Right when I got the letter.**
18  **Q.**   But you didn't use the chain of command
19  like you're required to do, correct?
20  **A.**   **Oh, I used the chain of command, yes.**
21  **Q.**   Sir, you know how to use the chain of
22  command because you were in Internal Investigations
23  for years, correct?

64

1   **A.**   **That's correct.**
2   **Q.**   And you know the rules inside and out,
3   correct?
4   **A.**   **I do.**
5   **Q.**   And you didn't bother to even file a
6   complaint regarding your concerns, correct?
7   **A.**   **I did.**
8   **Q.**   And you come here today, you come here
9   with a bias, don't you?
10  **A.**   **I don't.**
11  **Q.**   **You said that Charette and his gang all**
12  **engaged in a character assassination of you,**
13  **correct?**
14  **A.**   **That is correct.**
15  **Q.**   And you don't like Charette, correct?
16  **A.**   **That's incorrect.**
17  **Q.**   You like him?
18  **A.**   **I don't dislike him.**
19  **Q.**   Okay.  But when I asked you why you didn't
20  go report it to him, you said, "Really?"  Remember
21  that?
22  **A.**   **I do recall that.**
23  **Q.**   You actually didn't like him because

**65**

1    Bissonnette bypassed you, correct?

2        A.    He did, yes.

3        Q.    And he appointed Charette instead of you,

4    correct?

5        A.    That is correct.

6        Q.    And your testimony is you were happy about

7    that?

8        A.    That is not my testimony.

9        Q.    Right.  You weren't happy about it,

10   correct?

11       A.    I was not.

12       Q.    And you felt that people, you felt that

13   Mr. Charette engaged in a character assassination

14   of you, correct?

15       A.    He did so.

16       Q.    So are you still friendly with him?

17       A.    I have not had any conversations with him.

18       Q.    When is the first time you had a

19   conversation with Mr. Pronovost about filing this

20   application for a criminal complaint?

21       A.    I don't recall.

22       Q.    You can't recall.  It wasn't filed until

23   after you became the police chief, correct?

**66**

1        A.    I really don't recall the date.

2        Q.    You're the chief now, correct?

3        A.    I am.

4        Q.    Why haven't you initiated disciplinary

5    action then?

6        A.    It's pending.

7        Q.    Where?  You served him?

8        A.    No, but it's pending.

9        Q.    So you haven't initiated any disciplinary

10   action?

11       A.    I have begun an investigation.

12       Q.    What is it?

13       A.    I'm really not at liberty to discuss it.

14       Q.    Sir, you're under oath.  What is it?

15   We're here for a criminal complaint against another

16   police officer.  What is it?

17       A.    I'm working currently with the law

18   department, and there will be an investigation on

19   the truth of this.

20       Q.    Is there an investigation or isn't there

21   an investigation?

22       A.    I just told you there is.

23       Q.    And who's doing it?

**67**

1        A.    That is yet to be determined.

2        Q.    What does it involve?

3        A.    It involves many factors.

4        Q.    What?  What are they?

5        A.    Well, the fact that officers have

6    jeopardized their integrity, they've made false

7    statements, and they're going to be held

8    accountable for those statements.

9        Q.    And you're waiting actually for the

10   outcome of this show cause hearing, correct?

11       A.    No.

12       Q.    No?  What are you waiting for them?

13       A.    I'm waiting for the outcome of other

14   material to be released, and to sit down and have

15   discussions with the mayor.

16       Q.    What material?

17       A.    There's other allegations within the

18   department that are currently pending.

19       Q.    What are they?

20       A.    Do I have to answer this?  They're under

21   investigation and I answered the question.

22       Q.    What are they?  You didn't answer the

23   question.  You said, "Do I have to answer it?"

**68**

1    What are they?

2        A.    Well, many officers within the department

3    have put pen to paper and outright lied about

4    incidents that occurred within the department, and

5    each incident is being investigated, and the

6    officers --

7              CLERK MAGISTRATE:  Let me just

8    interject, if I could.

9              MR. ALLYN:  I'm just trying to focus.

10             CLERK MAGISTRATE:  I appreciate that,

11   but before you continue, let me just say, perhaps

12   in response to some questions you may have about

13   this proceeding, this is a private proceeding.  It

14   is not a matter of public record.  This is a

15   probable cause hearing.  A criminal complaint has

16   not yet issued, so at this stage this proceeding is

17   entirely private unless the parties decide to

18   disclose anything that occurs herein, okay?

19        So as with any witness who's on the witness

20   stand, if a question is asked of you, you need to

21   answer the question.  If you refuse to answer the

22   question, then I'm going to take any evidence that

23   I receive and weigh it for what I think it's worth.

69

1     I think it's important to note here that a
2  lot of the line of questioning and a lot of your
3  testimony is going to I think what is perhaps
4  central to what my determination is going to be,
5  and that's credibility.  So from what I've heard
6  you discussing about some people in the Chicopee
7  Police Department, up to the mayor's office, as
8  well as some questioning that's happening here, a
9  lot of it is centered around credibility.
10     I think -- if I am not correct, please
11  rescue me if I'm wrong -- the line of questioning
12  that Attorney Allyn is pursuing is related to some
13  credibility issues.  So I'm going to ask that he
14  proceed, and then you can decide whether you're
15  going to answer the question.  I would hope that
16  you would because you are in a court of law.  But
17  with that said, I'm going to let you proceed.
18     MR. ALLYN:  Thank you.
19     **Q.**  So what are these allegations with respect
20  to Mr. Gilbert?
21     **A.**  **Well, it's not just Mr. Gilbert.**
22     **Q.**  I just want to know about Mr. Gilbert.
23  What are they?

70

1     **A.**  **Well, more importantly is yes, this**
2  **hearing is part of the process.**
3     **Q.**  Right.  You need -- you're looking for a
4  criminal complaint to be issued, correct?
5     **A.**  **We're letting the process take its course.**
6     **Q.**  Chief, you just told the magistrate that
7  this is a key part to what you're doing, correct?
8     **A.**  **No, I didn't say it was a key part.  We're**
9  **waiting for the completion of this.**
10     **Q.**  Why?
11     **A.**  **Because we're trying to let things play**
12  **itself out.**
13     **Q.**  You know you don't have to wait for the
14  completion of any civil or criminal proceeding to
15  initiate disciplinary proceedings, correct?
16     **A.**  **I am certainly well aware of that.**
17     **Q.**  All right.  But this is key with respect
18  to your plan for Mr. Gilbert, correct?
19     **A.**  **It is not key.  Part of the reason why**
20  **we're not taking disciplinary action is because of**
21  **this.**
22     **Q.**  Why?
23     **A.**  **Because we don't -- I don't want the**

71

1  appearance that I am targeting him for some
2  retribution relative to this issue.
3     **Q.**  You know that's an issue, correct?  It's
4  an issue within the department, correct?  Because
5  you came in here saying these guys tried to
6  assassinate you, remember that?
7     **A.**  **Yes.**
8     **Q.**  All right.  And now you want to say it has
9  nothing to do with these individuals trying to
10  assassinate you, correct?  Yet you're meeting with
11  a complainant's lawyer in your office, correct?  As
12  to what your testimony is going to be here today,
13  correct?
14     MR. MANNION:  I'm going to object to
15  that.
16     **A.**  **It is not.**
17     MR. MANNION:  That is a rambling
18  testimony by Mr. Allyn.
19     CLERK MAGISTRATE:  It's
20  cross-examination.
21     MR. ALLYN:  Thank you.
22     **Q.**  So you're waiting then to see what happens
23  here with respect to what you're telling us is

72

1  going to be your disciplinary --
2     MR. MANNION:  It's been asked and
3  answered three times.
4     MR. ALLYN:  Actually it wasn't
5  answered correctly.
6     MR. MANNION:  Correctly?
7     MR. ALLYN:  It wasn't answered at all.
8  If you stop interfering, we'll be able to get done
9  with the hearing.
10     CLERK MAGISTRATE:  Do we need to take
11  another break?
12     MR. ALLYN:  I don't.
13     CLERK MAGISTRATE:  Counsel?
14     **A.**  **Could you repeat the question?**
15     MR. MANNION:  I'm fine.  Thank you.
16     **Q.**  You're waiting on this with respect to
17  your plan as to Mr. Gilbert, correct?
18     **A.**  **That is not correct.**
19     **Q.**  Okay.  Well, Mr. Pronovost here is trying
20  to become a captain, correct?
21     **A.**  **That's not correct.**
22     **Q.**  No?  You don't know that he took the
23  captain's test?

73

1  A.  He took the captain's exam, I do know
2  that.
3  Q.  When's the last time you had a
4  conversation with him about it?
5  A.  The captain's exam?
6  Q.  Correct.
7  A.  I don't recall.
8  Q.  What about wanting to become a captain?
9  A.  I don't recall that conversation.
10  Q.  How often do you socialize with him?
11  A.  Not that often.
12  Q.  By the way, this has been going on,
13  according to you, since July 19th of 2013. That's
14  when you're claiming is the first time you ever
15  knew of an incident where Mr. Pronovost took out
16  his revolver and pointed it at Mr. Gilbert?
17  A.  Yes, sir.
18  Q.  Is that correct?
19  A.  That's correct.
20  Q.  Yet since then to the current date, even
21  as chief, you've initiated no disciplinary
22  proceedings against Mr. Gilbert, correct?
23  A.  That's correct.

74

1  Q.  Okay. Now, you had an occasion to look at
2  Exhibit 1 obviously prior to today, correct?
3  A.  Which is what?
4  Q.  It was the first document Mr. Mannion
5  showed you, the statement of Mr. Gilbert.
6  A.  Yes.
7  Q.  Did you review that on Friday with
8  Mr. Mannion and Mr. Pronovost?
9  A.  No.
10  Q.  Who else was present in that meeting?
11  A.  That was it.
12  Q.  Where did it take place?
13  A.  In my office.
14  Q.  Now, the statement says that
15  Mr. Pronovost, during this period of time that
16  we're talking about relative to the statement, was
17  participating in practices surrounding
18  communication with spirits. Do you recall that?
19  A.  I do.
20  Q.  And do you recall addressing concerns
21  about it?
22  A.  To who?
23  Q.  To your supervisor.

75

1  A.  I never addressed any concerns with it to
2  my supervisor.
3  Q.  Do you recall him setting up ghost
4  detectors in the prison cells?
5  A.  Do I recall who saying that?
6  Q.  Mr. Pronovost, do you recall him putting
7  little lights in the prison cells?
8  A.  That never happened.
9  Q.  Okay, never happened. Do you recall him
10  bringing colored crystals in to the dispatch area?
11  A.  I've never seen any crystals.
12  Q.  What was his state of mind like after his
13  wife died, do you remember?
14  MR. MANNION: I'm going to object to
15  that. It's impossible for him to know that.
16  CLERK MAGISTRATE: Well, he might
17  recall what his observations were of Mr. Pronovost
18  after his wife passed away.
19  A.  He was mourning and grieving the loss of
20  his wife. He was now a single father of three
21  young children.
22  Q.  Did you know his children?
23  A.  Not personally. I've seen them at a

76

1  Christmas party or a police picnic.
2  Q.  And was there a feeling of sympathy
3  towards Mr. Pronovost during this period of time in
4  the department?
5  A.  Oh, absolutely.
6  Q.  Now, with respect to your overall
7  testimony, what is your relationship like with
8  Michael Bissonnette?
9  A.  You have to be more specific. What type
10  of -- it was always a professional relationship. I
11  have no relationship with him now.
12  Q.  Well, do you include him as one of the
13  individuals that tried to do a character
14  assassination on you?
15  A.  Oh, certainly.
16  Q.  Who else do you include in that?
17  A.  Do you have a copy of the --
18  Q.  No, I'm just asking you who else do you
19  include in it, sir.
20  A.  Well, there was basically four players.
21  Q.  Who?
22  A.  Michael Bissonnette, Thomas Charette, Don
23  Durocher and Jeremy Procon.

77

1   **Q.**  What about Mark Gilbert?

2   **A.**  I didn't think he was one of them.

3   **Q.**  Well, now you think he's one of them,

4  correct?

5   **A.**  Yes.

6   **Q.**  All right.  So you actually now include

7  him in one of the people that you felt tried to

8  assassinate you, correct?

9   **A.**  Yes, now I do.

10   **Q.**  Now, issues came up prior to you even

11  coming here today, and when this statement was

12  written there is an investigation on your conduct

13  as an officer at the police department, correct?

14   **A.**  **Not that I'm aware of.**

15   **Q.**  Did you ever talk to Michael Pavone?

16   **A.**  **Oh, you're -- maybe I misunderstood your**

17  **question.  You're talking about the Pavone report.**

18  **In the past there was an allegation put forward by**

19  **Charette that there was some misconduct, and**

20  **Michael Pavone --**

21   **Q.**  I'm just asking you -- I'm going ask you

22  about that specific incident.

23   **A.**  **Okay.**

78

1   **Q.**  But not right now.  You were aware of an

2  investigation that was done by Mr. Pavone, correct?

3   **A.**  **I was, yes.**

4   **Q.**  It was commissioned by Mr. Bissonnette,

5  correct?

6   **A.**  **It was.**

7   **Q.**  And your police chief, Mr. Charette,

8  correct?

9   **A.**  **At the request of Tom Charette, yes.**

10   **Q.**  Okay.  And the issue that was investigated

11  was your outcomes in Internal Affair

12  investigations, correct?

13   **A.**  **That's the allegations, yes.**

14   **Q.**  And the allegations were your friends were

15  treated lightly, correct?

16   **A.**  **That's an allegation, yes.**

17   **Q.**  And the people you didn't like received

18  more severe punishment, correct?

19   **A.**  **Another allegation, yes.**

20   **Q.**  And that's what was investigated, correct?

21   **A.**  **Correct.**

22   **Q.**  Well, just as an example, one of the

23  incidents was the Plasse investigation, correct?

79

1   **A.**  **Yes.**

2   **Q.**  When officers took photos of a dead corpse

3  at a murder scene, correct?

4   **A.**  **Yes.**

5   **Q.**  And then went to a baseball game or some

6  sort of event?

7   **A.**  **Football.**

8   **Q.**  Football game, and then started showing

9  other citizens the dead body of Amanda Plasse,

10  correct?

11   **A.**  **Absolutely.**

12   **Q.**  And one of the issues was, first of all,

13  when you became aware of it, correct?

14   **A.**  **By Thomas Charette.**

15   **Q.**  And you meted out discipline that this

16  investigator who investigated you felt was not

17  appropriate, correct?

18   **A.**  **That's incorrect.**

19   **Q.**  Doesn't he write that in the report?

20   **A.**  **You have to understand, I recommended --**

21     CLERK MAGISTRATE:  The question is

22  did --

23     MR. MANNION:  Well, the report speaks

80

1  for itself, madam clerk.

2     MR. ALLYN:  I can ask him about the

3  report and his motive.

4     CLERK MAGISTRATE:  Just restate the

5  question.

6     MR. ALLYN:  Sure.

7   **Q.**  Didn't the investigator find that your

8  actions were not appropriate relative to discipline

9  in the Amanda Plasse case?

10   **A.**  **That's an incorrect statement.**

11   **Q.**  They didn't say, "The investigation does

12  lack appropriate discipline"?  Mr. Pavone didn't

13  write that?

14   **A.**  **No, he did.  But I don't impart**

15  **discipline.  That's not my job.**

16   **Q.**  You recommend it?  You investigate it and

17  you recommend it, correct?

18   **A.**  **Yes.**

19   **Q.**  And you recommended much less discipline

20  than the investigator said that incident merited

21  towards those officers, correct?

22   **A.**  **I recommended termination.  I recommended**

23  **termination of Chad Levesque, the individual who**

81

1   showed the photo, and I testified to that in Civil
2   Service.  I testified to that --
3       Q.    I'm not asking you about what you
4   testified to at Civil Service.  I'm asking you
5   about Pavone's report.
6       A.    Correct.  I testified in that report that
7   I recommended termination.  You have to understand
8   dynamics.
9       Q.    Well, you represented -- you actually said
10  that written letters of reprimand should go to
11  Lemay, Godere and Dec's file, correct?
12      A.    That's the chief of police, not me.
13      Q.    As a result of Deputy Jebb's findings.
14      A.    Correct.  I investigate, I don't impart
15  discipline.  That's the role of Internal Affairs.
16      Q.    So at some point you were asked to
17  investigate an incident involving Mr. Pronovost and
18  Chief Charette, correct?
19      A.    That is correct.
20      Q.    And this is a period of time after you
21  were bypassed, correct?
22      A.    No, that's not correct.
23      Q.    Who was the chief May 28th, 2013?

82

1       A.    He was the acting chief at the time, so
2   bypassed --
3       Q.    So we're splitting hairs.  You weren't the
4   chief on May 28th, 2013, correct?
5       A.    No, I was not.
6       Q.    Mr. Charette was acting chief then, is
7   that what you want to dispute with me?  But he's
8   the chief technically?
9       A.    That is correct.
10      Q.    Okay.  And you were asked to investigate
11  Mr. Pronovost, correct?
12      A.    I was, yes.
13      Q.    And that was the subject of you being also
14  investigated, correct?
15      A.    That is correct.
16      Q.    And there was some sort of shouting match,
17  correct, between Mr. Pronovost and his chief,
18  correct?
19      A.    That is correct, yes.
20      Q.    What rule, briefly, does that violate?
21      A.    What rule does that violate?
22      Q.    Yeah.
23      A.    At that point they're having a

83

1   conversation.  He's the chief of police.  You're
2   asking me what rule that violates?
3       Q.    Well, why were you assigned to investigate
4   it then?  This wasn't just an average conversation.
5   Why were you assigned to investigate it?
6       A.    That is the million dollar question.  I
7   don't know why I was assigned to investigate it.  I
8   feel like I was being set up for failure.  He's the
9   chief of police, and he has -- he's the one who
10  disciplines.  If he felt that the lieutenant had
11  violated any policies and procedures of misconduct,
12  he could have immediately suspended him for a
13  period of five days and asked for termination and
14  whatnot.
15      Q.    And I know you think, you believe there
16  was some sort of conspiracy against you, correct,
17  by all these people?
18            MR. MANNION:  Well, at what time?
19  Respectfully.
20      Q.    Well, let's say 2013.  This is the period
21  I'm asking you about, after you've been bypassed
22  and you've been assigned an investigation to
23  investigate Mr. Pronovost, correct?

84

1       A.    Not at this time, I don't believe there
2   was a conspiracy.
3       Q.    ==But at some point you develop this theory==
4   ==that there's a conspiracy against you, right?==
5       A.    ==Call it what you will, but yes.==
6       Q.    ==To assassinate you.  You later claim== that
7   you learn -- you didn't know, but now you know or
8   believe that Mr. Gilbert was part of this
9   conspiracy that you say was out there?
10      A.    It's...
11      Q.    So when allegations are brought against an
12  officer, a charge is made, correct?  Whether it's
13  conduct unbecoming, insubordination, that gets
14  written up and they have a right to respond to it,
15  correct?
16      A.    The investigation, if it's given to me, I
17  will investigate it and determine at that point in
18  time what offenses had occurred, and in the process
19  of that investigation, I submit my findings to the
20  chief of police for disciplinary action.  For
21  instance, if someone violates a conduct, say
22  truthfulness, I would write it up, truthfulness
23  violation, make a recommendation, present it to the

85

1   **chief, and the chief would impart the discipline.**
2   **That's how it works, counselor.**
3        Q.    Okay.  Well, how does the officer know
4   they're being investigated?
5        **A.    We tell them.**
6        Q.    Okay.  So they're notified, correct?
7        **A.    They are.**
8        Q.    And before you start doing an
9   investigation, you have to have some knowledge
10  about what you're investigating, correct?
11       **A.    That is true.**
12       Q.    All right.  So the chief at the time asked
13  you to investigate Lieutenant Pronovost, correct?
14       **A.    That is correct.**
15       Q.    And what is your understanding, tell me
16  right now, what is your understanding of what the
17  dispute was about between him and his chief in May
18  of 2013.
19       **A.    The understanding had to do with, if I**
20  **recall correctly, something to do with a training**
21  **event that the lieutenant had attended with a**
22  **sergeant, and there was some heated discussion,**
23  **two-way heated discussion.  Charette came in my**

86

1   **office and asked me to look into the matter because**
2   **he felt that the lieutenant was disrespectful to**
3   **him.**
4             CLERK MAGISTRATE:  When you say
5   lieutenant and sergeant, who are you referring to?
6             THE WITNESS:  I'm sorry.  My fault.
7   Lieutenant and Tom Charette, the chief at the time.
8             CLERK MAGISTRATE:  Lieutenant who?
9             THE WITNESS:  Lieutenant Pronovost.
10            CLERK MAGISTRATE:  Thank you.
11       Q.    And you found -- well, actually you meted
12  out, recommended no discipline towards
13  Mr. Pronovost, correct?
14       **A.    That's correct.**
15       Q.    And then another investigator was
16  assigned, correct?
17       **A.    That's because he didn't like the results,**
18  **yes.**
19       Q.    I asked you a simple, question.  Another
20  investigator was assigned, correct?
21       **A.    Yes.**
22       Q.    Okay.  And you didn't like -- you were
23  angry about that, correct?

87

1        **A.    No, not at all.**
2        Q.    Well, so you didn't have any feelings
3   about now your work being -- you made a
4   recommendation, but it's being assigned to another
5   investigator to reinvestigate?
6        **A.    I had no problem with anyone looking at my**
7   **findings and reinvestigating them.  No, I don't.**
8        Q.    And what was meted out was a one-day
9   suspension, correct?
10       **A.    I don't believe that's true.  He was never**
11  **suspended to my knowledge.**
12       Q.    Have you read the report of Pavone?
13       **A.    I have read the report, but I know what**
14  **the outcome was.  There was no suspension.**
15       Q.    It was recommended that he be suspended
16  for a day, correct?
17       **A.    It was, but --**
18       Q.    You recommended no discipline, correct?
19       **A.    And no discipline ever occurred.**
20       Q.    Did you ever talk to Mr. Pavone?
21       **A.    Oh, yes, I did.**
22       Q.    So you participated in this, correct?
23       **A.    I was a subject of the investigation so.**

88

1        Q.    Well, sometimes subjects aren't always
2   interviewed, but you did, you actively --
3        **A.    I actively was interviewed, yes.**
4        Q.    And did he talk to you about the mean
5   spiritedness that he referenced in his report and
6   the division between the department members?
7        **A.    He did, yes.**
8        Q.    There were people aligned on your side?
9        **A.    Uh-huh.**
10       Q.    And there were people aligned on
11  Charette's side, correct?
12       **A.    That is correct.**
13       Q.    And right now you're trying to avenge the
14  people that were against you, isn't that true?
15       **A.    That is not correct.  I'm trying to pull**
16  **the department back together after it's been**
17  **fragmented.**
18       Q.    Yet you believe this incident was so
19  serious, you haven't utilized the procedures to
20  have an investigation done, to have Mr. Gilbert
21  disciplined because you're waiting on the outcome
22  of this, correct?
23       **A.    That's not correct.**

1    **Q.**    He hasn't been served with any
2    disciplinary papers, correct?
3    **A.    He has not as of yet.**
4    **Q.**    As of yet because you're waiting, correct?
5    **A.    Not necessarily for this hearing.**
6    **Q.**    Did you ever have any contact with Judge
7    Robert Howarth?
8    **A.    No, I've never had.**
9    **Q.**    Do you know anything about him?
10   **A.    Other than the fact that there's a letter**
11   **authored to him, and that he was one of the many**
12   **that was sought out to investigate me, I don't know**
13   **anything about him.**
14   **Q.**    And actually one of the incidents you were
15   being investigated against was an alleged failure
16   not to act in this particular matter, correct?
17   **A.    Which matter?**
18   **Q.    The matter we're here for today.  The**
19   **subject of you being investigated, correct?**
20   **A.    In there, yes.**
21   **Q.**    And now you're here testifying for the
22   person bringing the show cause hearing, correct?
23   **A.    I'm here because I'm subpoenaed to tell**

1    **the truth, and I'm telling the truth.**
2    **Q.**    How often do you meet with lawyers in your
3    office that represent adversary parties?
4    **A.    Many times.**
5    **Q.**    Really?
6    **A.    I have to say yes in the course of my**
7    **tenure with the Chicopee Police Department.**
8    **Q.**    How about as chief?
9    **A.    I meet with them on a regular basis, the**
10   **law department.**
11   **Q.**    I said private party's lawyers, sir.
12   **A.    It's been a few occasions.**
13   **Q.**    When?
14   **A.    I can't recall the actual times.**
15   **Q.**    Name me one other one.
16   **A.    Give me a moment.  Relative to -- I just**
17   **want to understand the question you're asking.**
18   **Q.**    I just asked a simple question.
19   **A.    Well, if you'd repeat it so I understand**
20   **it.**
21   **Q.**    Since you've been the police chief, how
22   many times have you met with a private party's
23   lawyer when it's an adversarial matter?

1    **A.    Oh, adversarial matter?  No, that hasn't**
2    **occurred.**
3    **Q.**    Hasn't occurred, correct?  So it's very
4    unusual, isn't it, for a private lawyer to bring a
5    criminal complaint to be in your office?
6    **A.    Not when I'm being subpoenaed by that**
7    **private party, and I suggested they meet in the**
8    **office because of my schedule.**
9    **Q.**    Was your lawyer present?
10   **A.    I don't have an attorney.**
11   **Q.**    You don't?  Well, one came for you the
12   first time we were here, Attorney Rooke, right?  Do
13   you remember him?
14   **A.    He's the city attorney, yes, sir.**
15   **Q.**    Well, you rely on the law department?  You
16   just said that you meet with them regularly, right?
17   **A.    I do.**
18   **Q.**    You don't disagree with me that the city
19   solicitor's office represents technically a
20   municipality and the police chief, correct?
21   **A.    That is correct.  He didn't come for me.**
22   **I don't recall that.**
23   **Q.**    Well, he came the last time?

1    **A.    He did.**
2    **Q.**    Did you express to Mr. Mannion how upset
3    you were about this character assassination that
4    was done on you?
5    **A.    No, I didn't.**
6         MR. ALLYN:  One second.  Nothing
7    further, your Honor.  I mean, madam clerk.
8         THE WITNESS:  Maybe some day.
9         CLERK MAGISTRATE:  Well, you may be
10   assuming what my career aspirations are, right?
11        THE WITNESS:  I hope it is.
12        CLERK MAGISTRATE:  Well, it's your
13   hope, but it's my life.
14        REDIRECT EXAMINATION
15   **Q.**    (By Mr. Mannion:)  Now, let me ask you
16   this, Chief.  If you are a subpoenaed witness by a
17   civilian lawyer such as myself, and I didn't make
18   an overture to come and speak to you about your
19   possible testimony, what would you think of
20   Mr. Mannion?
21        MR. ALLYN:  Objection.
22   **Q.**    Do you think Mr. Allyn, if he were your
23   counsel or a private counsel and he had subpoenaed

93

1  you, that it would be appropriate for him to get
2  some information from you before the hearing date?
3          MR. ALLYN:  Objection.
4          CLERK MAGISTRATE:  Basis?
5          MR. ALLYN:  Why is it even relevant
6  what I think?  How does he know what I think?  I
7  mean, it's argument, making an argument.  What does
8  he know about my state of mind?  I've never had any
9  contact with him.
10         CLERK MAGISTRATE:  Very well.
11         MR. MANNION:  I withdraw the question.
12 Thank you.  I have nothing further.
13         MR. ALLYN:  I don't have anything
14 further.
15         CLERK MAGISTRATE:  Mr. Jebb, there's
16 been some testimony about an investigation
17 currently being conducted or that you are
18 overseeing.
19         THE WITNESS:  Correct.
20         CLERK MAGISTRATE:  Do you recall that?
21 Okay.  When was that initiated?
22         THE WITNESS:  I would say within the
23 last few weeks.  I've had --

94

1          CLERK MAGISTRATE:  In 2015?
2          THE WITNESS:  Yes.
3          CLERK MAGISTRATE:  I'm sorry.  You
4  were going to say something?
5          THE WITNESS:  I'm in discussions with
6  the law department about some of the actions with
7  some of the officers involved in a few cases, and
8  we're reviewing our options for disciplinary
9  action.
10         CLERK MAGISTRATE:  And when did you
11 become the chief of police?
12         THE WITNESS:  I became the chief back
13 in July of 2014.
14         CLERK MAGISTRATE:  Okay.  And who
15 initiated this investigation, a request for you to
16 conduct an investigation?
17         THE WITNESS:  Probably established was
18 me, as a result of information ongoing within the
19 department relative to some of these cases, and
20 this is one of them.  But there's an issue
21 involving Amanda Plasse, and there's an issue
22 involving eight other officers that are being sued
23 civilly, and we're in discussions with the city

95

1  about disciplinary action as a result of their
2  actions.
3          CLERK MAGISTRATE:  All right.  And
4  Attorney Allyn had asked you if you were waiting
5  for the outcome of this proceeding, and your first
6  response was, "This hearing is a part of the
7  process," and then you later said no, it's not,
8  that you clarified this was not a key part of the
9  process.  So can you tell me, what other factors
10 are being considered before you make some
11 recommendation or take some action as to this
12 investigation?
13         THE WITNESS:  Certainly.  Because of
14 the dynamics it's hard to give you a Reader's
15 Digest version of what happened, what transpired.
16 Obviously I am an integral part of this process, so
17 I have to be removed from any disciplinary or
18 investigative involvement.
19     I'm trying to work with the law department
20 to determine if another agency needs to be brought
21 in to investigate, like the AG's office, a member
22 of the State Police, CPAC.  We're working on that.
23 We're reviewing the documents and putting all the

96

1  information together.  There are some lawsuits.
2  It's a delicate situation where the city doesn't
3  want to expose themself prior to some of this
4  litigation involving Amanda Plasse, involving the
5  Maldonado choking incident, and even this here
6  today.
7          CLERK MAGISTRATE:  Just so I'm clear,
8  is it your testimony that the city doesn't want to
9  expose itself prior to private litigation and the
10 outcome of private litigation?
11         THE WITNESS:  No.  Maybe I'm not
12 describing it --
13         CLERK MAGISTRATE:  So in other words,
14 let me ask you this.  Is the city conducting
15 independent investigations, separate from what
16 parties might be doing privately?
17         THE WITNESS:  Correct, yes.  We're
18 trying to find out the need, because like I said,
19 ma'am, I'm involved in this.  You know, there are
20 some allegations made against me, and for me to sit
21 there and to have an internal investigation which
22 would be characterized as my henchmen going after,
23 like the attorney here said a minute ago,

97

1  Mr. Allyn, that it's retaliation.
2      So I'm working with the law department.
3  They're reviewing a lot of materials. The mayor is
4  looking at material, and at some point we're going
5  to come to a conclusion regardless of this,
6  regardless of the civil lawsuit, who needs to be
7  brought in to investigate the misconduct of these
8  officers.
9      CLERK MAGISTRATE: So is it your
10 testimony that because allegations regarding this
11 incident involve you, and you don't want there to
12 be some appearance of retaliation or retribution or
13 perhaps impropriety, there will be a decision made
14 as to some neutral investigator, separate from you,
15 is that correct?
16     THE WITNESS: That is absolutely
17 correct, ma'am.
18     CLERK MAGISTRATE: And what is the
19 timeframe for that to be made?
20     THE WITNESS: I'm hoping within the
21 next few weeks. My discussions with the law
22 department, we're trying to put that together.
23     CLERK MAGISTRATE: Thank you. Does

98

1  anyone have any questions --
2      MR. ALLYN: I have some follow-up.
3      CLERK MAGISTRATE: -- based on my
4  questioning?
5      MR. ALLYN: Yes.
6      CLERK MAGISTRATE: Attorney Allyn.
7      RECROSS-EXAMINATION
8      Q.  (By Mr. Allyn:) The last time you were
9  here, you came with an Internal Affairs officer,
10 correct?
11     A.  I did, yes.
12     Q.  Okay. So it hasn't just been a couple of
13 weeks like you just told the magistrate, correct?
14     A.  He was not tasked with the investigation
15 of this.
16     Q.  Why did you want him to sit in on the
17 proceeding before I asked that he be removed?
18     A.  As a witness in the event that there was
19 some sort of misconduct by any witnesses or
20 officers involved.
21     Q.  That's why you sent him here, correct?
22     A.  I asked him to come.
23     Q.  And it was for this matter, correct?

99

1      A.  That is correct.
2      Q.  Right. And that's why he wanted to sit
3  in, correct? So it hasn't just been a couple of
4  weeks like you just told the magistrate, correct?
5      A.  Incorrect.
6      Q.  Now, what does my client have to do with
7  the Amanda Plasse lawsuits?
8      A.  Absolutely nothing.
9      Q.  Nothing, but what you're being told is
10 something doesn't add up with this show cause
11 hearing, correct? By the law department?
12     A.  That is incorrect.
13     Q.  They're worried that you're going to face
14 a retaliation lawsuit by Mr. Gilbert, correct?
15     A.  No, they're not.
16     Q.  You just told the clerk that they're
17 worried about retaliation, correct?
18     A.  You're putting words in my mouth.
19     Q.  Those were your words. You brought up the
20 word retaliation, I didn't.
21     A.  Yes, but not in the context of what you're
22 putting it back on me.
23     Q.  And you're involved waist deep on the

100

1  Amanda Plasse because you were the initial
2  investigator, correct?
3      A.  I was exonerated. Read the report.
4      Q.  Sir, that's not the question. She has the
5  report. I'm just trying to keep you focused.
6  You're in waist deep in Amanda Plasse with the
7  lawsuit against the seven officers because you were
8  the initial investigator, correct?
9      A.  No, that's incorrect.
10     Q.  Okay. So what exposure then -- you told
11 her the city was worried about exposure. What
12 exposure then are they worried about?
13     A.  They're concerned, like I indicated, that
14 they want to make sure that the proper protocol is
15 followed, that the independent -- they're looking
16 at independent investigators to come in. They
17 don't want any indications or any individual
18 pointing fingers about retaliatory behavior for any
19 way, shape or form. They just want to get to the
20 truth.
21     Q.  And that's why you're here today, right?
22     A.  That is correct, that's why I'm here.
23     Q.  You became chief in July of 2014, correct?

1    **A.    That is correct.**

2    **Q.**    And this complaint was filed several weeks

3    later, correct?

4    **A.    I have no idea when it was filed.**

5    **Q.**    September 30th, 2014, that's when it was

6    filed.

7    **A.    Okay.**

8    **Q.**    Did you have any discussions with

9    Mr. Pronovost prior to him filing the complaint?

10    **A.    I did not, no.**

11    **Q.**    Well, how did you know then you would have

12    an Internal Affairs officer come here?

13    **A.    When I was summonsed here, obviously I**

14    **knew that this was happening.**

15    **Q.**    Come on.  You didn't know it was happening

16    prior to being summonsed here?  There was no

17    discussion?

18    **A.    There was discussion.**

19    **Q.**    Of course.

20    **A.    Not the manner in which you're talking**

21    **about.**

22    **Q.**    When?  When was the discussion?

23    **A.    I don't recall.**

1    **Q.**    You don't recall?

2    **A.    I just know that he indicated to me at**

3    **some point that he was filing a complaint, and that**

4    **I was, you know, going to be a witness.  I came**

5    **with my Internal Affairs officer because I wanted**

6    **to obviously protect the rights of the department.**

7    **That's what Internal Affairs does.  If somebody is**

8    **outside acting improperly, if there's any**

9    **misconduct amongst the officers in the hallway, you**

10    **know, we're held accountable 24/7 for what we do.**

11    **Q.**    You are?

12    **A.    Yes.**

13    **Q.**    Okay.  Just give me one minute.  You say

14    the city wants to do things properly, correct?

15    **A.    That's correct.**

16    **Q.**    Yet you've known -- as chief, you just

17    haven't initiated any disciplinary proceedings?

18    You don't need this hearing to initiate

19    disciplinary proceedings, do you agree with that?

20    **A.    I definitely agree.**

21    **Q.**    Okay.  But you want a complaint to issue,

22    correct?

23    **A.    I just want -- honestly, you want to know**

1    what I want?

2    **Q.**    No.  You want a complaint to issue, don't

3    you?

4    **A.    No.**

5    **Q.**    If a complaint issues that would weaken a

6    retaliation complaint against you, correct?

7    **A.    No.**

8    **Q.**    It wouldn't?  It wouldn't hurt, correct?

9    **A.    I think it's irrelevant.**

10        MR. ALLYN:  You brought retaliation

11    up, I didn't.  Nothing further.

12        FURTHER REDIRECT EXAMINATION

13    **Q.**    (By Mr. Mannion:)  Well, let me ask you

14    this, Chief.  In response to Mr. Allyn's question,

15    you said you're here to tell the truth, is that

16    right?

17    **A.    Absolutely.**

18    **Q.**    You want the truth to come out into the

19    light, is that right?

20    **A.    That's my goal.**

21    **Q.**    In December of 2007, sir, on December 13th

22    and December 14th in particular, were you in the

23    company of John Pronovost and Mr. Gilbert when my

1    client allegedly pulled a service revolver on this

2    gentleman here, threatened to kill him and chased

3    him down the hallway?

4        MR. ALLYN:  It's been asked and

5    answered.

6    **A.    No, I wasn't.**

7    **Q.**    What is the truth?

8        MR. ALLYN:  Objection.

9    **A.    The truth is it never happened.**

10    **Q.**    Now let me ask you this.  As the chief of

11    police, are you aware, sir, that Dan Major was

12    investigated for an incident involving a choking of

13    a prisoner?

14    **A.    I was, yes.**

15    **Q.**    Do you know, sir, if in the course of your

16    duties of chief as it stands now, do you know that

17    the investigating officer in that matter was

18    Mr. Gilbert?  Did you know that?

19    **A.    I do, yes.**

20    **Q.**    And have you reviewed his report with

21    respect to whether or not there should be any

22    discipline to Officer Major and the other officers

23    that were there in the booking room?

105

1    **A.    I did.**

2    **Q.**    And do you recall that Mr. Gilbert said

3  that Mr. Major acted admirably along with his

4  fellow officers at that time?

5    **A.    I recall that statement, yes.**

6    **Q.**    And by the way, can you tell us, is that

7  the subject matter of one of the counts in the

8  federal lawsuit?

9    **A.    It is, yes.**

10    **Q.**    And by way of freedom of information, et

11  cetera, is there a video of that choking incident

12  coming out today?

13    **A.    There is, yes.**

14            MR. MANNION:  I have nothing further.

15  Thank you.

16            FURTHER RECROSS-EXAMINATION

17    **Q.**    (By Mr. Allyn:)  What discipline did you

18  mete against Dan Major then?

19    **A.    It's a good question.  I, along with the**

20  **district attorney's office --**

21    **Q.**    I'm not asking you about the district

22  attorney's office.  As the police chief you have

23  the authority to do what you want with respect to

106

1  discipline.  What did you do?

2    **A.    I sat him down, advised him that he's**

3  **suspended for five days.  That's what I did.  I**

4  **suspended him immediately for five days, and I went**

5  **to the mayor.  We talked about what we were going**

6  **to do.  My recommendation was termination at**

7  **minimum.**

8        **I gave that -- when he came to my office,**

9  **he sat down and I had a conversation with him, and**

10  **I told him about my recommendation.  I said,**

11  **"Sergeant Major, it's time.  My recommendation to**

12  **the mayor has been that you be terminated for your**

13  **behavior during the booking video.  However, if he**

14  **chooses not to terminate you, I secondly**

15  **recommended that you be demoted to the rank of**

16  **patrolman.  Now, you have an option.  We can go**

17  **forward with the termination or not.  It's entirely**

18  **up to you what you want to do."  We gave him**

19  **options, and he took -- he opted to retire instead**

20  **of face disciplinary action.**

21    **Q.**    And you felt Mr. Gilbert did something

22  wrong in the investigation?

23    **A.    I certainly did, yes.**

107

1    **Q.**    Well, did you address it with him?

2    **A.    That is one of the issues that will be**

3  **addressed.**

4    **Q.**    So you never even addressed it with him,

5  correct?

6    **A.    Mr. Allyn, you've asked me --**

7    **Q.**    Sir, the question -- you're not asking me

8  questions.  The question is you never informed him

9  of it, correct?

10    **A.    That's correct.**

11    **Q.**    Because you're waiting on this, correct?

12    **A.    That's incorrect.**

13    **Q.**    Then why haven't you?  ==Why aren't you then==

14  ==even for that incident, which isn't related to==

15  ==this, why haven't you initiated disciplinary==

16  ==proceedings?==

17            MR. MANNION:  I'm going to object.

18  It's completely irrelevant to this inquiry.

19            MR. ALLYN:  He brought it up.  He

20  brought Dan Major up.  I never even mentioned Dan

21  Major.

22            CLERK MAGISTRATE:  I'm going to allow

23  it.  The door's been opened.

108

1    ==**A.    At the advice of the city, I have been**==

2  ==**waiting patiently.**==

3    **Q.**    For this?

4    **A.    No, that is not correct.  You keep putting**

5  **this on the table.  There is a lawsuit involving**

6  **eight officers for over $1 million against the city**

7  **for the behavior of those officers, and right now**

8  **the process in that --**

9    **Q.**    Well, what case is this?  That's the

10  Plasse case?

11    **A.    No, this is the Maylene Maldonado choking**

12  **incident.**

13    **Q.**    All right.  So we've talked about a lot of

14  incidents.

15    **A.    That is correct.**

16    **Q.**    So what does that have to do with you

17  being able to initiate disciplinary proceedings

18  against Mr. Gilbert for that event?

19    **A.    I just answered the question.**

20    **Q.**    Retaliation?

21    **A.    It's not retaliation.**

22    **Q.**    The fear of retaliation, correct?

23    **A.    That is not.**

109

1   Q.   Because actually you are retaliating,
2   aren't you?
3   A.   I am not.
4   Q.   And you're angry because you came in here
5   saying, the first thing out of your mouth was the
6   assassinators towards your character, correct?
7   A.   That is correct.
8   Q.   All right.  Just because Dan Major was
9   brought up, you were also investigated with respect
10  to a disciplinary action regarding Dan Major.  Let
11  me just get the proper date.  April 2nd of 2012.
12  A.   Okay.
13  Q.   Do you recall the allegation that -- he
14  won the union presidency over you?
15  A.   Yeah, I do recall that.
16  Q.   You recall it?
17  A.   I recall it.
18  Q.   And there was some tension between you and
19  Dan Major, correct?
20  A.   If you say so.  I don't think there was.
21  Q.   Well, was there?
22  A.   I don't believe there was.
23  Q.   Well, you knew that you were investigated

110

1   for your conduct with respect to the internal
2   investigations you did against him, correct?
3   A.   Yeah, that's true.
4   Q.   And do you consider him as part of the
5   conspiracy?
6   A.   Again, I do now.  At the time I didn't.
7   He was a close personal friend of mine.
8   Q.   But you were able to get him to agree to
9   retire or be terminated, correct?
10  A.   That was his choice, to retire.
11  Q.   Well, but it was initiated from you to the
12  mayor, correct?
13  A.   That is correct.
14  Q.   So he's eliminated?  He was one of the
15  conspirators that tried to assassinate you.  Let me
16  finish the question.  Now he's out of the picture,
17  correct?  And he's someone you later learned about?
18  You didn't know, you claimed, about this
19  conspiracy, correct?
20  A.   If you say so.  You're trying to put words
21  in my mouth.
22  Q.   No, I'm not.  You said you later learned
23  that he was part of the conspiracy.  You thought he

111

1   was your friend.
2   A.   That's true.
3   Q.   And now I just said he's gone, he's
4   terminated, correct?
5   A.   He's not terminated.  He retired.
6   Q.   Well, he retired.  We've already discussed
7   why.  But you also learned that you claim he was
8   part of the conspiracy, and you thought he was your
9   friend, correct?
10  A.   Yeah, I thought so, yes.
11  Q.   And now what?  Now we're on a track to try
12  and get a criminal complaint to issue against him,
13  correct?
14  A.   I'm not.
15  Q.   But you're here with the complainant,
16  correct?
17  A.   I'm here as a witness.
18       FURTHER REDIRECT EXAMINATION
19  Q.   (By Mr. Mannion:)  Now, tell the
20  magistrate what happened criminally with Dan Major.
21  Was he charged?
22  A.   He was charged, yes.
23  Q.   And was he charged in this court?

112

1   A.   He was, yes.
2   Q.   And what was the disposition of his
3   criminal matter?
4   A.   He got a continued without a finding.  He
5   admitted to facts sufficient to assault and
6   battery.  He received probation, anger management,
7   community service.
8   Q.   And Mr. Gilbert had classified his conduct
9   as admirable, is that fair to say?
10  A.   That's the exact term he used, yes.
11       MR. MANNION:  I have nothing further.
12  Thank you.
13       CLERK MAGISTRATE:  I had asked you
14  questions about what other factors were involved
15  before making a decision on your investigation.
16  You made reference to some other matters that are
17  pending as part of this global investigation.  Do
18  you recall that?
19       THE WITNESS:  Yes.
20       CLERK MAGISTRATE:  Are there
21  allegations against you in all of those matters?
22       THE WITNESS:  The allegations --
23       CLERK MAGISTRATE:  Yes or no.

113

1    THE WITNESS: Well, no.

2    CLERK MAGISTRATE: Okay. What

3 percentage of those cases that are in this global

4 investigation, if you can approximate, involve

5 allegations against you?

6    THE WITNESS: All of them, but I was

7 exonerated through the investigation.

8    CLERK MAGISTRATE: You were exonerated

9 through what investigation?

10    THE WITNESS: The mayor hired Michael

11 Pavone to investigate.

12    CLERK MAGISTRATE: I'm speaking of,

13 you made reference to an investigation that when I

14 asked you when it was initiated, you said a few

15 weeks ago, and I asked you in this year 2015, and

16 you said yes. There were a number of matters that

17 you referenced, including the Plasse matter, you

18 mentioned there were eight officers that were being

19 sued civilly.

20    So with respect to all those matters in

21 what I'm describing as a global investigation now,

22 that you have not yet made any decision on, are

23 there any allegations involving you in those other

114

1 matters besides the Pronovost and Gilbert matter?

2    THE WITNESS: No. The Maldonado, I

3 have no part in that.

4    CLERK MAGISTRATE: So are you the --

5 is the Gilbert/Pronovost matter the only matter

6 with respect to all these that are under this

7 investigation that initiated, according to your

8 testimony, a few weeks ago that involve you? Is

9 that the only matter out of all of those that are

10 now being investigated as of a few weeks ago that

11 involve allegations against you? Yes or no.

12    THE WITNESS: No.

13    CLERK MAGISTRATE: What percentage,

14 I'll ask you again --

15    THE WITNESS: Okay.

16    CLERK MAGISTRATE: -- of the cases

17 that are now being investigated involve allegations

18 concerning you?

19    THE WITNESS: Two of the three.

20    CLERK MAGISTRATE: All right. So to

21 be clear, when you mentioned that there are

22 investigations that initiated earlier this year,

23 there are three matters and only three matters that

115

1 are being investigated?

2    THE WITNESS: Right.

3    CLERK MAGISTRATE: And allegations

4 involving you in two of the three matters?

5    THE WITNESS: Correct.

6    CLERK MAGISTRATE: Thank you. With

7 regard to the disciplinary matter against

8 Mr. Major, can you please clarify for me, you

9 stated you sat him down, you suspended him for five

10 days, you told the mayor your recommendation, that

11 you recommended termination, your minimum was

12 demotion to patrolman. He had the option to be

13 terminated or to choose to retire, and he opted to

14 retire instead --

15    THE WITNESS: No.

16    CLERK MAGISTRATE: -- rather than to

17 face -- I'm repeating what your testimony was.

18 Rather than facing disciplinary action. So I'm

19 just asking you for clarification. Did the

20 discipline constitute two pieces, suspension for

21 five days and terminate or retire?

22    THE WITNESS: No. What happens, I

23 only have the authority to suspend somebody for

116

1 five days, which I did. Then I made the

2 recommendation to the mayor, and the recommendation

3 was termination or demotion.

4    CLERK MAGISTRATE: So there were two

5 pieces of the discipline for Mr. Major.

6    THE WITNESS: That's correct.

7    CLERK MAGISTRATE: One was you

8 suspended him for five days per your authority to

9 do so.

10    THE WITNESS: Correct.

11    CLERK MAGISTRATE: And then second

12 was, after giving your recommendation to the mayor,

13 the discipline was Mr. Major was given a choice to

14 be terminated or to retire, and he opted to retire.

15    THE WITNESS: He was going to a

16 disciplinary hearing. That's what it -- he had the

17 option to go to the disciplinary hearing, to face

18 termination or demotion, and he chose to retire.

19 That was an option. He asked if it was on the

20 table.

21    CLERK MAGISTRATE: Okay. So the

22 option was not to be terminated or retire?

23    THE WITNESS: No.

1  CLERK MAGISTRATE:  But to face
2  disciplinary action or retire?
3  THE WITNESS:  Correct.
4  CLERK MAGISTRATE:  And he chose to
5  retire, okay.
6  THE WITNESS:  Right.  That's the
7  option he wanted.  He's the one who brought up if
8  it was okay if he could retire.
9  CLERK MAGISTRATE:  Understood.  Got
10  it.  All right.  Any follow-up questions to my
11  questioning?
12  MR. MANNION:  Yes, I do.
13  FURTHER RECROSS-EXAMINATION
14  **Q.**  (By Mr. Mannion:)  Now, in response to
15  Mr. Allyn's question about the federal lawsuit, et
16  cetera, can you tell us, sir, what are the names of
17  the officers that are being sued individually and
18  as part of the Chicopee Police Department?
19  **A.  I can say that first would be Jeff Godere,**
20  **Thomas Charette, Danny Major.**
21  **Q.**  If I show you a document, would that
22  refresh your recollection?
23  **A.  It would.**

1  **Q.**  So having seen that document, sir, does
2  that refresh your recollection?
3  **A.  It does.**
4  **Q.**  So what are the other persons that are
5  involved?
6  **A.  It's Travis Odiorne, Mark Gilbert, and**
7  **Ryan Moran.**
8  **Q.**  So for a total of how many?
9  **A.  Eight.**
10  MR. MANNION:  Nothing further.  Thank
11  you.
12  CLERK MAGISTRATE:  Anything further?
13  MR. ALLYN:  No, your Honor.
14  CLERK MAGISTRATE:  Thank you very
15  much.  You may step down.
16  THE WITNESS:  Thank you.  Have a good
17  day.
18  CLERK MAGISTRATE:  You too.
19  MR. MANNION:  That's our case.  Thank
20  you.
21  CLERK MAGISTRATE:  Thank you.
22  Attorney Allyn.
23  MR. ALLYN:  If I can call Thomas

1  Charette.
2  CLERK MAGISTRATE:  Yes, please.
3  (Pause.)
4  CLERK MAGISTRATE:  Good afternoon.
5  MALE VOICE:  Magistrate,
6  (unintelligible) sitting in.  I'm not going to ask
7  any questions, just sitting in.
8  CLERK MAGISTRATE:  I have no problem
9  with that.  Does anyone have any objection to his
10  attorney being present?
11  MR. ALLYN:  No.
12  CLERK MAGISTRATE:  And I don't believe
13  I've sworn you in, did I?
14  THE WITNESS:  No, ma'am.
15  The witness, THOMAS CHARETTE, having been
16  duly sworn, testifies as follows:
17  DIRECT EXAMINATION
18  **Q.**  (By Mr. Allyn:)  Good afternoon.  Please
19  state your name.
20  **A.  Thomas Charette.**
21  **Q.**  And are you currently employed?
22  **A.  No.  I'm retired from the Chicopee Police**
23  **Department.**

1  **Q.**  Just briefly, how many years did you work
2  there?
3  **A.  23.**
4  **Q.**  And in what capacities?
5  **A.  I worked as a patrolman, as a sergeant, a**
6  **lieutenant, captain and ended as chief.**
7  **Q.**  In 2007, do you recall what your title was
8  then?
9  **A.  I was a lieutenant on 4:00 to 12:00 patrol**
10  **shift.**
11  **Q.**  Do you know Mark Gilbert?
12  **A.  I do.**
13  **Q.**  And how well do you know him?
14  **A.  We went to the academy together.**
15  **Q.**  Mr. Pronovost, do you know him?
16  **A.  Yes, I do.**
17  **Q.**  And how well do you know him?
18  **A.  The whole time I was on the job.  We**
19  **worked together for quite a few years.**
20  **Q.**  Now, I want to bring your attention to the
21  letter or report that was filed by Mark Gilbert on
22  July 19th, 2013.  Are you familiar with that?
23  **A.  Yes.**

121

1   Q.   Okay.  How did it come about that he filed
2   this with you?
3       A.   I got a call from then-Mayor Bissonnette.
4   He asked me -- I think we were discussing some
5   other things, and then he asked me what I knew
6   about an incident involving Lieutenant Pronovost
7   pulling a gun on Sergeant Gilbert.  I said, "Well,
8   where did you hear about that," and he said, "I
9   hear about everything that goes on."
10          He said, "I'm trying to determine some
11  facts of what happened with that."  So he asked me
12  if I knew about it.  I told him I did.  So he asked
13  me to tell him what I knew about it, so I told him
14  what I had been told.  At that point he asked me to
15  get a written report from Captain Gilbert.
16      Q.   So when Mayor Bissonnette had called you,
17  it's fair to say it's not the first time that you
18  heard of the incident?
19          MR. MANNION:  Well, I would object.  I
20  mean, how does he know that?
21          MR. ALLYN:  Well, he would know what
22  he knew at the time.
23          CLERK MAGISTRATE:  I'm going to allow

122

1   you to ask the question.
2       Q.   So you just described a conversation you
3   had with the mayor.  I'm asking you what you knew.
4       A.   I knew about the incident when it
5   happened.
6       Q.   When did you know about it?
7       A.   I guess it happened on a midnight shift,
8   so that morning I found out about it.
9       Q.   What year?
10      A.   I think it was the winter of 2007, roughly
11  December, November, maybe January 2008.  I don't
12  know exactly.
13      Q.   So this was nothing new to you when
14  Bissonnette called you saying he heard about it,
15  correct?
16      A.   Well, I mean, it surprised me that he had
17  known anything about it, but I was -- yeah, I knew
18  it had happened.
19      Q.   And who reported it to you?
20      A.   Mark Gilbert did.  He called me that
21  morning to tell me what had happened.
22      Q.   You were a lieutenant then?
23      A.   I was.

123

1       Q.   And he was -- was he just regular or?
2       A.   He was a sergeant on the midnight shift.
3   I was a lieutenant on 4:00 to 12:00.
4       Q.   And what was your response to that?
5       A.   I was kind of like, I mean, I'm surprised.
6   We knew that John was going through some stuff and
7   was acting kind of crazy, if you want to say, but
8   that surprised me.
9       Q.   And did you have discussions with anybody
10  else regarding this incident other than
11  Mr. Gilbert?
12      A.   I reported it to my captain the next day
13  that we worked together.
14      Q.   And who was that?
15      A.   Steve Muise.
16      Q.   And is that the individual that's out in
17  the hallway?
18      A.   Yes.
19      Q.   And did you ever have any conversations
20  with Mr. Jebb about the gun incident?
21      A.   No.
22      Q.   Was there talk in the station about the
23  gun incident?

124

1       A.   I heard a few people talking about it.
2       Q.   In what year?
3       A.   Right around the time that it happened.
4   I'm going to say 2007 is my best.
5       Q.   And do you know why no action was taken
6   against Mr. Pronovost?
7       A.   No.
8       Q.   And as the police chief, did you desire to
9   take action against him?
10      A.   No.
11      Q.   Did he ever have any conversations with
12  you regarding Mr. Pronovost, regarding the gun
13  incident?
14      A.   He did.
15      Q.   When were those?
16      A.   The day after Mayor Bissonnette had made
17  an announcement publicly that he was having these
18  things investigated.  The next day John showed up
19  in my office with a union rep, Dan Major, and he
20  asked me if what the mayor had talked about was
21  involving him because he had heard rumors about
22  that.
23          I said the mayor had never consulted with

125

1  me before or after that announcement, I had no
2  awareness of it.  I told him, I said I wasn't going
3  to be taking any action on it regardless of what
4  happened.  It was too long ago, and I wasn't
5  interested in -- I wasn't going to do anything on
6  it.  He had protection.
7      Q.    Well, he had protection, did you mean in a
8  criminal sense?
9      A.    Well, union-wise, and the time had lapsed.
10  I mean, it just wasn't -- to me, it happened at
11  that point like five or six years earlier, you
12  know.
13      Q.    Do you know whether Chief Ferraro had any
14  knowledge of it?
15      A.    I don't.
16      Q.    And so it's fair to say then he did have
17  conversations, he did have a conversation with you
18  about the gun incident, correct?
19      A.    Yes.
20      Q.    Okay.  Do you remember, what was his tone
21  with you that particular day?
22      A.    He was very professional.  He came in with
23  Sergeant Major.  He actually stood at attention,

126

1  and he just asked me if that was -- if the
2  information that the mayor had put out there about
3  the gun incident was in reference to him because he
4  had heard rumors about that.
5          Again, I just told him that I wasn't -- the
6  mayor hadn't discussed it with me, you know, and I
7  just said I wasn't going to be pursuing anything on
8  anyone in regards to those things.
9      Q.    And how sure are you that you had a
10  conversation with him regarding the gun incident?
11      A.    I'm positive.  Two people came in.  He
12  came in and another lieutenant came in about
13  another incident that had been put out there by the
14  mayor, and she was with a union rep, he was with a
15  union rep.  I told both of them the same thing.  I
16  wasn't given any information from the mayor on it
17  so.
18      Q.    So you actually ordered Mr. Gilbert to
19  reduce the incident to writing?
20      A.    Yes, per the instructions of the mayor.
21      Q.    Had the mayor not asked that, would you
22  ever have initiated him to reduce that to writing?
23      A.    No.

127

1      Q.    Okay.  And what if he refused to do that?
2  Would there have been a disciplinary consequence?
3      A.    I think when -- I believe when the mayor
4  had told me to get a statement from Captain
5  Gilbert, I said I would ask him, and the mayor
6  said, "It's not an ask, it's an order.  I want a
7  statement."  I said okay.
8          So I told him to write it, and he kind of
9  questioned me about what's all this, you know,
10  coming up now.  I said, "I don't know."  I said,
11  "He wants a statement," so he wrote the statement.
12  Would it have come down to discipline?  Yeah, if
13  the mayor, if I couldn't convince him to just let
14  it go and he wanted a statement, then yes, he would
15  have had to write a statement or he would have been
16  disciplined.
17      Q.    Now, bringing you back to 2007, the word
18  you used was Mr. Pronovost was acting kind of
19  crazy.  Can you describe what you mean by that?
20      A.    He was always talking about spirits and
21  talking with dead people, that he could bend spoons
22  with his mind.  He brought one in one day and
23  showed it to me and put it on the dispatch counter,

128

1  was talking to dispatchers.  It was just a constant
2  thing about, you know, the spirit world after his
3  wife had passed away.
4      Q.    Did you have any knowledge about him
5  putting some sort of light or ghost detector in the
6  prison cells?
7      A.    I heard, yeah, a lot of different people
8  talking about him putting I think they're called
9  ghost traps.
10      Q.    Do you remember at the time that he did
11  this, was Mr. Jebb commanding officer during this
12  period of time, '06, '07?
13      A.    Yes.
14      Q.    Do you know whether he had knowledge of
15  this ghost trap stuff?
16          MR. MANNION:  I'm going to object.
17          CLERK MAGISTRATE:  Basis?
18          MR. MANNION:  Well, how would he know
19  what Jebb is thinking?
20          MR. ALLYN:  I didn't ask him what he
21  was thinking.  I asked him if he knew, whether he
22  had knowledge of it.
23          MR. MANNION:  Whether Jebb had

129

1  knowledge of it.  How would he know that?
2       MR. ALLYN:  He may have personal
3  knowledge that he knows that.  He may have had a
4  conversation with him.  Let him answer the
5  question.
6       MR. MANNION:  Why don't you just ask
7  him the question, did you have any conversation
8  with Jebb about it?
9       MR. ALLYN:  Why don't you let me do my
10  own examination and you worry about yours?
11       CLERK MAGISTRATE:  Attorney Allyn, you
12  may proceed.  I'm going to allow it.
13       MR. ALLYN:  Thank you.
14   **A.   I would find it hard to believe that he**
15  **didn't know that this was going on.  It was going**
16  **on for months.**
17       MR. MANNION:  I'm going to object to
18  that as unresponsive.
19   **Q.**   Did you ever have any conversations with
20  Mr. Jebb about it?
21   **A.   Not that I recall.**
22   **Q.**   And do you have any knowledge about
23  Mr. Pronovost bringing different colored crystal

130

1  rocks into the dispatch?
2   **A.   I don't think I ever saw them personally,**
3  **not that I recall.**
4   **Q.**   And you said he was having conversations
5  with deceased people?
6   **A.   Well, he would talk about that, yeah.  I**
7  **never saw him having a conversation with anyone,**
8  **but he would talk about it.**
9   **Q.**   And what was the general atmosphere, what
10  was the general feeling towards him during this
11  period of time when he was acting like this?
12       MR. MANNION:  I'm going to object.
13       CLERK MAGISTRATE:  Basis?
14       MR. MANNION:  Well, the general
15  feeling.  There must be -- just think about it, use
16  your common sense.  There must be 100 officers.
17  How is this gentleman going to know what that is
18  all about?
19       CLERK MAGISTRATE:  You asked a similar
20  question earlier.  The witness can testify to his
21  observations.  I'm not looking for nor will I
22  accept any expert opinion.  No one has been
23  qualified as an expert.  He can testify as to a lay

131

1  opinion as to his observations that he personally
2  saw.  So Attorney Allyn, you may proceed.
3   **A.   Are you -- I'm not exactly sure.**
4   **Q.**   Was there a sense of sympathy or how did
5  people --
6   **A.   Yeah, I think everyone felt -- you know,**
7  **everyone was pretty -- for the most part, most**
8  **people I knew were friendly with John and felt bad**
9  **about the situation he had gone through, you know.**
10  **Myself, I was wondering -- I didn't really know**
11  **what to think, whether he was -- whether there was**
12  **a serious mental issue, whether he was goofing on**
13  **it.  I didn't know.  I had no idea.**
14       MR. MANNION:  I'm going to ask that
15  that answer be stricken.  That was unresponsive,
16  gratuitous.  It has nothing to do with the question
17  asked by the attorney.
18       MR. ALLYN:  I'll leave it up to your
19  discretion.  It might have been nonresponsive, but
20  it wasn't intentionally elicited, but that's fine.
21   **Q.**   Are you familiar with a Mr. Pavone?
22   **A.   Yes.**
23   **Q.**   Now, did there come an occasion you had

132

1  communications with him?
2   **A.   Yes, he came in and interviewed me for**
3  **about an hour.**
4   **Q.**   And what did he interview you about?
5   **A.   Several different incidents that the mayor**
6  **had wanted investigated and some that I wanted**
7  **investigated.**
8   **Q.**   One of them was this incident?
9   **A.   Yes.**
10   **Q.**   And is it fair to say you told him that
11  you had knowledge of it at the time it happened?
12   **A.   I don't know if I -- I'm not sure, to be**
13  **honest with you.  I know we did have a conversation**
14  **about all these incidents, and I don't know exactly**
15  **what we discussed in regards to that.**
16   **Q.**   And who was the focus on with respect to
17  all the incidents that were going to be
18  investigated by Pavone?
19   **A.   I think there was a lot of different ones**
20  **with different focuses.  I really --**
21   **Q.**   I meant was there a particular officer
22  that was being focused on with respect to what
23  Pavone was?

133

1     **A.     I think there was, like, seven different,**
2     **seven or eight different cases I think that were**
3     **being looked at.**
4     Q.     Who was the internal investigating officer
5     regarding the cases that he was looking at?
6     **A.     Bill Jebb.**
7     Q.     What is your relationship like with
8     Mr. Jebb?
9     **A.     I have no relationship with him.**
10    Q.     At some point he was bypassed when you
11    became the acting police chief?
12    **A.     Uh-huh.**
13    Q.     And what was your relationship like with
14    him then?
15    **A.     After I became chief?**
16    Q.     Yes.
17    **A.     Horrible.**
18    Q.     And can you describe what you mean by
19    horrible?
20    **A.     I felt like he was trying to subvert me,**
21    **everything that I did.  I tried -- I brought him**
22    **in, had a conversation, tried to, you know, kind of**
23    **bring things together and asked for his**

134

1     **cooperation, and it just was never forthcoming.**
2     Q.     And during this period of time, he had a
3     Civil Service appeal pending, is that fair to say?
4     **A.     Yes.  Well, not originally.  I was the**
5     **interim chief for a year, and then I was made**
6     **permanent chief, and that's when he filed his**
7     **appeal.**
8     Q.     And did he call you, was he intending to
9     call you as a witness in the Civil Service matter?
10    **A.     I was a witness.  I don't know if he**
11    **called me.**
12    Q.     You were a witness.
13    **A.     But the city called me.**
14    Q.     And were the issues in the Civil Service
15    hearing that Pavone investigated, were they brought
16    up?
17    **A.     I don't think so.  Not -- well, I don't**
18    **think they were brought up to me when I was -- I**
19    **obviously was sequestered, so I wasn't in there for**
20    **the entire thing.**
21    Q.     Do you know why you were called, Civil
22    Service?
23    **A.     I think just because, you know, the**

135

1     attorney representing the city wanted to get my
2     background and history and all that.
3     Q.     Now, when you saw Mr. Gilbert's statement
4     that you ordered him to write, did you believe it
5     was false?
6     **A.     No.**
7     Q.     Why not?
8     **A.     Because he had told me about it six years**
9     **earlier.**
10    Q.     And did you take any disciplinary action
11    against him at the time he handed the statement in?
12    **A.     No.**
13    Q.     And did you have any conversations with
14    Mr. Jebb at the time this statement was handed in?
15    **A.     I don't believe so.**
16    Q.     At some point did you have -- do you know
17    whether Mr. Jebb found out about the statement?
18    **A.     Yeah, at some point.  At some point, you**
19    **know, it was made kind of public, yeah.**
20    Q.     Did you have any conversations with him at
21    that point?
22    **A.     I don't believe so.**
23    Q.     So you went through the statement after

136

1     you got it, correct?
2     **A.     Yes.**
3     Q.     You didn't find anything was false in it?
4     **A.     No.  Well, according to what he reported**
5     **to me.  I obviously wasn't there, but it was in**
6     **line with what he had reported to me six years**
7     **earlier.**
8     Q.     The first time Mr. Pronovost came to you
9     with the union person, was he acting like that's
10    the first time he learned of the gun incident?
11    **A.     I couldn't say.  Like I said, he came in**
12    **very professionally, stood at attention.  He asked**
13    **if that was about him because he had been -- he'd**
14    **heard rumors.**
15    Q.     And at some point did you have another
16    conversation with him where you referred that
17    matter to be investigated?
18    **A.     I had a disciplinary issue with him, yes.**
19    Q.     And what was that issue?
20    **A.     I had spoken to him about a training**
21    **matter.  He was a training officer, and he'd**
22    **attended a couple training courses, and he brought**
23    **along a sergeant with him that they're good**

137

1  friends.  I didn't think the matters were
2  appropriate for him to be, you know, going to
3  without running anything through me.  As chief, you
4  know, I have the final say on all training and who
5  goes where.
6      So I basically told him, you know, don't be
7  pulling that and going to whatever you want and
8  bringing Vic Jeronimo with you, and it kind of got
9  a little heated.  He kind of retorted at me with
10  something.  I brought him into the office to have a
11  conversation, and it got heated, and he asked for a
12  union rep.  So I told him to get one, and I called
13  the captain to come in and stand in as a witness as
14  well.
15      Q.    Now, with respect to Mr. Muise who's in
16  the hallway, did you subpoena him here today?
17      A.    I did.
18      Q.    What was the purpose of subpoenaing him?
19      A.    Basically just to verify that I had
20  reported the matter to him when it happened, when I
21  was informed of this six years ago.
22      Q.    And he was -- what was his rank at that
23  point in time?

138

1      A.    He was my shift commander.  He was
2  captain.
3      Q.    And he would have reported to who?
4      A.    The chief.
5      Q.    Do you know whether he reported it to the
6  chief?
7      A.    I have no idea.
8      Q.    But you actually, when you learned about
9  it in this period of time, you reported it,
10  correct?
11      A.    Well, yeah, I talked to -- I mean, I spoke
12  to my captain about it.  We had a good
13  relationship.  I just said, hey, this is what I was
14  told.
15      Q.    And did he know at the time, if you know,
16  about the ghost stuff and the crystals and the bent
17  spoons?
18      A.    Yes, I'm sure he did.
19      Q.    When you say a bent spoon, was he actually
20  working when he brought the bent spoon in?
21      A.    He was relieving -- he would relieve me.
22  You know, he'd come in at quarter of or whatever.
23  I'd be there until midnight or sometimes a little

139

1  later if I had a late call.  Yeah, he was on duty,
2  I was on duty.
3      Q.    Do you know if you or any other co-worker
4  complained about this kind of conduct?
5      A.    Not that I'm aware of.  I know that
6  Sergeant Gilbert had an issue with it and made some
7  comments about the behavior that was going on.
8          MR. ALLYN:  If I could just have one
9  second?
10          CLERK MAGISTRATE:  Sure.
11          (Pause.)
12      Q.    So the statement was written on July 19th,
13  2013.  How long, how many more months were you
14  there after that?
15      A.    About a full year.
16      Q.    And it's fair to say Mr. Pronovost learned
17  of the statement while you were the chief, correct?
18      A.    Yes.
19      Q.    Did he ever come to you and say, "I want
20  to bring a criminal complaint against Mark
21  Gilbert"?
22      A.    No.
23      Q.    Was there any discussion about bringing a

140

1  criminal complaint against Mark Gilbert?
2      A.    No.  The only thing I heard from him was
3  when he reported to my office to ask if the
4  announcement that Mayor Bissonnette made was in
5  reference to him.  That was the only conversation
6  we ever had about any of this.
7      Q.    And it's fair to say, I think you
8  testified that you told him no discipline would
9  come of it because you he felt it was too stale?
10      A.    Yeah, I told him I wasn't planning on
11  taking any action on it.  I believe I told the
12  mayor that on the phone when he originally had
13  asked for the statement.  I think I discussed that
14  with him and said, "Listen, this is too old."  You
15  know, kicking a hornet's nest here for no reason.
16      Q.    And when you were the police chief, was he
17  trying to become a captain, Mr. Pronovost?
18      A.    Well, he was a lieutenant, so that would
19  be the next natural progression.
20      Q.    Do you know whether he was trying to do it
21  under your watch?
22      A.    There was no captain's test while I was
23  the chief.  They have to take a test prior to

141

1  getting any promotion.
2  **Q.**  Do you know, since you were the police
3  chief, does the department have, like, an EAP
4  program for your employees, employees concerns?
5  **A.**  Assistance, yes.
6  **Q.**  At any point -- well, in 2007 did that
7  program exist, if you know?
8  **A.**  I believe it always has, but I can't say
9  definitively.
10  **Q.**  Do you know whether Mr. Pronovost was ever
11  referred there?
12  **A.**  I know after my disciplinary incident with
13  him in 2013, he was.
14  MR. MANNION:  I'm going to object to
15  that as being unresponsive to the question.
16  MR. ALLYN:  I think he answered it.  I
17  asked him if he was ever referred there.  He said
18  yes, he was.
19  MR. MANNION:  He couched his question
20  about 2007, the incident.
21  CLERK MAGISTRATE:  The question was
22  was he ever referred there, and the witness
23  answered that question.  Let's move on.

142

1  **Q.**  Have you had an opportunity to read the
2  Pavone report?
3  **A.**  I did.
4  **Q.**  Did you see in his conclusions he talks
5  about the mean spirited division within the
6  department?
7  **A.**  Yes.
8  **Q.**  Do you know, did you have conversations
9  with him regarding that issue?
10  **A.**  No.
11  **Q.**  Do you know what he meant by that?
12  **A.**  He knew that there was -- I mean, with our
13  discussion, I had told him that there was a small
14  faction that was very divided, including Bill Jebb,
15  Joan Pronovost, Lonny Dakin and one or two other
16  persons, but that was basically it.  I think he
17  characterized it like there was this major
18  division.  It really wasn't, but he never discussed
19  that with me once he started the investigation.
20  **Q.**  So one of the factions to your knowledge
21  was Pronovost, Jebb and who?
22  **A.**  Dakin.
23  **Q.**  Do you know whether that faction had any

143

1  animosity towards you?
2  **A.**  Yeah, they did.
3  **Q.**  Do you know why?
4  **A.**  Because I got the position over Bill Jebb
5  and, you know, they were not happy about it for a
6  little while.
7  **Q.**  And prior to you getting the position over
8  Bill Jebb, did you have -- were there any issues
9  between you and Jebb?
10  **A.**  Not per se.  I mean, obviously we'd bump
11  heads once in a while as captains or whatever, but
12  we had -- we share a common nephew.  I've known
13  him -- I grew up, basically grew up with him.  You
14  know, we didn't hang around, but I've known him
15  most of my life, so we didn't -- he was a
16  recommendation for me on my application for the
17  job.
18  **Q.**  So the faction, would you agree the
19  faction or the animosity just occurred because he
20  got bypassed?
21  **A.**  Yes.
22  **Q.**  And is it fair to say whatever happened
23  between him and Bissonnette, that you had no

144

1  control over it, whatever the mayor allegedly was
2  trying to do to him?
3  **A.**  Yeah, no, I had no control over it.
4  **Q.**  Were you trying to assassinate Jebb's
5  character?
6  **A.**  No.  The only thing that I had done is
7  involving the Maylene Maldonado incident with
8  Sergeant Major.  I assigned that investigation to
9  Captain Gilbert, and Deputy Jebb took the video and
10  brought it to city hall without any knowledge of
11  mine.  That video was evidence, so he circumvented
12  a lot of policies and rules when it was being
13  investigated by another captain.
14  I was extremely upset that he would try to
15  subvert me like that.  I was working that day.  I
16  was doing CPR.  I had a phone.  He could have
17  simply called me and said, you know, the mayor
18  wants this or the city solicitor asked me to bring
19  this.  He never did any of that, just took it upon
20  himself, which I felt was, you know, his intention
21  to subvert me, and to try and go after Sergeant
22  Major who he had a personal issue with.
23  **Q.**  I'll just get to the personal issue with

145

1  Major briefly, but so it's fair to say the case --
2  what was the name of the case you just referenced?
3      A.   It was the Maylene Maldonado.
4      Q.   This is the lawsuit, correct?
5      A.   Correct.
6      Q.   So actually he was involved with the
7  incident when it occurred?
8      A.   He saw the video.  He's the first one that
9  brought the incident to my attention.
10     Q.   So you assigned a different internal
11 investigator to investigate the matter, correct?
12     A.   I assigned the shift commanding officer.
13     Q.   Did he have an issue with that?
14     A.   We never discussed it.
15     Q.   But he went on his own accord, took a
16 video and brought it to the mayor's office?
17     A.   Yes.
18     Q.   And you would agree that bypassed the
19 chain of command, correct?
20     A.   Absolutely.  So I requested an outside
21 investigator to investigate that.  I didn't think
22 it would be fair for me to do it myself, being as
23 we were in this, vying for the same position.  I

146

1  didn't want it to come off that I'm trying to bury
2  him by investigating it myself, and when I do find
3  him guilty and ask him to be suspended for five
4  days, it wouldn't have looked right.
5          So I asked the mayor to get an outside
6  investigator for that specific incident only, and
7  then he came up with this whole -- all these
8  different things that he was concerned about to
9  have investigated.
10     Q.   This was the mayor?
11     A.   Yeah.
12     Q.   The mayor and Jebb -- well, he had
13 bypassed Jebb, correct, during this period of time?
14     A.   Well, he had bypassed him for the interim
15 spot.
16     Q.   And then made you permanent?
17     A.   Made me permanent.
18     Q.   So you're a defendant in the lawsuit,
19 correct?
20     A.   I've been named, yes.
21     Q.   Do you know if the plaintiffs know about
22 Jebb's conduct, taking it to the mayor, as you've
23 described it?

147

1          MR. MANNION:  I'm going to object.
2      A.   I have no idea.
3      Q.   But you have knowledge that he's involved
4  in that case, correct?
5      A.   He's the one that ultimately brought it to
6  my attention three months after it occurred,
7  because there was never any complaint made on it.
8  He saw the video and was concerned about it, sent
9  me an email, and I assigned Captain Gilbert to
10 investigate.
11     Q.   And prior to the incident, Major was the
12 individual that was really -- had the dispute with
13 the person in the lockup?
14     A.   Yeah, he grabbed her by the neck.
15     Q.   And there had been a history between Major
16 and Jebb?
17     A.   Yes.
18     Q.   As it was, how would you characterize that
19 history, without going into all of it?
20         MR. MANNION:  I pray your judgment.
21     Q.   How would you characterize that --
22         CLERK MAGISTRATE:  I'm sorry.  What
23 did you say?

148

1          MR. MANNION:  I pray your judgment.  I
2  mean, use your discretion, ma'am.  I would object
3  to this question.  It's so open-ended.  In other
4  words, what is the relationship between he and
5  Jebb at what time?  They worked together, as you
6  heard --
7          CLERK MAGISTRATE:  Well, you can
8  certainly narrow it down.
9          MR. ALLYN:  Sure.
10     Q.   I was focusing you on the prior
11 relationship between Dan Major and Jebb.  Just so
12 the clerk knows, the reason I'm doing this is
13 because of the previous testimony we just heard
14 from Mr. Jebb.
15         Prior to the incident, the new incident
16 with Major, did you have -- was there a period of
17 time, and if you could identify that period of
18 time, where there was animosity between Jebb and
19 Major?
20     A.   In 2012 in April, Dan Major ran against
21 Bill Jebb for the union president's job.  Bill had
22 been the union president for about eight years.
23 Dan beat him.  I know Bill was upset about it.  He

149

1  did a few things that were kind of childish.
2      **Q.**  When you say he, you mean Jebb?
3      **A.**  Yes.
4      **Q.**  What did he do?
5      **A.**  He took the union clipboard and he broke
6  it over his knee, and told Pat Major, who was -- I
7  think it was Pat, maybe it was Dan -- that that was
8  his personal board and they could get a new one or
9  whatever.  He didn't follow any protocols.  He was
10 supposed to turn all the ballots over to the
11 winner, which was Dan Major.  He apparently
12 destroyed them.  There was a few other violations
13 at least of the union bylaws that he committed.  He
14 was very upset.
15     **Q.**  And I don't want to go into the full
16 thing, but there was obviously another allegation
17 made against Mr. Jebb regarding Dan Major and how
18 he was treated in 2012, over feeling that he was
19 being retaliated against because of the union vote,
20 how it worked out?
21     **A.**  Correct.
22         (Pause.)
23         CLERK MAGISTRATE:  Sorry to interrupt.

150

1  Running out of paper.
2         MR. ALLYN:  I don't have anything
3  further.
4         CLERK MAGISTRATE:  Attorney Mannion.
5         MR. MANNION:  Thank you very much.
6              CROSS-EXAMINATION
7      **Q.**  (By Mr. Mannion:)  Now, Mr. Charette, in
8  response to a question you indicated there's
9  factions in the Chicopee Police Department, right?
10 At least there was in 2013?
11     **A.**  I would say yeah.
12     **Q.**  And you named three people.  You said
13 Mr. Pronovost, Jebb, and who else was on one side
14 of that faction?
15     **A.**  I would say probably Vic Jeronimo, John
16 Pronovost, Bill Jebb, Lonny Dakin.
17     **Q.**  Well, who's on the other side?  What
18 faction was behind you?
19     **A.**  I think most of the rest of the department
20 supported me.
21     **Q.**  So Muise supported you?
22     **A.**  Yes.
23     **Q.**  Major supported you?

151

1      **A.**  I never --
2      **Q.**  Gilbert supported you, is that correct?
3      **A.**  I never had any issue with anyone.
4      **Q.**  Well, did they support you or Jebb?
5      **A.**  I think they favored me.
6      **Q.**  All right.  Well, let me ask you this,
7  sir.  Can you tell the magistrate who told Michael
8  Bissonnette in 2013 about an alleged incident that
9  had occurred in 2007 in the Chicopee Police
10 Department?  Who was that person?
11     **A.**  I have no idea.
12     **Q.**  Was it Mr. Gilbert?
13     **A.**  I don't know.
14     **Q.**  Did you ever ask Mr. Gilbert if he had
15 reported that to the mayor?
16     **A.**  No.
17     **Q.**  Well, who do you believe it was, sir, that
18 told, while you're the acting chief, who do you
19 believe it was that first approached Bissonnette
20 about these allegations?
21     **A.**  I have no idea.
22     **Q.**  You have no clue whatsoever?
23     **A.**  None.

152

1      **Q.**  And the mayor is here, right?  He's going
2  to be here to testify hopefully?
3      **A.**  He's here.  I don't know what his plans
4  are.
5      **Q.**  And you never asked the mayor, "Where did
6  this start from," is that correct?
7      **A.**  I did ask him where he heard about it, and
8  he said he hears everything.
9      **Q.**  And who did he -- he hears everything?
10     **A.**  That's pretty much --
11     **Q.**  That's just like every police officer in
12 Chicopee, they hear everything that goes on in the
13 station too?
14         MR. ALLYN:  Objection.
15     **Q.**  Isn't that right?
16     **A.**  How is that a question?
17         CLERK MAGISTRATE:  Sustained.
18     **Q.**  No, it's not a question, Chief, okay?
19 Well, you ordered Mr. Gilbert to file a report,
20 right?
21     **A.**  Correct.
22     **Q.**  Or a letter.  And it's going to be given
23 to Bissonnette, is that right?

153

1    A.    Correct.

2    Q.    And you've reviewed that before you came

3  on the stand today, right?  May I approach, please?

4            CLERK MAGISTRATE:  Sure.

5    Q.    This is Exhibit 1.  Now, after you ordered

6  Mr. Gilbert to do that, did you review that letter

7  before you passed it up?

8    A.    I did.

9    Q.    And did you consider at any time bringing

10 any disciplinary action against Mr. Gilbert for not

11 reporting this incident when it happened?

12   A.    No.  Why would I?

13   Q.    Is that your question to me?

14   A.    Why would I?

15   Q.    Well, you know that Mr. Pavone found some

16 fault with that, isn't that correct?

17   A.    I don't know.

18   Q.    Didn't you read Pavone's report?

19   A.    I did.

20   Q.    And he chastised Mr. Gilbert, did he not?

21           MR. ALLYN:  He's got to be able to

22 finish his answer to your last question.

23   A.    I know what he wrote about the whole

154

1  incident.

2    Q.    What did he say?

3    A.    And I didn't agree with it.  I mean, you

4  have to understand the culture of the police

5  department, the people that were involved.  Number

6  one, Bill Jebb was the right-hand man of John

7  Ferraro, the previous chief, and I don't think

8  anyone was looking to step on anyone's toes in that

9  whole situation.  Mr. Pavone can make whatever

10 assumptions.  He never spoke to me about any of

11 those things.

12   Q.    Well, let me ask you this, sir.  So are

13 you telling this clerk that from the first day of

14 2008 until 2013, you never reported a fact that

15 John Pronovost had taken a pistol out and chased

16 Mr. Gilbert in the police department?  You never

17 told anyone that?

18   A.    You must not have heard my testimony.  I

19 reported it to my captain.

20   Q.    Did you put something in writing, sir?

21   A.    No, I spoke to him about it.

22   Q.    Who's your captain?

23   A.    Steven Muise.

155

1    Q.    And is he outside?

2    A.    He is.

3    Q.    He's not on any witness list here.  You

4  indicated you subpoenaed him?

5    A.    I did, for my case.

6    Q.    All right.  Read that report or look at

7  it, sir, and tell me, what date did this happen?

8    A.    The report -- I do not have my glasses

9  unfortunately, but it looks like July 19th.

10   Q.    That's when he wrote it.  I'm asking you,

11 looking at the document, when does Gilbert say this

12 happened?

13   A.    Honestly, I'd have to have my glasses on.

14   Q.    We'll give you time to get your glasses.

15           (Pause.)

16   A.    It says unsure of the exact date, December

17 of 2007.

18   Q.    I know that's what it says, but what is

19 your recollection?  When did it happen?

20   A.    I believe it was right around at that time

21 period, somewhere around the winter of 2007, 2008.

22   Q.    And in response to a question you said it

23 happened on the midnight shift, is that right?

156

1    A.    That's the shift they worked, yes.

2    Q.    In other words, you believe that it was

3  the midnight shift as you sit here today because

4  back in 2007 that's when they worked together?

5    A.    That's the shift they were assigned to,

6  yes.

7    Q.    Back in 2007?

8    A.    Yes.

9    Q.    How many days did they work together in

10 December of 2007?

11   A.    I have no idea.

12   Q.    If I show you some paperwork, might that

13 refresh your recollection?

14   A.    No.

15   Q.    You don't know?  Okay.  I'm just going to

16 approach, if I could, madam clerk.  I'm going to

17 show you this -- may I have that back, please?  Why

18 don't you just thumb through that just very

19 briefly, Chief.

20   A.    These are payroll records from our payroll

21 hard copy book.

22   Q.    And I ask you to take a look, if you

23 would, kindly, to December of 2007.

157

1    **A.    Okay.  And what would you like me to be**
2    **looking for?**
3        Q.    I want you to find, if you can in that
4    document, when Gilbert, Jebb and Pronovost worked
5    together.
6        **A.    It looks like the 13th, the 14th.  13th**
7    **and 14th it looks like.**
8        Q.    So no other days in December other than
9    those two?
10        **A.    Not that I see.**
11        Q.    How many hours did John work that evening,
12    those evenings?
13        **A.    Four.**
14        Q.    And how about Mr. Gilbert?
15        **A.    Eight.**
16        Q.    And Mr. Jebb?
17        **A.    Eight.**
18        Q.    On two dates in December of 2007, is that
19    right?
20        **A.    Correct, according to these records.**
21        Q.    Now, having seen those records and
22    recognizing that those are payroll records or
23    attendance records, do you believe as you sit here

158

1    today in 2015 that this incident involving my
2    client and Mr. Gilbert occurred on either
3    December 13th or 14th, 2007?
4        **A.    If that's the month that it happened, it**
5    **would have had to have been one of those two days.**
6        Q.    Well, that's what I'm asking you, Chief.
7    You in response said it happened in December of
8    2007.  Who told you that?
9        **A.    No, I didn't say that.  I said to the best**
10    **of my recollection it was the winter of 2007.**
11    **Could have been November, could have been December,**
12    **could have been January 2008, you know.**
13        Q.    So when Mr. Gilbert puts down it's very
14    likely December of '07, you don't believe that, do
15    you?  It could have been November?
16        **A.    I mean, it could have been.  It could have**
17    **been, yeah.  I think when you're asking someone to**
18    **remember a date from seven years earlier, you know,**
19    **when you probably hadn't thought about it in a long**
20    **time, it's probably difficult to come up with the**
21    **exact thing, just like you're asking me, when did**
22    **he tell me.**
23        **He told me the day it happened.  I don't**

159

1    remember whether it was, you know, January of 2008.
2    I mean, we knew that it was roughly within six
3    months of John's wife passing away.
4        Q.    How many officers in the Chicopee Police
5    Department knew of this alleged incident?  Wasn't
6    this the topic of much conversation?
7        **A.    I had heard it from some people.  I have**
8    **no idea how many people knew about it.  I really**
9    **don't.  I couldn't.**
10        Q.    Well, other than talking to your
11    supervisor, did you do anything else about it?
12        **A.    No.**
13        Q.    I mean, did you pull Mark aside at some
14    time and say, "What the hell's going on here"?
15        **A.    Mark who, Gilbert?**
16        Q.    Yeah, Mark Gilbert.
17        **A.    No.  I think when he told me I said, "Did**
18    **you let Jebb know," and he said, "Jebb was there."**
19    **I said okay.**
20        Q.    Now, what do you think about -- talking
21    about just general conduct of a police officer,
22    veteran police officers --
23        CLERK MAGISTRATE:  Is this a new line

160

1    of questioning?
2        MR. MANNION:  Yes, ma'am.
3        CLERK MAGISTRATE:  All right.  I'm
4    going to recess now.  It's 1:00.  I'll have you
5    come back at 2:00.
6        MR. MANNION:  Very well.
7        MR. ALLYN:  Can I make one inquiry?
8        CLERK MAGISTRATE:  Yes.
9        MR. ALLYN:  Would you allow Muise to
10    be called?  He's not on either witness list, but I
11    didn't really put him on mine because they were
12    calling him.  If not, I understand.
13        CLERK MAGISTRATE:  As long as Attorney
14    Mannion has no objection.
15        MR. MANNION:  I object.
16        MR. ALLYN:  Of course.  Understood.
17        CLERK MAGISTRATE:  We'll see you back
18    at 2:00.  I'll remind you that you are under oath,
19    and please don't discuss this matter with anyone
20    during the break.
21        THE WITNESS:  Okay.
22        CLERK MAGISTRATE:  Thank you so much.
23        (Recess taken at 1:03 p.m.)

161

1      (Hearing resumes at 2:13 p.m.)
2      CLERK MAGISTRATE:  Back on the record
3  in the matter of Mr. Pronovost v. Mr. Gilbert, and
4  Mr. Thomas Charette is on the stand.  Attorney
5  Mannion, you may continue.
6      MR. MANNION:  Thank you very much.
7      Q.   Now, let me ask you this, sir.  We know
8  that Exhibit 1 is dated July 19th of 2013.  That's
9  Gilbert's letter that you tasked him to write,
10 having been ordered to do so by Mr. Bissonnette, is
11 that correct?
12     A.   Correct.
13     Q.   Is it dated July 19th.  When do you
14 believe, sir, that you asked Mr. Gilbert to provide
15 this statement?  Was it ten days before, two weeks?
16     A.   Probably more like three days or so.  Then
17 he responded.
18     Q.   Did you have a discussion with Mr. Gilbert
19 about what he would put in that statement?
20     A.   No.
21     Q.   Did you sit down with him at all and say,
22 "Listen, Bissonnette ordered me to have you do
23 this"?  Did you discuss the subject matter?

162

1      A.   Over the phone when I called him to say,
2  "This is what's going on.  The mayor wants a
3  statement on this incident."  He was like, "For
4  what?"  I was like, "I don't know.  It's what he
5  wants."
6      Q.   And you reviewed it obviously?  He
7  provided you with a copy of that, is that correct?
8      A.   Yeah.  Well, he gave me the original.
9      Q.   He gave you the original and then you
10 passed it along?
11     A.   Got it in an envelope.
12     Q.   And did you pay any particular attention
13 to the details that were in Mr. Gilbert's letter?
14     A.   I mean, I read it, and it pretty much
15 coincided with what he had told me six years ago.
16     Q.   Okay.  Well, let me ask you this, sir.  So
17 you may have asked Mr. Gilbert to provide you with
18 a statement sometime in mid July, is that fair to
19 say?  You said three or four days before?
20     A.   I would say roughly three days.  Like I
21 said, I believe he was pretty prompt with it.
22     Q.   Now, let me ask you, referring to -- I'm
23 just going to call your attention to, did you have

163

1  some sort of a picnic at your house, sir, when your
2  daughter graduated in 2013, at your house?
3      A.   Yeah.
4      Q.   A graduation party?
5      A.   Correct, yes.
6      Q.   And was there an Officer Genest there?
7      A.   I don't believe so.
8      Q.   Was there an Officer Resnick?  I'm sorry.
9  This is Gilbert's party.  Did you attend
10 Mr. Gilbert's party for the graduation of his
11 daughter in June of 2013?
12     A.   I think I did, yeah.
13     Q.   And just yes or --
14     A.   I did attend a party then.  I'm not sure
15 if it was his daughter's graduation party or not.
16 I don't really remember, but I have been at parties
17 at his house before.
18     Q.   Well, I'm referring specifically to June
19 of 2013, a graduation party for Mr. Gilbert's
20 daughter.  Do you recall going to that affair?
21     A.   I think I did.
22     Q.   Do you recall Officer Genest being there?
23     A.   Not off the top of my head, no.

164

1      Q.   And how about Officer Resnick?
2      A.   Who?
3      Q.   Do you remember him?  I'm sorry, what is
4  it?  Resnick?
5      A.   Not sure if he was there.
6      Q.   Well, let me ask you this.  During the --
7  I don't know how long you were there at this
8  celebration, sir, but did the name Lonny Dakin come
9  up at all?
10     A.   Lonny Dakin?  Not that I know of.
11     Q.   There wasn't a suggestion made by any of
12 you four that Lonny Dakin may have pulled a gun on
13 Mr. Gilbert a long time ago?
14     A.   No.
15     Q.   You find that fascinating at this point?
16     A.   Do I find it fascinating?  I never heard
17 that.
18     Q.   With respect to the Maldonado matter, sir,
19 that arrest was in February of 2013, is that
20 correct?
21     A.   Yes.
22     Q.   And you were the chief of police at that
23 time, correct?

1    **A.    Yes.**

2    **Q.**    And you indicated that you didn't know

3    anything about this incident until you were made

4    aware by Jebb that there was a tape of this

5    incident?

6    **A.    Yes, booking video.**

7    **Q.**    And how long did you take -- I think this

8    was February 9th or so.  Did it take six weeks

9    before you found out about this incident?

10   **A.    More than that.  Months.**

11   **Q.**    And do you know today, sir, that that

12   video of the booking and the alleged assault on

13   Ms. Maldonado has been made public?

14   **A.    Yes.**

15   **Q.**    Now, you tasked Officer Gilbert to

16   investigate that incident, is that right?

17   **A.    Yes.**

18   **Q.**    And he in fact came to the conclusion that

19   Officer Major and everyone else who was involved in

20   that booking procedure had done an admirable job,

21   is that correct?

22   **A.    Correct.**

23   **Q.**    And how soon thereafter, sir, was Officer

1    Major complained of criminally?

2    **A.    I want to say the investigation was**

3    **basically July.  Maybe September possibly.**

4    **Q.**    All right.  So soon after, okay.  And then

5    can you tell the magistrate, what were the

6    repercussions on Officer Major?  What did he get

7    charged with?

8    **A.    From?**

9    **Q.**    From the Maldonado incident.

10   **A.    Assault and battery.**

11   **Q.**    He was ordered to have anger management as

12   a condition of his probation, is that right?

13   **A.    I had nothing do with that.**

14   **Q.**    You were the chief of police at the time

15   when this gentleman got sentenced, is that fair to

16   say?

17   **A.    No.**

18   **Q.**    Were you the acting chief?

19   **A.    No, I was retired.**

20   **Q.**    You were retired at that time?

21   **A.    That just happened maybe September of 2014**

22   **or October 2014.  I retired in July.**

23   **Q.**    Okay.  And at the time after the

1    investigation by Mr. Gilbert, you thought that that

2    was sufficient, that there wasn't any discipline or

3    punishment that needed to be meted out, is that

4    fair to say?

5    **A.    Correct, yes.**

6    **Q.**    And as a result of that, we're speaking

7    now about this date, you, Gilbert and six other

8    officers are being charged in federal court with

9    civil rights violations, is that right?

10   **A.    Being sued, not -- I don't know about**

11   **charged.  We're being sued.**

12   **Q.**    You're being sued civilly, is that right?

13   **A.    Correct.**

14   **Q.**    Individually and as a police officer?

15   **A.    I've been notified of nothing other than**

16   **what I've heard on the news.**

17   **Q.**    Well, have you seen the complaint?

18   **A.    No.  I just heard about it through the**

19   **media.**

20   **Q.**    Would you like to take a look at it?

21   **A.    No, not particularly.**

22   **Q.**    Now, shortly after this picnic that you

23   had at Gilbert's house, with respect to his

1    graduation of his daughter, you were the acting

2    chief of police in June of 2013, is that correct?

3    **A.    Yes.**

4    **Q.**    Were you made aware by the mayor in

5    advance of June 10th, the date of his press

6    conference, that he was going to make an

7    announcement that day?

8    **A.    Is June 10th the day that he announced me**

9    **as the permanent chief?**

10   **Q.**    Yes, sir.

11   **A.    He told me that morning.**

12   **Q.**    And were you standing by him, sir, when he

13   made certain remarks about ordering an

14   investigation about some internal problems at the

15   police department?

16   **A.    Yes, at the press conference, yes.**

17   **Q.**    And do you recall the mayor holding up

18   certain paperwork, saying that he had in his hand

19   some statements under oath about a lieutenant

20   pulling a gun on another fellow officer?  Do you

21   remember that?

22   **A.    I know he spoke about three or four**

23   **different incidents that he --**

1    **Q.**    Well, I'm not asking you about three or
2    four.  I'm asking you about --
3    **A.    I don't remember.**
4    **Q.**    Well, let me just ask the question, Chief.
5           MR. ALLYN:  He answered the question.
6           CLERK MAGISTRATE:  It's asked and
7    answered.
8           MR. MANNION:  Excuse me?
9           CLERK MAGISTRATE:  It's asked and
10   answered.  He said he doesn't remember.
11   **Q.**    How about two days later, were you made
12   aware that Bissonnette was going to be on a radio
13   interview show on June 12th of 2013?
14   **A.    No.**
15   **Q.**    Have you had an occasion to hear about
16   that interview at all?
17   **A.    No.**
18   **Q.**    Do you know that Bissonnette said to that
19   reporter that day that it had come to his attention
20   that this incident involving a gun allegedly
21   happened six months before?  Did you hear him say
22   that?
23   **A.    No.**

1    **Q.**    Because if the mayor said that, he was
2    obviously lying about that, isn't that true?
3           MR. ALLYN:  Objection.
4    **A.    He may have misspoke.  I don't know.**
5    **Q.**    You told him, did you not, sir, that this
6    incident happened seven years ago when the mayor
7    was making that statement, isn't that right?
8    **A.    Yeah.  I think the statement obviously**
9    **says that as well.**
10   **Q.**    The statement says that?
11   **A.    That Mark Gilbert wrote.  It says --**
12   **Q.**    Well, he didn't make that until July 19th,
13   and you didn't talk to him until July 15th or so.
14   How could he have a statement in his hand from
15   Gilbert when he didn't even order it at that point?
16   **A.    I don't know what the dates were, to be**
17   **honest with you.  I just don't know.**
18   **Q.**    Now, you were interviewed by inspector
19   Pavone, is that fair to say?
20   **A.    I wouldn't say, no.  We weren't -- I**
21   **didn't interview.  We spoke for about an hour.**
22   **Q.**    So you had some participation in this
23   report that was finalized in December, is that fair

1    to say?
2    **A.    He spoke to me for about an hour.  That's**
3    **it.**
4    **Q.**    So what's your answer to my question?  Did
5    you participate in speaking to him, and there was a
6    report that was made dated December 3rd?
7    **A.    I spoke to him for about an hour.**
8    **Q.**    Now, you said to him, did you not, sir,
9    when you were talking about this alleged gun
10   matter, that Mr. Pronovost had actually threatened
11   to fucking kill Mr. Gilbert, isn't that right?
12   **A.    I don't recall what I said to him.**
13   **Q.**    You don't recall?
14   **A.    No.  Exact wording.**
15   **Q.**    Well, Gilbert never told you that, did he?
16   **A.    I think he said he chased him out of the**
17   **building with a gun, screaming.  So if I made the**
18   **assumption that he was threatening to kill him,**
19   **maybe I did.  I don't know.  I don't recall.  What**
20   **he told me is that he chased him out of the**
21   **building with a gun.**
22   **Q.**    I understand that, but very specifically,
23   sir, did Gilbert tell you that he had threatened to

1    kill him?  You said that to Pavone, didn't you?
2    **A.    I don't recall if I did or not.**
3    **Q.**    Now, talking about discipline, et cetera,
4    and the chain of command, were you involved, sir,
5    in the disciplinary action taken against Kelly
6    and -- I'm trying to think of this other
7    gentleman's name --  Jusino, after the shooting of
8    the SWAT team?
9    **A.    Yes.**
10   **Q.**    And just tell us about that, sir.  Did you
11   recommend any discipline for any of these officers?
12   **A.    A letter of reprimand.**
13   **Q.**    A letter of reprimand.  And the basic
14   facts were that they were on duty, correct?
15   **A.    They were what?**
16   **Q.**    On duty or at training session?
17   **A.    At a training.**
18   **Q.**    The SWAT team?
19   **A.    Yes.**
20   **Q.**    And one officer --
21          CLERK MAGISTRATE:  Mr. Mannion.  Could
22   you put that into context?  These are new names I'm
23   hearing, so if you could put that into context for

1  me.

2          MR. MANNION:  Sure, I'd be happy to.

3          MR. ALLYN:  I'm going to object as to

4  the relevancy of this.  It has nothing to do with

5  any --

6          MR. MANNION:  Well, the chief has --

7          MR. ALLYN:  Can I just finish my

8  objection?  It has nothing to do with anybody

9  that's also listed in the Pavone report or the

10  allegations before you.

11          MR. MANNION:  There were questions

12  asked by Mr. Allyn about the chain of command and

13  the process, et cetera, and the chief is very

14  familiar with that.

15          MR. ALLYN:  Relating to this case.

16          MR. MANNION:  He was objecting to what

17  Jebb recommended at certain times and wanted those

18  overturned.  I'm asking the chief what did he

19  recommend in the case where another officer shot a

20  fellow officer in the face.

21          CLERK MAGISTRATE:  So again, I have

22  not reviewed that report by Mr. Pavone since it had

23  been submitted today.  The other individuals, I'll

1  ask counsel, the other individuals that have been

2  referred to aside from Mr. Pronovost and

3  Mr. Gilbert, were they in Mr. Pavone's report?

4          MR. MANNION:  No.

5          MR. ALLYN:  These people right now,

6  no.

7          CLERK MAGISTRATE:  No, the other

8  individuals that have been --

9          MR. ALLYN:  Yes, everybody I asked him

10  about was, because it went to his credibility and

11  his motive to testify, went towards -- everybody I

12  asked him about was in the report, Pavone report.

13          MR. MANNION:  Respectfully, this is

14  cross-examination.

15          CLERK MAGISTRATE:  What are you

16  seeking to establish --

17          MR. MANNION:  I'm seeking to

18  establish --

19          CLERK MAGISTRATE:  Excuse me.  Please

20  allow me to finish my question.  So if you can help

21  me understand, what is the relevance of mentioning

22  Kelly and Jusino, individuals outside of the report

23  that you've entered into evidence?

1          MR. MANNION:  The relevance is this,

2  madam clerk.  This officer testified earlier that

3  Jebb, Bill Jebb, when he was conducting

4  investigations, was doing a lousy job, that he did

5  not believe the recommendations that Jebb had

6  suggested.

7          I'm going to suggest to you that in the

8  course of his career, at this juncture, after these

9  two officers got into an accidental shooting, Jebb

10  recommended that they be either docked five days or

11  terminated, and what this chief did was put a

12  letter in both of their files and that's it.

13          THE WITNESS:  I don't recall saying

14  anything about that.

15          CLERK MAGISTRATE:  Hold on a second.

16  This is a discussion at this point addressing an

17  objection that was raised.

18          MR. ALLYN:  My further counter to that

19  is that was never the testimony of this witness,

20  nor did I ask him about it.  I think what I asked

21  him was about were there investigations that were

22  the subject of the Pavone matter.  I stuck it to

23  the Pavone report.  But you know what?  I guess in

1  the interest of time, I guess you can give it

2  whatever weight you want to give it so we can move

3  on.

4          CLERK MAGISTRATE:  I am going to allow

5  it, Attorney Mannion.  I am going to give it

6  whatever weight I think it merits.  However, it

7  seems to me this is addressing credibility issues

8  as to Mr. Jebb and Mr. Charette, so for that reason

9  I'm going to allow you to inquire.  You may

10  proceed.

11      Q.    So what did you recommend for discipline

12  for both of these officers?

13      A.    I gave them a letter of reprimand each in

14  their file.

15      Q.    Now, during your tenure as chief of the

16  Chicopee Police Department, how many officers were

17  criminally charged with accusations?

18      A.    I don't think any.  Well, no, I don't

19  think any were.

20      Q.    Wasn't there an officer --

21      A.    One was.

22      Q.    Paul?

23      A.    Was that during my?  Yes, Paul.  Two.

177

1   **Q.**   Paul Muise?

2   **A.**   **No, Paul Genest.**

3          CLERK MAGISTRATE:  If he doesn't

4   recall, he doesn't recall.  So why don't you

5   inquire in your cross-examination.

6          MR. MANNION:  Thank you very much.

7   **Q.**   Paul Genest, do you remember him being

8   charged with an OUI?

9   **A.**   **OUI.**

10  **Q.**   What sort of discipline did he receive for

11  that, if you know?

12  **A.**   **I don't recall what.**

13  **Q.**   You don't recall?

14  **A.**   **I don't remember what we did with him.  I**

15  **know he was ultimately terminated after, once he**

16  **was convicted.**

17         MR. MANNION:  Thank you.  Nothing

18  further.

19         CLERK MAGISTRATE:  Mr. Charette, did

20  you receive any written communication by the mayor

21  ordering you to obtain the statement from

22  Mr. Gilbert?

23         THE WITNESS:  No.

178

1          CLERK MAGISTRATE:  And at that time

2   you were a lieutenant, correct?

3          THE WITNESS:  No, I was the chief.

4          CLERK MAGISTRATE:  When the incident

5   occurred in around you said the winter of 2007?

6          THE WITNESS:  Yes.

7          CLERK MAGISTRATE:  You were a

8   lieutenant?

9          THE WITNESS:  I was a lieutenant,

10  correct.

11         CLERK MAGISTRATE:  And was it your

12  role to discipline any subordinates at that point?

13         THE WITNESS:  I was the second in

14  command, shift executive officer.  I would assist

15  the shift captain with any disciplinary matters if

16  he sought my advice on that, and operate as

17  on-scene commander for any incidents out on the

18  street, assisted with training officers and

19  supervising them on street patrol.

20         CLERK MAGISTRATE:  All right.  Did you

21  also have authority to recommend any discipline to

22  your superiors?

23         THE WITNESS:  Sure, I could do that to

179

1   my shift captain.

2          CLERK MAGISTRATE:  Could you also have

3   filed a complaint against any other fellow officer

4   if you felt there was some inappropriate behavior?

5          THE WITNESS:  Yes.

6          CLERK MAGISTRATE:  And you did not do

7   either, any of the three, other than to report to

8   your captain the following -- the next time you saw

9   him when you worked together, you reported to your

10  captain what you were told had happened?

11         THE WITNESS:  Correct.

12         CLERK MAGISTRATE:  Okay.  And why did

13  you do nothing beyond that, beyond an oral report?

14         THE WITNESS:  I didn't want to get

15  involved in another shift's business.  I told my

16  captain about it.  I think everyone had a sense of

17  sympathy for John and his whole situation, so I

18  wasn't going to muddle in the midnight shift's

19  affairs.

20         CLERK MAGISTRATE:  So is your

21  authority in terms of disciplining, recommending

22  discipline or filing a complaint, limited to any

23  conduct that occurs on your shift?

180

1          THE WITNESS:  No, I wouldn't say it's

2   limited to that.  If I saw something else, you

3   know, I could certainly take action on it or

4   recommend that to either my captain or to the

5   chief.

6          CLERK MAGISTRATE:  So beyond what you

7   had just testified to, is there any other reason

8   why you did not file any complaint or lodge any

9   concerns beyond reporting to your captain?

10         THE WITNESS:  I just didn't think it

11  was my place to do that.

12         CLERK MAGISTRATE:  And why not?

13         THE WITNESS:  Same thing.  Because I

14  didn't want to step on the midnight shift's

15  captain's toes.  It was his situation.  Like I

16  said, I brought it up to my captain, let him know

17  what had happened.  We discussed it briefly, and

18  that was about it.  He asked if captain Jebb was

19  aware of it, and I said, "According to what Mark

20  told me, he was present," so he was aware.

21         CLERK MAGISTRATE:  And at that time

22  were you friendly with Mr. Gilbert?

23         THE WITNESS:  Yes.

181

1    CLERK MAGISTRATE:  Were you friendly
2  with Mr. Pronovost?
3    THE WITNESS:  Yes.
4    CLERK MAGISTRATE:  And your testimony
5  was that you did speak with Mr. Gilbert immediately
6  after learning he reported this to you?
7    THE WITNESS:  He called me that
8  morning.  It happened sometime on the night shift.
9  He called me in the morning and told me about it.
10    CLERK MAGISTRATE:  Given that you were
11  friendly with Mr. Pronovost at that time, did you
12  approach him to discuss this matter --
13    THE WITNESS:  No.
14    CLERK MAGISTRATE:  -- soon after
15  learning about it?
16    THE WITNESS:  No.
17    CLERK MAGISTRATE:  Why not?
18    THE WITNESS:  Again, I didn't feel it
19  was my place to get involved in it.
20    CLERK MAGISTRATE:  Did you consider
21  talking with him perhaps privately as opposed to
22  officially to address what was reported to you?
23    THE WITNESS:  No, I didn't.

182

1    CLERK MAGISTRATE:  Why not?
2    THE WITNESS:  Again, I just wasn't
3  going to get involved in their situation, on their
4  shift.
5    CLERK MAGISTRATE:  Does anyone have
6  any questions as a result of my questioning?
7    MR. MANNION:  No, ma'am.
8    CLERK MAGISTRATE:  Okay.  Then I
9  believe you're excused.  Thank you very much.
10    MR. ALLYN:  Mark Gilbert.
11    CLERK MAGISTRATE:  I believe I swore
12  you in on December 10th, but if no one else recalls
13  that.
14    MR. ALLYN:  You might have.
15    CLERK MAGISTRATE:  How about I swear
16  you in again, if you wouldn't mind.
17    The witness, Mark Gilbert, having been duly
18  sworn, testifies as follows:
19    DIRECT EXAMINATION
20    Q.    (By Mr. Allyn:)  Would you state your
21  name, please?
22    A.    Mark David Gilbert.
23    Q.    And where are you employed?

183

1    A.    The city of Chicopee in the police
2  department.
3    Q.    How long have you been doing that job?
4    A.    22 and a half years.
5    Q.    Are you married or single?
6    A.    I've been married 27 years.
7    Q.    Do you have any children?
8    A.    Two.
9    Q.    How many?  Oh, two.  You preempted me.  27
10  years on the force?
11    A.    It will be 23 years in June.
12    Q.    Have you ever been disciplined?
13    A.    Never.
14    Q.    You've been here and you've had the
15  benefit of hearing all the testimony over the last
16  times we've been here, is that correct?
17    A.    Yes.
18    Q.    Okay.  So let me bring you your attention
19  to what's Exhibit 1, the July 19th, 2013 statement
20  that is typed out to Chief Charette.
21    A.    Yes.
22    Q.    Do you recall why you wrote that
23  statement?

184

1    A.    I was ordered to by the chief.
2    Q.    Did he tell you why he ordered you to do
3  it?
4    A.    Because the mayor told him to tell me to
5  write it.
6    Q.    Did you have any further questions for him
7  at the time, like why now?
8    A.    I may have asked why he needed it, but I
9  don't think Tommy knew either.  Just the mayor
10  ordered it, so that's it.
11    Q.    And you called him Tommy.  I think you
12  were friends with him, Chief Charette?
13    A.    Well, we came -- we shared a locker in the
14  academy.  We stayed on the same shift, in the same
15  group on the same shift until 2003.  Or excuse me,
16  1999 when I went in the school.  So we worked
17  together pretty much every day.
18    Q.    Is it fair to say you were also friends
19  with Mr. Pronovost?
20    A.    Yes.
21    Q.    And at some point did that friendship
22  become strained?
23    A.

185

1    Q.    When was that?

2    A.    Back in December of 2007.

3    Q.    Okay.  You heard testimony from him, just

4  while we're at your relationship, that he invited

5  you to his wedding, do you recall that?

6    A.    I have no recollection of an invitation to

7  a wedding or whenever his wedding was or anything

8  like that.

9    Q.    Did you know his previous wife?

10   A.    Yes.

11   Q.    Okay.  And in 2006 and 2007, prior to the

12  gun incident, what you've indicated was a gun

13  incident, what was your relationship like with

14  Mr. Pronovost?

15   A.    Well, he was my immediate supervisor.  We

16  worked on the same shift.  We didn't hang out or

17  anything.  We weren't -- didn't call each other

18  during the day, say what's going on or anything

19  like that.  We didn't exchange any cards.  He was

20  my boss.

21   Q.    So he was a sergeant then?

22   A.    He was a lieutenant on the midnight shift

23  when I was there.

186

1    Q.    This is in '07?

2    A.    Yes.

3    Q.    And who's the other lieutenant?

4    A.    He was it.  There's only one lieutenant

5  per shift.

6    Q.    What was Jebb's role at that point?

7    A.    He was the shift commander.  He was a

8  captain.

9    Q.    Okay.  So he's his supervisor?

10   A.    Yes.

11   Q.    And what was Muise's role at that point?

12   A.    Muise at the time was the 4:00 to 12:00

13  shift commander, and Tommy was his lieutenant.

14   Q.    So were Muise and Gilbert on the same par,

15  meaning the same rank?

16   A.    You mean Muise and Jebb?

17   Q.    I meant Muise and Jebb.

18   A.    Yes, they're both captains.

19   Q.    They're both captains, and this is in '06,

20  '07?

21   A.    Uh-huh.

22   Q.    Was there anything unusual about

23  Mr. Pronovost's behavior during this period of

187

1  time?

2    A.    Well, yes, after his wife passed away.

3  Well, he's always -- he would like to say things,

4  like going down the hallway saying, "Watch out, I'm

5  crazy," kind of like the instability aspect.  He

6  saw something of value.  I don't know why.

7         But after his wife passed away, he started

8  to -- again, I've seen him go into the cells,

9  putting up ghost traps.  I've seen him go to sit

10  behind the -- in our dispatch area, ma'am, you have

11  three dispatchers, and you have chairs behind them.

12  What would happen is the dispatchers are what they

13  call a captive audience.  They have to sit there

14  and they have to answer the phones and deal with

15  the radio.  The lieutenant would sit behind them

16  for hours on end and talk about --

17         CLERK MAGISTRATE:  I'm sorry.  When

18  you say the lieutenant, who are you talking about?

19         THE WITNESS:  Lieutenant Pronovost.

20         CLERK MAGISTRATE:  Okay.

21   A.    For great lengths of time about seances

22  and speaking with the dead, how he can't do it at

23  the police station because it has too much of a

188

1  negative aura.  How would I know that?  So that's

2  what was going on.  Then he was also taking a great

3  deal of time sleeping in the corner with a hoodie

4  on in the dispatch area.  You know, just it was

5  very, very bizarre, very, very unprofessional.  I

6  called him out on it.

7    Q.    And when you called him out, was this the

8  start of a strained relationship?

9    A.    Well, this was -- when he would talk to me

10  about this, I would just tell him, "I don't want to

11  hear it."  You know, it's not something I'm

12  interested in, I don't want to know.

13   Q.    So at this point in time he's actually

14  your supervisor?  I just can't concentrate with the

15  noise.

16   A.    Yes, he was my supervisor.

17   Q.    So this is your supervisor doing this

18  while you're working, correct?

19   A.    Yes.

20   Q.    Okay.  So this occasion you had indicated

21  you had, I won't say confrontation, but you spoke

22  up to him.

23   A.    Yes.

189

1    **Q.**    What did you say to him?

2    **A.**    **Well, are we getting into the December**

3    **incident?**

4    **Q.**    The incident where you said --

5    **A.**    **Well -- sorry.**

6    **Q.**    The incident where you said something

7    about the ghost stuff and the behavior.

8    **A.**    **Well, that was rather common.  When he**

9    **would bring it up to me, I'd just tell him again**

10   **you know, "This isn't something I'm interested in.**

11   **I don't want to deal with it.  It's**

12   **unprofessional."  I kept bringing that up.  Sorry,**

13   **but it is.  Shouldn't be telling patrolmen, your**

14   **subordinates, this sort of thing.  It's a police**

15   **department.**

16   **Q.**    And did Jebb know this was occurring?

17   **A.**    **Did he know?  He would have had to have**

18   **known it.  It was occurring directly in front of**

19   **him.  Unless he just couldn't -- it would be**

20   **impossible.  It's a very enclosed area in the**

21   **dispatch area.  His office is directly adjacent to**

22   **it.  You have to be able to listen to conversations**

23   **that's going on in there.  So yes, he would know.**

190

1    **Q.**    And did you have an occasion to observe

2    the bent spoon?

3    **A.**    **Yup.**

4    **Q.**    And what would he do with the bent spoon

5    during this period of time?

6    **A.**    **Well, he would bring it in and explain how**

7    **he bent it at his house, because again, the auras**

8    **were too negative here for the spirits.**

9    **Q.**    And crystal, what you've described as

10   colored crystals, what did you mean?  What is that?

11   **A.**    **Oh, I don't know.  He brings in colored**

12   **crystals and hangs them on strings and puts them in**

13   **certain combinations to do things.  I don't know**

14   what because I wasn't interested.

15   **Q.**    Now, you gave this statement to Chief

16   Charette?

17   **A.**    **Yes.**

18   **Q.**    The day you gave it to him, was there any

19   conversation with you and him?

20   **A.**    **Well, he ordered me to make it, and I said**

21   **okay, and I asked why, and he said because the**

22   **mayor wanted it.  Okay.**

23            MR. MANNION:  I would object and ask

191

1    that be stricken as unresponsive.  The question was

2    did you have any conversation with Charette after

3    you provided this letter to him.

4            CLERK MAGISTRATE:  It will be

5    stricken.

6    **Q.**    So did you have any conversation?  Was

7    your answer yes?

8    **A.**    **Yes.**

9    **Q.**    What was that conversation?

10   **A.**    **The conversation was I wondered why, you**

11   **know, why am I making this.  He told me because the**

12   **mayor ordered him to have me do it.  So I was doing**

13   **it.**

14   **Q.**    Now, on October 12th of 2013, were you

15   promoted to the rank of sergeant?

16   **A.**    **October 13th, 2013, I was made captain.**

17   **Q.**    I should say October 12th, 2003.

18   **A.**

19   **Q.**    You were promoted to the rank of captain?

20   **A.**    **2003 was sergeant.**

21   **Q.**    You're right.  I'm wrong.  I'm getting a

22   little tired.  I apologize.

23            CLERK MAGISTRATE:  I'm sorry.  What

192

1    was the date and what was the title?

2            MR. ALLYN:  October 12th, 2003,

3    sergeant.

4            CLERK MAGISTRATE:  Okay.

5    **Q.**    With respect, and I don't have it in front

6    of you -- actually, could I use Exhibit 1?

7            CLERK MAGISTRATE:  Sure.  Do you need

8    my copy?

9    **Q.**    Just look at that briefly and turn to the

10   second page.  You're familiar with this?

11   **A.**    **Yes.**

12   **Q.**    That's your signature?

13   **A.**    **Yes, it is.**

14   **Q.**    I'm just referring to the third paragraph.

15   On January 14th of 2007, were you assigned to the

16   midnight shift as a street supervisor?

17   **A.**    **January 14th?**

18   **Q.**    2007.  Third paragraph, first page.

19   **A.**    **Yes.**

20   **Q.**    And Jebb was the shift commander?

21   **A.**    **Yes.**

22   **Q.**    As well as Lieutenant Pronovost?

23   **A.**    **Yes.**

193

1    **Q.**    Okay.  And then you describe in the next
2    paragraph, June 6th, 2007, some questions I've
3    already asked you, but can you look at that
4    paragraph to yourself and tell me when you're done?
5    **A.**    Sure.
6             (Pause.)
7    **A.**    Yes.
8    **Q.**    Is there anything untrue in that
9    paragraph?
10   **A.**    No.
11   **Q.**    With respect to the next paragraph, I
12   don't want to belabor it, you said that you had a
13   conversation with him and you felt -- you told him
14   he was highly unprofessional, and you didn't think
15   he should be exposing patrolmen to this sort of
16   thing, referring to the previous paragraph.  Is
17   that accurate?  Is that what happened?
18   **A.**    **That's very accurate.**
19   **Q.**    And when you had that conversation with
20   him, how did he react?
21   **A.**    **He was not happy.**
22   **Q.**    And what do you mean by that?
23   **A.**    **Well, he explained that -- we were in the**

194

1    **report room.  In the dispatch area you have your**
2    **CO's office which is next to it, and if you go**
3    **through a doorway, there's a report room there**
4    **where officers write the reports out, seek their**
5    **complaints, that sort of thing, take care of**
6    **administrative details.  I was in that room with**
7    **Lieutenant Pronovost and Captain Jebb when I**
8    **explained all that to him, that this was**
9    **unprofessional behavior.**
10   **Q.**    And you indicated -- now, at this point in
11   time you're telling your supervisor that his
12   behavior is unprofessional, correct?
13   **A.**    **Yes, I am.**
14   **Q.**    And you're telling him that he shouldn't
15   expose your other coworkers to his type of
16   behavior, correct?
17   **A.**    **Yes.**
18   **Q.**    Okay.  And were you angry about what he
19   was doing that led up to this confrontation with
20   him or is it just this one particular day?
21   **A.**    **It was a -- it wears on you after a while.**
22   **Structure means something in the department, ma'am,**
23   **and you can't have your senior leadership -- you've**

195

1    **got to have faith in them.  You've got to believe**
2    **they can make decisions, especially in the patrol**
3    **division where everything happens very fast.  You**
4    **can't have the shift lieutenant going around,**
5    **looking less than stable, and this was what was**
6    **going on.**
7             **It took a -- I'm not a guy to speak out of**
8    **my place.  You know, sergeant can't tell captains**
9    **what to do, and sergeant shouldn't be telling**
10   **lieutenants what to do, but after a while it kind**
11   **of built up.**
12   **Q.**    And in the next paragraph you say
13   Pronovost then became very upset with you, stating
14   that if you wanted to see unprofessional behavior,
15   he would provide it to you.
16   **A.**    Yes, he did.
17   **Q.**    And can you tell us what happened after
18   that, when he got angry with you and said he would
19   show you unprofessional behavior?
20   **A.**    **He said, "If you want unprofessional**
21   **behavior, I'll show it to you."  He reached down,**
22   **took out his weapon, brought it up, and I left.**
23   **That's all I know after that.  I went out the door**

196

1    **and I was gone.**
2    **Q.**    Did he follow you, do you recall?
3    **A.**    **I -- well, I was headed one way.  I don't**
4    **know what was going on behind me.  I wasn't**
5    **looking.**
6    **Q.**    Actually in your statement you say that
7    Pronovost was no longer following you after you
8    exited the police department.
9    **A.**    No.
10   **Q.**    This was the statement that you gave,
11   right?
12   **A.**    **Uh-huh.**
13   **Q.**    Because you've heard some questioning and
14   some answers where there's some allegation that you
15   said that he was chasing you in the parking lot.
16   **A.**    **Yeah, I don't know where the parking lot**
17   **came into this.**
18   **Q.**    But that's not what this statement says,
19   you agree with me?
20   **A.**    **I agree.**
21   **Q.**    It says once you exited the building, you
22   no longer had contact with him?
23   **A.**    **Yes.**

197

1    **Q.**    This particular day. You said later there
2  was a discussion about the incident with Jebb and
3  Pronovost. Can you tell me about that? This is
4  the top, first paragraph on the second page.
5    **A.**    **There was no later discussion.**
6    **Q.**    There was no later discussion. You've
7  indicated Jebb witnessed the incident?
8    **A.**    **He was in the room.**
9    **Q.**    And what room was this in?
10    **A.**    **The report room.**
11    **Q.**    And did you report it to somebody?
12    **A.**    **I didn't feel the need to report it to**
13  **somebody. My captain was there.**
14          MR. MANNION: I'm just going to object
15  and ask that be stricken. It just calls for a yes
16  or no.
17          MR. ALLYN: This is a direct
18  examination.
19          CLERK MAGISTRATE: It's direct
20  examination.
21          MR. MANNION: Exactly.
22          CLERK MAGISTRATE: You may proceed,
23  counsel.

198

1    **Q.**    I don't remember the answer, but I think I
2  said, I asked you, was there a reason you didn't
3  report it to somebody? Can you just repeat the
4  answer? I didn't understand it.
5    **A.**    **Well, the answer would be yes.**
6    **Q.**    And when or how, under what circumstances?
7    **A.**    **My shift commander was aware of what had**
8  **occurred.**
9    **Q.**    And did he do anything about it?
10    **A.**    **I have no idea.**
11    **Q.**    And did you tell anybody else?
12    **A.**    **Sure. I told -- I called my friend**
13  **Mr. Charette the next day, shared my feelings on**
14  **the matter, and pressed on.**
15    **Q.**    And did you ever have any conversations
16  with -- I don't know what he is now -- Mr. Muise or
17  Captain Muise?
18    **A.**    **He's the shift captain of the 4:00 to**
19  **12:00 at the time. No, I didn't discuss it with**
20  **him.**
21    **Q.**    Now, since the incident happened and prior
22  to being asked to write this statement, was there
23  any discussion or talk in the department about it?

199

1    **A.**    **Yes. There wasn't -- it wasn't every day**
2  **or anything, but it was a topic that would come up.**
3    **Q.**    And were you ever told why the mayor
4  wanted this statement?
5    **A.**    **No.**
6    **Q.**    And there was an individual, the Pavone
7  report, did you ever get interviewed by Mr. Pavone?
8    **A.**    **No.**
9    **Q.**    Because you know that some allegation was
10  brought up where he says you didn't do something
11  right. Did he ever bother to interview you,
12  Mr. Pavone, the person that wrote it?
13    **A.**    **Never, no.**
14    **Q.**    Did he call you?
15    **A.**    **No.**
16    **Q.**    In the statement you say, the last
17  sentence, "Lastly, there was still a feeling of
18  sympathy towards Mr. Pronovost over his wife's
19  passing." Can you tell me what you mean by that?
20    **A.**    **Well, you don't want to kick a guy when**
21  **he's down, and everybody has a bad day. So my**
22  **captain was aware of it, there was no further**
23  **incidents. I felt this matter was resolved.**

200

1    **Q.**    Did you feel bad for him?
2    **A.**    **Yes.**
3    **Q.**    And at the time this happened, did you
4  desire to have him to be disciplined?
5    **A.**    **No.**
6    **Q.**    Why was that?
7    **A.**    **Again, I didn't see -- my captain was**
8  **there. If he didn't feel anything was needed to go**
9  **forward, it's not my place to do anything. That**
10  **chain of command was rigid.**
11    **Q.**    How angry was -- can you tell the clerk,
12  if you're able to describe, how angry he was,
13  Mr. Pronovost, when he said to you, "I'll show you
14  unprofessional behavior, I'll provide it to you"?
15    **A.**    **Rather angry.**
16    **Q.**    Now, prior to being asked to write this
17  statement, did you have -- obviously the incident
18  happened and then there was a period of six or
19  seven years. Had there been any other incidents
20  between you and Mr. Pronovost?
21    **A.**    **No.**
22    **Q.**    Any other bad blood where you were out to
23  do something to him?

201

1    A.    No.

2    Q.    Or any problems at all, whatsoever?

3    A.    We were -- I think I went to another shift

4 a little while later, so it never came up again.

5    Q.    Okay.  Did you have less contact or more

6 when you went to the other shift?

7    A.    Oh, less.  Far less.

8    Q.    And if I could just ask you about

9 Mr. Jebb.  You heard his testimony where he claims

10 he didn't know you were one of the conspirators

11 until after he came in.  What was your relationship

12 like with him up to the point that you were told to

13 give this statement?

14    A.    It was professional.  I was never a

15 conspirator.

16    Q.    But did you -- were you trying to destroy

17 his reputation or anything prior to this?

18    A.    No, I did nothing.

19    Q.    Was there anything negative between you

20 and Jebb before he found out about the statement?

21    A.    Well, other than he knew I was friendly

22 with Tommy and there was that interaction there,

23 but no.

202

1    Q.    Now, you heard some discussion about

2 factions.  Would you agree there were factions in

3 the department?

4    A.    Oh, yeah.

5    Q.    And you gave this statement on July 19th

6 of 2013, and do you know when you received notice

7 of a show cause hearing?

8    A.    I received it sometime maybe in October, I

9 believe.

10    Q.    Of 2014?

11    A.    Yes, October 2014.

12    Q.    And when Chief Jebb came in, did he have

13 any discussions with you about this statement?

14    A.    This?  Oh, no.

15    Q.    That statement.

16    A.    No, he's never discussed this with me.

17 Except -- well, hold on.  We did -- not the

18 statement.  We had a phone call once about a bunch

19 of different things, very heated one day.

20    Q.    And what were those topics, briefly?

21    A.    Well, what had happened was we had had a

22 union meeting to determine if we were going to

23 support the mayor candidate, this way or the other

203

1 thing, and we decided as a supervisors not to get

2 involved.

3         Then a few days later there was an

4 interview done by the local IBPO representative on

5 a radio station where it was very anti-Bissonnette.

6 He took sides, although the union didn't take it.

7 So I was a little miffed, and I wrote an email to

8 the supervisors recommending we get out of the

9 union.  I stated in the email that in the interest

10 of fairness, he could have mentioned the number of

11 ballots.

12    Q.    And when you said the number of ballots,

13 you meant the number of ballots representing the

14 union members that did not want to get involved in

15 endorsing a candidate for mayor?

16    A.    No, the numbered ballots that were used

17 for the election of the union president.

18    Q.    Oh, so that goes back to the issue

19 between --

20    A.    Yes.

21    Q.    -- him and Dan Major.  Okay.  Did Jebb

22 want you to support Mayor Kos in that general

23 election?

204

1    A.    No, I don't think, no.  He never

2 recommended that I support anyone.

3    Q.    So even after Jebb was bypassed and

4 Charette became the acting chief and then chief,

5 was there tension between you and Jebb during that

6 period of time?

7    A.    I was the commander of the midnight shift,

8 and I didn't have very much interaction with much

9 of anybody other than my supervisors.  The day

10 shift comes in, I tell them what they need to know,

11 and then I leave.  I don't hang around the station.

12    Q.    And have you knowingly made any false

13 statements about anything that occurred in December

14 of 2007?

15    A.    No.

16    Q.    Now, when you wrote this statement, why

17 didn't you put a specific day and time that this

18 happened at the time you wrote it?

19    A.    This is a rough approximation of a date

20 from what, six, seven years ago.

21    Q.    And is that the reason you didn't put a

22 specific date?

23    A.    If you're going to write a report, a

205

1   police report or any other kind of report, if you
2   don't know, you've got to keep it vague.  I mean,
3   if you don't know something, well, you've got to
4   take your best estimate at a general time.  I
5   couldn't put a specific day because I didn't recall
6   a specific day.
7        Q.   And you heard a lot of mention about these
8   logs that were brought in.  Is overtime noted in
9   the logs?
10       A.   No.
11       Q.   And if someone does comp time, they're
12  working for comp time, is that noted in the logs?
13       A.   If someone works an extra shift to earn
14  comp time, no, that wouldn't be in there either.
15       Q.   You know that Mr. Pronovost was trying to
16  become a captain, correct?
17       A.   I know he took the test.
18       Q.   And you're a captain, correct?
19       A.   Yes.
20       Q.   So if you were terminated, that would
21  leave a captain's spot open?
22       A.   There would be an opening.
23       Q.   And Dan Major was considered a

206

1   conspirator, you heard the police chief testify?
2        A.   Sure.
3        Q.   And he no longer works at the department,
4   correct?
5        A.   No.
6        Q.   And Mr. Charette was considered some form
7   of conspirator to destroy his reputation?
8        A.   Yes.
9        Q.   And he no longer works at the department?
10       A.   No, he doesn't.
11       Q.   So he later learned about you, he claimed.
12  Well, that was his -- do you recall him saying he
13  later learned, felt you were a conspirator?
14       A.   Yes.
15       Q.   Did you meet with who he claims are the
16  conspirators?  Did you meet with Mike Bissonnette
17  to try and make a plan to destroy Mr. Jebb?
18       A.   No.
19       Q.   Okay.  Did you ever give any public
20  statements about Mr. Jebb?
21       A.   No.
22       Q.   Did you ever give any public statements
23  about Mr. Pronovost?

207

1        A.   No.
2        Q.   Did you have meetings with Charette or Dan
3   Major about trying to destroy Mr. Jebb?
4        A.   No.
5        Q.   In fact, you were asked to give, you were
6   ordered to give this statement and you gave it,
7   correct?
8        A.   Yes.
9             MR. ALLYN:  That's it.
10            CLERK MAGISTRATE:  Attorney Mannion.
11            MR. MANNION:  Yes, thank you very
12  much.
13            CROSS-EXAMINATION
14       Q.   (By Mr. Mannion:)  Now, how much overtime
15  did you use in 2006 and 2007, sir?
16       A.   No idea.
17       Q.   Is that some sort of -- you have no idea?
18  But it wouldn't be in the logs anyway, is that fair
19  to say?
20       A.   Not in those logs.
21       Q.   Well, are there other logs that are kept?
22       A.   The best answer for that would be the
23  payroll records at city hall.  They would have the

208

1   most accurate logs.
2        Q.   Now, you're a very professional man.  In
3   2007 you had been on the job for about 15 years or
4   so, is that fair to say?
5        A.   Yes.
6        Q.   And then 20 years into your career, you're
7   tasked by the then-chief to write a report that was
8   ordered by the mayor, is that right?
9        A.   Yes.
10       Q.   Now, you indicated in response to one of
11  your attorney's questions that, hey, if you don't
12  have the information, it's got to be very vague, is
13  that right?
14       A.   You do the best you can, but I'm not going
15  to put the wrong information.
16       Q.   And you did the best you could, is that
17  fair to say?
18       A.   Yes.
19       Q.   Do you know when this incident occurred?
20       A.   Exactly?
21       Q.   Yes, exactly.
22       A.   The date?  No.
23       Q.   The date that that gentleman pulled his

209

1  service revolver on you.
2  **A.    No.**
3  **Q.**    And threatened you.  You have no idea when
4  that happened?
5  **A.    I do not know the exact date.**
6  **Q.**    Now, do you think it's 2006 or 2007?
7  **A.    2007.**
8  **Q.**    How do you know that?
9  **A.    Because that would have been a time after**
10 **his wife passed away, and she passed away in 2007.**
11 **Q.**    When did she pass away if you're so
12 familiar with this?  June of 2007?
13 **A.    Yes.**
14 **Q.**    Okay.  And you're alleging this incident
15 happened toward the end of the year?
16 **A.    Yes.**
17 **Q.**    And so you brought these spoons, did you
18 not, to Mr. Allyn?
19 **A.    Did I bring them up?**
20 **Q.**    Yeah.
21 **A.    I talked about the spoons to Mr. Allyn.**
22 **Q.**    And this happened, did it not, sir, in
23 2008, the spoon incident?  Isn't that right?

210

1  **A.    No.**
2  **Q.**    It never happened before this incident?
3  **A.    If I recall Lieutenant Pronovost's**
4  **testimony, he discussed joining, doing that sort of**
5  **thing in 2007.  So no, 2007.**
6  **Q.**    Now, it's fair to say that the
7  investigator, Mr. Pavone, he really kind of
8  chastised you in his report, did he not?
9  **A.    I only read it once, and I don't really**
10 **give it too much credit.**
11 **Q.**    I'm not sure what credit -- I don't care
12 what kind of credit you give it.
13     MR. ALLYN:  Is there a question?
14     MR. MANNION:  Yes, there is a
15 question.
16     MR. ALLYN:  Then ask it.
17     CLERK MAGISTRATE:  Let's back up.  So
18 Attorney Mannion asked you if it's true, I'm
19 paraphrasing, that Mr. Pavone chastised you in his
20 report.
21 **Q.**    Is that right?
22 **A.    He may have.  I don't know.  I don't**
23 **recall the report.**

211

1  **Q.**    Are you telling us here today, sir, on the
2  second time we're having a hearing in front of this
3  magistrate, that you haven't read that inspection
4  report?  You've never read Pavone's report?
5  **A.    I haven't looked at it -- I believe I**
6  **looked it over once when it came out on the**
7  **internet, and that's it.**
8  **Q.**    So you've seen it one time, is that fair
9  to say?
10 **A.    Yes, that's fair to say.**
11 **Q.**    Now, you must have a lot of questions
12 about how this imploded in June of 2013, isn't that
13 fair to say?
14 **A.    No, I don't have any questions about that.**
15 **Q.**    No?  Who is the one that reported to
16 Mr. Bissonnette that this incident occurred in
17 2007?
18 **A.    I don't know.**
19 **Q.**    Are you curious about that, sir?
20 **A.    No.**
21     MR. ALLYN:  Question's answered.
22 **Q.**    Did you ever ask anybody about it?
23 **A.    No.**

212

1  **Q.**    You never talked to John about it?
2  **A.    John?**
3  **Q.**    John Pronovost.
4  **A.    No.**
5  **Q.**    Now, you know that the mayor said that at
6  the time in June, June 10th, at his press
7  conference, that he said he had statements from
8  witnesses to this event.  Do you remember that
9  being said, sir?
10 **A.    I don't know what he said.  I wasn't in**
11 **town for that --**
12 **Q.**    So your answer is you don't know?
13 **A.    I don't know.**
14 **Q.**    And were you made aware of his radio
15 interview two days later?
16 **A.    Only in this room.**
17 **Q.**    Where he indicates that this happened six
18 months or so ago?  Remember?
19 **A.    Like I said, I only became aware of that**
20 **in this room.  I didn't listen to any radio**
21 **broadcasts.**
22 **Q.**    Now, it's fair to say obviously that you
23 hadn't given any statement to the mayor before that

213

1   incident?  I mean in June of 2013.

2   **A.      No.**

3   Q.      Right?

4   **A.      I haven't.**

5   Q.      Have you in the course of this event, sir,

6   have you discovered anywhere, any other statement

7   by any other police officer, civilian witness or

8   anyone else, that basically backs up your account?

9   **A.      Nope.**

10  Q.      And can you speculate for us, because I

11  think that's what we're dogging here --

12          MR. ALLYN:  Objection.

13          CLERK MAGISTRATE:  Sustained.

14  Q.      Now, you had a graduation party for your

15  daughter, did you not, sir?

16  **A.      I did.**

17  Q.      And there were officers that were there?

18  **A.      Yes.**

19  Q.      Including Charette, that guy Resnick and

20  Genest, is that their names?

21  **A.      I had pretty much an open invitation, so**

22  **whoever showed up.  There were a lot of people**

23  **there so.**

214

1   Q.      Of course there were a lot of people

2   there.  I understand.  And I'm asking about those,

3   the four of you in particular.  Do you recall being

4   there?

5   **A.      I can -- I believe I can recall Jan being**

6   **there.  I don't know about Paul.**

7   Q.      Did the name Lonny Dakin come up at all?

8   **A.      May have.**

9   Q.      And can you give us some sort of context

10  about that?  Was there some discussion about he

11  being named as a person that pulled a gun on you?

12  **A.      I've never, ever in my life said the**

13  **words, "Dakin pulled a gun on me," until just now.**

14  Q.      So is that first officer's name, is it

15  Genest, is that it?

16  **A.      Genest, Paul Genest.**

17  Q.      Do you know him?

18  **A.      Yeah, I know Paul.**

19  Q.      Do you know Mark Wilkes?

20  **A.      Yes.**

21  Q.      Do you know that Mark Wilkes called Dakin

22  after this incident, after the picnic?

23  **A.      Again, I never, ever said Lonny Dakin**

215

1   **threatened me in any way.**

2   Q.      Now, there was obviously a dislike that

3   you have personally for Chief Jebb, is that fair to

4   say?

5   **A.      Well --**

6   Q.      Just yes or no.

7           CLERK MAGISTRATE:  Let him answer the

8   question.  You can answer.

9   **A.      I mean, I'm not going to -- I might have a**

10  **little hard feelings or something.  I just found**

11  **out he's got discipline waiting for me when I get**

12  **out of this room, so sure.**

13  Q.      Now, as a result of you doing an

14  investigation into the Maldonado matter, is it fair

15  to say that at the conclusion of that, you made a

16  recommendation of no discipline to Officer Major?

17  **A.      That's true.**

18  Q.      Or anyone else involved?

19  **A.      That's true.**

20  Q.      And just once again, if you know, how soon

21  thereafter was Officer Major charged with a crime

22  as a result of that incident?

23  **A.      This is going to be one big long answer,**

216

1   **ma'am.**

2   Q.      You tell us.  What time was it?

3   **A.      What, when --**

4   Q.      When did he get accused of a crime?

5   **A.      I don't know.  It was about two months**

6   **after the initial investigation.**

7   Q.      And when was the initial investigation?

8   **A.      The initial investigation was somewhere**

9   **in -- I don't have it in front of me.  I think it**

10  **may have been April or May.**

11  Q.      Of 2013?

12  **A.      Yes.**

13  Q.      And you came to a conclusion that all of

14  the officers that were involved had acted

15  admirably, is that correct?

16  **A.      Yes.**

17  Q.      Now, that's the word that you used,

18  admirably?

19  **A.      If it's in the report, yeah.**

20  Q.      That's what I'm saying.  Did you talk to

21  anybody about the usage of that word before you put

22  it in the report?

23  **A.      No.**

217

1    **Q.**    Were you shocked that Officer Major was
2  then charged with a crime after you concluded that
3  he acted reasonably and admirably?
4    **A.    That's not exactly what happened.**
5  **Actually what happened was I or no one else charged**
6  **Dan with anything.  He had what they call a show**
7  **cause hearing, like what we're doing right now in**
8  **this very room, with Turpentino [phonetic], who**
9  **with a very, very strong ruling cleared Dan of any**
10 **wrongdoing.**
11   **Q.**    And it got overturned by a judge?
12   **A.    Yes, by the judge because --**
13   **Q.**    Is that correct?
14          MR. ALLYN:  Both you of can't talk at
15 the same time because I can't follow it.
16          MR. MANNION:  You don't have to
17 address me like that.
18          MR. ALLYN:  I'm not.
19          CLERK MAGISTRATE:  All right.  Let's
20 hold on a second.
21          MR. MANNION:  Talk to your client.
22          MR. ALLYN:  I'm talking to you.
23 You're talking over everybody.

218

1          CLERK MAGISTRATE:  Counsel.  I was
2  hoping I would not need to do this with all of the
3  experience in this room, but there are ground
4  rules.  The examining attorney asks a question.
5  The witness gives an answer.  The opposing counsel,
6  if there's a reason, will raise an objection,
7  hopefully before the witness answers.  Otherwise,
8  will raise a motion to strike after the witness
9  answers.
10         At no time should there be two voices
11 happening in this room at the same time other than
12 by some honest mistake.  The sarcasm needs to stop.
13 It's a formal proceeding like any other court
14 proceeding.  Question, answer, question, answer,
15 with the occasional objections as appropriate.
16         Counsel, please ask your question of the
17 witness.  The witness will respond.  Opposing
18 counsel will interject when necessary, but let's
19 all have some civility and respect for everyone in
20 this room.  If that can't happen, and it is now
21 3:04 and I don't know how much more we have, I will
22 suspend this hearing for another day.  It's been a
23 long day.  Perhaps everyone is tired.  But that

219

1  type of conduct is unbecoming of the bar.
2          So please, let's not have any conversations
3  with each other because that's not the point of
4  this proceeding.  No one's having any conversations
5  with anyone.  It's a question, answer.  The
6  information is coming to me.  So having said that,
7  if we need to take a break now, we can take a
8  five-minute break, unless everyone is prepared to
9  proceed based on this ground rule that I have had
10 to explicitly state.  Are we ready to proceed or do
11 we need a break?
12         MR. MANNION:  Ready to proceed.
13         CLERK MAGISTRATE:  All right.
14 Proceed, counsel.
15   **Q.**    Were you called as a witness in the case
16 of the Commonwealth against Officer Major?
17   **A.    I was called in the show**
18 **cause hearing.**
19   **Q.**    Were you called, not in the show cause
20 hearing, but at his trial?
21   **A.    I was told to show up because I may be**
22 **used as a witness, but the trial never occurred.**
23   **Q.**    So he disposed of his case, is that fair

220

1  to say, by a continuation without a finding?
2    **A.    That was the end of result of many, many**
3  **hearings.**
4    **Q.**    Now, you were disappointed that he was
5  charged, isn't that fair to say?
6    **A.    Well, it wasn't my case.  Was I**
7  **disappointed?  Sure.**
8    **Q.**    And as a result, sir, of that whole
9  incident, Maldonado, you've been sued in federal
10 court individually, have you not?
11   **A.    Yes.**
12   **Q.**    Have you seen a copy of the complaint?
13   **A.    I've seen it.**
14   **Q.**    Did you get served with it?
15   **A.    No.**
16   **Q.**    Where did you see it?
17   **A.    It's available online.  It's lying around**
18 **the station if you care to pick up a copy of it and**
19 **read it.**
20   **Q.**    If I --
21   **A.    At the police station.  There's copies**
22 **lying around.  If you want to, just in dispatch,**
23 **you can read all you want of it.  This is not a**

221

1    secret.

2        Q.    How about if I just read this one that I

3    have in my hand?

4        A.    That's fine.

5        Q.    Do you think I'd have to go to the station

6    to do that?

7            MR. ALLYN:  Objection.

8            CLERK MAGISTRATE:  All right.  You

9    know what?  It's 3:06.  I'm going to suspend this

10   hearing.  Let's pick another date.

11           MR. ALLYN:  In picking a date, I just

12   want to let you know that I'm not calling any other

13   witnesses because I was going to rest after this,

14   and given that they've rested, I don't see any

15   other evidence as far as blocking the time out.

16           CLERK MAGISTRATE:  Okay.

17           MR. ALLYN:  Because I told the other

18   witness he can leave before we came in here.

19           CLERK MAGISTRATE:  Thursday's

20   available.  We can do it in the afternoon, March

21   19th.  March 23rd is available for me all day.

22           MR. MANNION:  I'd ask for the 19th,

23   please, in the afternoon.

222

1            CLERK MAGISTRATE:  Are you available,

2    Attorney Allyn?

3            MR. ALLYN:  I have something on, but

4    I'll move it just so we can get this over with.

5            CLERK MAGISTRATE:  Okay.  March 19th,

6    2 p.m.

7            MR. ALLYN:  If there's no way to

8    persuade you to try and finish it today.  I

9    understand with the sarcasm.  Because we're

10   probably almost done.

11           CLERK MAGISTRATE:  I am sure that is

12   the case, but there are certain things I'm not

13   going to tolerate while conducting a proceeding.

14           MR. ALLYN:  Okay.

15           CLERK MAGISTRATE:  You know, to say

16   something and then to have that conduct happen over

17   and over again is just unacceptable to me.  So I

18   think perhaps everyone can benefit from the break,

19   and I'll see you back here on the 19th at 2:00.

20           MR. ALLYN:  Thank you.

21           CLERK MAGISTRATE:  Thank you.

22           (Hearing is in recess at 3:09 p.m.)

23

223

1    COMMONWEALTH OF MASSACHUSETTS

2    COUNTY OF HAMPDEN

3

4

5      I, Sarah L. Mubarek, Registered Professional

6    Reporter, hereby certify that the foregoing is a

7    true and accurate transcript of a digital recording

8    to the best of my knowledge and ability.

9

10

11

12           _____

             Sarah L. Mubarek

             Registered Professional Reporter

13

14

     DATED:  June 18, 2015

15

16

17

18

19

20

21

22

23

**'** 

**'06** [2] - 128:12, 186:19
**'07** [5] - 47:5, 128:12, 158:14, 186:1, 186:20
**'13** [3] - 55:5, 55:22, 56:1

# 0

**01040** [1] - 1:15
**01103** [1] - 1:13

# 1

**1** [9] - 19:11, 29:12, 56:14, 74:2, 108:6, 153:5, 161:8, 183:19, 192:6
**10** [3] - 12:12, 12:16, 12:18
**100** [1] - 130:16
**102** [2] - 33:7, 56:9
**103** [1] - 2:7
**105** [1] - 2:7
**10:35** [1] - 3:1
**10th** [18] - 10:7, 17:9, 17:13, 25:7, 25:9, 25:16, 30:13, 30:22, 31:12, 32:4, 38:21, 40:22, 53:6, 56:1, 168:5, 168:8, 182:12, 212:6
**11** [3] - 12:12, 12:16, 12:18
**111** [1] - 2:7
**115** [1] - 1:13
**117** [1] - 2:7
**119** [1] - 2:9
**11:16** [1] - 52:6
**11:23** [1] - 52:7
**12** [2] - 12:12, 12:16
**12:00** [4] - 120:9, 123:3, 186:12, 198:19
**12th** [8] - 31:15, 32:4, 33:8, 33:14, 169:13, 191:14, 191:17, 192:2
**13** [1] - 3:10
**13th** [9] - 42:7, 42:20, 44:8, 61:6, 103:21, 157:6, 158:3, 191:16
**1417AC946** [1] - 1:2
**14th** [8] - 43:2, 44:8, 103:22, 157:6, 157:7, 158:3, 192:15, 192:17

**15** [1] - 208:3
**150** [1] - 2:9
**15th** [1] - 170:13
**16** [1] - 1:9
**16th** [1] - 37:10
**18** [1] - 223:14
**183** [1] - 2:11
**19** [1] - 2:3
**1999** [1] - 184:16
**19th** [18] - 3:7, 9:21, 31:13, 54:21, 56:11, 73:13, 120:22, 139:12, 155:9, 161:8, 161:13, 170:12, 183:19, 202:5, 221:21, 221:22, 222:5, 222:19
**1:00** [1] - 160:4
**1:03** [1] - 160:23
**1st** [1] - 16:15

# 2

**2** [1] - 222:6
**20** [1] - 208:6
**2000** [1] - 45:20
**2003** [4] - 184:15, 191:17, 191:20, 192:2
**2006** [7] - 46:14, 47:5, 48:10, 49:8, 185:11, 207:15, 209:6
**2007** [56] - 5:15, 21:4, 28:18, 28:20, 30:5, 30:7, 38:4, 39:14, 41:12, 42:1, 42:13, 44:20, 45:7, 46:15, 47:17, 48:10, 49:8, 49:16, 50:1, 57:16, 58:15, 59:3, 103:21, 120:7, 122:10, 124:4, 127:17, 141:6, 141:20, 151:9, 155:17, 155:21, 156:4, 156:7, 156:10, 156:23, 157:18, 158:3, 158:8, 158:10, 178:5, 185:2, 185:11, 192:15, 192:18, 193:2, 204:14, 207:15, 208:3, 209:6, 209:7, 209:10, 209:12, 210:5, 211:17
**2008** [8] - 38:4, 39:14, 122:11, 154:14, 155:21, 158:12, 159:1, 209:23
**2012** [4] - 33:23, 109:11, 148:20,

149:18
**2013** [45] - 3:7, 10:5, 10:8, 10:12, 16:15, 17:3, 17:12, 17:14, 19:14, 21:5, 21:6, 28:13, 30:11, 31:17, 33:14, 33:22, 54:21, 55:7, 55:18, 61:22, 73:13, 81:23, 82:4, 83:20, 85:18, 120:22, 139:13, 141:13, 150:10, 151:8, 154:14, 161:8, 163:2, 163:11, 163:19, 164:19, 168:2, 169:13, 183:19, 191:14, 191:16, 202:6, 211:12, 213:1, 216:11
**2014** [10] - 3:10, 25:16, 53:6, 94:13, 100:23, 101:5, 166:21, 166:22, 202:10, 202:11
**2015** [6] - 1:9, 61:6, 94:1, 113:15, 158:1, 223:14
**207** [1] - 2:11
**20th** [1] - 43:21
**22** [2] - 2:3, 183:4
**23** [2] - 120:3, 183:11
**23rd** [1] - 221:21
**24/7** [1] - 102:10
**26** [1] - 2:3
**27** [2] - 183:6, 183:9
**27th** [1] - 40:20
**28** [1] - 2:3
**28th** [5] - 10:12, 12:15, 20:19, 81:23, 82:4
**2:00** [3] - 160:5, 160:18, 222:19
**2:13** [1] - 161:1
**2nd** [2] - 40:21, 109:11

# 3

**3** [2] - 2:3, 16:12
**30th** [3] - 3:10, 20:1, 101:5
**37** [1] - 2:5
**3:04** [1] - 218:21
**3:06** [1] - 221:9
**3:09** [1] - 222:22
**3rd** [2] - 24:12, 171:6

# 4

**44** [1] - 2:5
**49** [1] - 2:5
**4:00** [4] - 120:9, 123:3, 186:12, 198:18

# 5

**52** [1] - 2:7
**59** [1] - 2:7

# 6

**6th** [2] - 37:10, 193:2

# 8

**8:00** [2] - 43:9, 43:10

# 9

**98** [2] - 1:15, 2:7
**9th** [1] - 165:8

# A

**a.m** [3] - 3:1, 52:6, 52:7
**ability** [1] - 223:8
**able** [6] - 72:8, 108:17, 110:8, 153:21, 189:22, 200:12
**absolutely** [8] - 22:7, 63:11, 76:5, 79:11, 97:16, 99:8, 103:17, 145:20
**academy** [2] - 120:14, 184:14
**accept** [3] - 38:21, 39:3, 130:22
**accidental** [1] - 175:9
**accord** [1] - 145:15
**According** [1] - 180:19
**according** [5] - 28:17, 73:13, 114:7, 136:4, 157:20
**accordingly** [1] - 62:23
**account** [1] - 213:8
**accountable** [2] - 67:8, 102:10
**accurate** [4] -

193:17, 193:18, 208:1, 223:7
**accusations** [2] - 16:21, 176:17
**accused** [1] - 216:4
**act** [1] - 89:16
**acted** [2] - 105:3, 216:14, 217:3
**acting** [15] - 13:14, 53:13, 56:8, 82:1, 82:6, 102:8, 123:7, 127:18, 130:11, 133:11, 136:9, 151:18, 166:18, 168:1, 204:4
**Acting** [2] - 18:16, 23:4
**action** [20] - 14:3, 66:5, 66:10, 70:20, 84:20, 94:9, 95:1, 95:11, 106:20, 109:10, 115:18, 117:2, 124:5, 124:9, 125:3, 135:10, 140:11, 153:10, 172:5, 180:3
**actions** [2] - 80:8, 94:6, 95:2
**actively** [2] - 88:2, 88:3
**actual** [1] - 90:14
**add** [1] - 99:10
**address** [3] - 107:1, 181:22, 217:17
**addressed** [6] - 34:16, 40:4, 51:19, 75:1, 107:3, 107:4
**addresses** [1] - 16:18
**addressing** [3] - 74:20, 175:16, 176:7
**adjacent** [1] - 189:21
**administrative** [1] - 194:6
**admirable** [2] - 112:9, 165:20
**admirably** [4] - 105:3, 216:15, 216:18, 217:3
**admitted** [1] - 112:5
**advance** [2] - 38:15, 168:5
**adversarial** [2] - 90:23, 91:1
**adversary** [1] - 90:3
**advice** [2] - 108:1, 178:16
**advised** [1] - 106:2
**Affair** [1] - 78:11
**affair** [1] - 163:20

**Affairs** [7] - 11:9, 30:19, 81:15, 98:9, 101:12, 102:5, 102:7
**affairs** [1] - 179:19
**affidavit** [1] - 30:20
**afternoon** [4] - 119:4, 119:18, 221:20, 221:23
**AG's** [1] - 95:21
**agency** [1] - 95:20
**ago** [21] - 6:9, 6:22, 6:23, 7:1, 7:7, 7:15, 7:16, 7:21, 9:19, 33:22, 96:23, 113:15, 114:8, 114:10, 125:4, 137:21, 162:15, 164:13, 170:6, 204:20, 212:18
**agree** [14] - 3:6, 16:17, 18:13, 27:12, 27:16, 102:19, 102:20, 110:8, 143:18, 145:18, 154:3, 196:19, 196:20, 202:2
**aligned** [2] - 88:8, 88:10
**allegation** [10] - 5:13, 56:1, 57:14, 77:18, 78:16, 78:19, 109:13, 149:16, 196:14, 199:9
**allegations** [16] - 67:17, 69:19, 78:13, 78:14, 84:11, 96:20, 97:10, 112:21, 112:22, 113:5, 113:23, 114:11, 114:17, 115:3, 151:20, 173:10
**allege** [2] - 30:3, 33:19
**alleged** [7] - 56:3, 57:16, 89:15, 151:8, 159:5, 165:12, 171:9
**allegedly** [5] - 28:17, 31:8, 104:1, 144:1, 169:20
**alleges** [1] - 57:15
**alleging** [1] - 209:14
**allow** [10] - 33:4, 60:16, 60:18, 107:22, 121:23, 129:12, 160:9, 174:20, 176:4, 176:9
**allowed** [2] - 35:16, 51:15
**allowing** [2] - 8:2, 41:3
**ALLYN** [112] - 4:10,

4:13, 5:16, 6:18, 7:8, 7:19, 7:22, 13:17, 14:7, 15:4, 16:11, 19:6, 20:13, 20:16, 22:11, 22:19, 26:17, 28:7, 31:16, 31:18, 31:21, 32:7, 33:10, 34:4, 34:10, 34:14, 34:18, 34:21, 35:6, 35:12, 38:10, 38:14, 40:2, 40:14, 41:18, 49:13, 50:12, 50:18, 50:23, 51:3, 51:20, 54:3, 54:6, 55:10, 56:19, 56:22, 60:8, 62:19, 68:9, 69:18, 71:21, 72:4, 72:7, 72:12, 80:2, 80:6, 92:6, 92:21, 93:3, 93:5, 93:13, 98:2, 98:5, 103:10, 104:4, 104:8, 107:19, 118:13, 118:23, 119:11, 121:21, 128:20, 129:2, 129:9, 129:13, 131:18, 139:8, 141:16, 148:9, 150:2, 152:14, 153:21, 160:7, 160:9, 160:16, 169:5, 170:3, 173:3, 173:7, 173:15, 174:5, 174:9, 175:18, 182:10, 182:14, 192:2, 197:17, 207:9, 210:13, 210:16, 211:21, 213:12, 217:14, 217:18, 217:22, 221:7, 221:11, 221:17, 222:3, 222:7, 222:14, 222:20
**Allyn** [39] - 1:15, 2:3, 2:5, 2:7, 2:9, 2:11, 3:3, 7:21, 20:10, 22:8, 22:14, 24:15, 26:19, 28:11, 28:23, 35:4, 38:8, 41:17, 44:12, 44:14, 59:18, 69:12, 71:18, 92:22, 95:4, 97:1, 98:6, 98:8, 105:17, 107:6, 118:22, 119:18, 129:11, 131:2, 173:12, 182:20, 209:18, 209:21, 222:2
**Allyn's** [3] - 60:14, 103:14, 117:15
**almost** [1] - 222:10
**Amanda** [7] - 79:9, 80:9, 94:21, 96:4, 99:7, 100:1, 100:6

**ample** [1] - 40:22
**analyzing** [1] - 57:4
**anger** [2] - 112:6, 166:11
**angry** [7] - 86:23, 109:4, 194:18, 195:18, 200:11, 200:12, 200:15
**animosity** [3] - 143:1, 143:19, 148:18
**announced** [2] - 30:12, 168:8
**announcement** [5] - 56:7, 124:17, 125:1, 140:4, 168:7
**answer** [44] - 6:19, 7:3, 7:21, 8:5, 9:3, 9:14, 13:2, 13:20, 15:21, 17:10, 17:11, 18:1, 18:18, 23:23, 24:18, 34:10, 34:13, 55:13, 55:17, 63:2, 67:20, 67:22, 67:23, 68:21, 69:15, 129:4, 131:15, 153:22, 171:4, 187:14, 191:7, 198:1, 198:4, 198:5, 207:22, 212:12, 215:7, 215:8, 215:23, 218:5, 218:14, 219:5
**answered** [18] - 6:17, 7:18, 7:19, 16:11, 25:5, 54:11, 67:21, 72:3, 72:5, 72:7, 104:5, 108:19, 141:16, 141:23, 169:5, 169:7, 169:10, 211:21
**answers** [5] - 8:4, 52:22, 196:14, 218:7, 218:9
**anti** [1] - 203:5
**anti-Bissonnette** [1] - 203:5
**anticipated** [1] - 41:1
**anyway** [1] - 207:18
**anyways** [1] - 19:5
**apologies** [1] - 25:16
**apologize** [2] - 44:1, 44:6, 191:22
**appeal** [4] - 53:18, 53:19, 134:3, 134:7
**appearance** [2] - 71:1, 97:12
**APPEARANCES** [1] - 1:12
**application** [4] - 4:20, 59:23, 65:20, 143:16
**appointed** [3] -

32:18, 53:13, 65:3
**appointment** [1] - 32:20
**appreciate** [1] - 68:10
**approach** [5] - 21:11, 54:13, 153:3, 156:16, 181:12
**approached** [1] - 151:19
**appropriate** [6] - 79:17, 80:8, 80:12, 93:1, 137:2, 218:15
**approximate** [1] - 113:4
**approximation** [1] - 204:19
**April** [3] - 109:11, 148:20, 216:10
**area** [6] - 75:10, 187:10, 188:4, 189:20, 189:21, 194:1
**areas** [1] - 32:10
**argue** [1] - 7:22
**argument** [3] - 23:5, 93:7
**arrest** [1] - 164:19
**aside** [2] - 159:13, 174:2
**aspect** [1] - 187:5
**aspirations** [1] - 92:10
**assassinate** [6] - 71:6, 71:10, 77:8, 84:6, 110:15, 144:4
**assassination** [5] - 53:23, 64:12, 65:13, 76:14, 92:3
**assassinators** [1] - 109:6
**assault** [3] - 112:5, 165:12, 166:10
**assigned** [18] - 13:12, 14:12, 23:10, 23:13, 27:22, 83:3, 83:5, 83:7, 83:22, 86:16, 86:20, 87:4, 144:8, 145:10, 145:12, 147:9, 156:5, 192:15
**assist** [1] - 178:14
**assistance** [1] - 141:5
**assisted** [1] - 178:18
**assuming** [1] - 92:10
**assumption** [1] - 171:18
**assumptions** [1] - 154:10
**atmosphere** [1] -

130:9
**attempt** [1] - 32:23
**attend** [2] - 163:9, 163:14
**attendance** [1] - 157:23
**attended** [2] - 85:21, 136:22
**attention** [9] - 120:20, 125:23, 136:12, 145:9, 147:6, 162:12, 162:23, 169:19, 183:18
**attorney** [19] - 9:6, 9:11, 44:12, 60:5, 61:9, 63:15, 91:10, 91:14, 96:23, 119:10, 131:17, 135:1, 207:10, 218:4
**Attorney** [19] - 24:15, 35:19, 38:8, 51:18, 54:12, 60:11, 69:12, 91:12, 95:4, 98:6, 118:22, 129:11, 131:2, 150:4, 160:13, 161:4, 176:5, 210:18, 222:2
**attorney's** [3] - 105:20, 105:22, 208:11
**attorney/client** [1] - 60:18
**audience** [1] - 187:13
**audio** [1] - 33:8
**August** [4] - 16:15, 17:3, 17:12, 17:14
**aura** [1] - 188:1
**auras** [1] - 190:7
**authored** [3] - 54:20, 55:22, 89:11
**authority** [5] - 105:23, 115:23, 116:8, 178:21, 179:21
**available** [4] - 220:17, 221:20, 221:21, 222:1
**avenge** [1] - 88:13
**average** [1] - 83:4
**aware** [23] - 3:12, 3:14, 13:6, 30:22, 31:4, 45:8, 55:21, 57:22, 70:16, 77:14, 78:1, 79:13, 104:11, 139:5, 165:4, 168:4, 169:12, 180:19, 180:20, 198:7, 199:22, 212:14, 212:19
**awareness** [1] -

125:2

# B

**background** [1] - 135:2
**backing** [1] - 32:18
**backs** [1] - 213:8
**bad** [4] - 131:8, 199:21, 200:1, 200:22
**ballots** [5] - 149:10, 203:11, 203:12, 203:13, 203:16
**bar** [1] - 219:1
**baseball** [2] - 22:1, 79:5
**based** [4] - 39:2, 53:19, 98:3, 219:9
**basic** [1] - 172:13
**basis** [8] - 32:19, 46:4, 56:20, 60:11, 90:9, 93:4, 128:17, 130:13
**battery** [2] - 112:6, 166:10
**Bax** [2] - 33:7, 33:21
**beat** [1] - 148:23
**became** [14] - 4:15, 4:20, 6:10, 31:4, 54:9, 65:23, 79:13, 94:12, 100:23, 133:11, 133:15, 195:13, 204:4, 212:19
**become** [16] - 4:23, 5:3, 5:11, 6:2, 6:5, 7:12, 53:5, 53:16, 54:7, 55:21, 72:20, 73:8, 94:11, 140:17, 184:22, 205:16
**begins** [1] - 3:1
**begun** [1] - 66:11
**behalf** [2] - 1:13, 1:15
**behavior** [15] - 49:7, 100:18, 106:13, 108:7, 139:7, 179:4, 186:23, 189:7, 194:9, 194:12, 194:16, 195:14, 195:19, 195:21, 200:14
**behaviors** [1] - 46:2
**behind** [5] - 150:18, 187:10, 187:11, 187:15, 196:4
**belabor** [1] - 193:12
**believes** [3] - 30:4, 32:22, 49:11
**belongs** [1] - 47:2
**bend** [1] - 127:21

**benefit** [2] - 183:15, 222:18
**Benoit** [1] - 18:6
**bent** [9] - 46:18, 47:7, 49:7, 138:16, 138:19, 138:20, 190:2, 190:4, 190:7
**best** [8] - 9:14, 124:4, 158:9, 205:4, 207:22, 208:14, 208:16, 223:8
**better** [1] - 21:12
**between** [18] - 20:11, 20:17, 21:3, 26:22, 82:17, 85:17, 88:6, 109:18, 143:9, 143:23, 147:15, 148:4, 148:11, 148:18, 200:20, 201:19, 203:19, 204:5
**beyond** [6] - 32:10, 54:6, 179:13, 180:6, 180:9
**bias** [2] - 5:18, 64:9
**big** [2] - 63:9, 215:23
**Bill** [10] - 133:6, 142:14, 143:4, 143:8, 148:21, 148:23, 150:16, 154:6, 175:3
**Bissonnette** [28] - 17:9, 30:12, 32:18, 33:13, 33:19, 34:2, 53:14, 56:2, 65:1, 76:8, 76:22, 78:4, 121:3, 121:16, 122:14, 124:16, 140:4, 143:23, 151:8, 151:19, 152:23, 161:10, 161:22, 169:12, 169:18, 203:5, 206:16, 211:16
**Bissonnette's** [1] - 19:1
**bit** [1] - 8:2
**bizarre** [1] - 188:5
**blocking** [1] - 221:15
**blood** [1] - 200:22
**board** [1] - 149:8
**body** [1] - 79:9
**book** [3] - 41:20, 44:16, 156:21
**booking** [5] - 104:23, 106:13, 165:6, 165:12, 165:20
**books** [1] - 51:15
**boss** [1] - 185:20
**bother** [2] - 64:5, 199:11
**break** [7] - 52:4, 72:11, 160:20, 219:7,

219:8, 219:11, 222:18
**brew** [1] - 8:8
**brief** [4] - 53:15, 54:10, 58:2, 60:22
**briefly** [7] - 82:20, 120:1, 145:1, 156:19, 180:17, 192:9, 202:20
**bring** [15] - 10:16, 11:2, 22:3, 22:6, 38:3, 47:7, 91:4, 120:20, 133:23, 139:20, 144:18, 183:18, 189:9, 190:6, 209:19
**bringing** [9] - 46:16, 75:10, 89:22, 127:17, 129:23, 137:8, 139:23, 153:9, 189:12
**brings** [1] - 190:11
**broadcasts** [1] - 212:21
**broke** [2] - 47:19, 149:5
**brought** [28] - 10:23, 11:4, 39:13, 84:11, 95:20, 97:7, 99:19, 103:10, 107:19, 107:20, 109:9, 117:7, 127:22, 133:21, 134:15, 134:18, 136:22, 137:10, 138:20, 144:10, 145:9, 145:16, 147:5, 180:16, 195:22, 199:10, 205:8, 209:17
**building** [7] - 26:11, 26:13, 50:6, 58:21, 171:17, 171:21, 196:21
**built** [1] - 195:11
**bump** [1] - 143:10
**bunch** [1] - 202:18
**Bureau** [1] - 37:19
**bury** [1] - 146:1
**business** [6] - 21:15, 29:5, 37:21, 39:7, 39:21, 179:15
**bylaws** [1] - 149:13
**bypassed** [10] - 65:1, 81:21, 82:2, 83:21, 133:10, 143:20, 145:18, 146:13, 146:14, 204:3

# C

**candidate** [2] - 202:23, 203:15
**capacities** [1] - 120:4

**capacity** [1] - 45:18
**captain** [38] - 5:4, 5:11, 6:2, 6:5, 7:13, 18:8, 31:12, 37:12, 59:5, 72:20, 73:8, 120:6, 123:12, 137:13, 138:2, 138:12, 140:17, 144:13, 154:19, 154:22, 178:15, 179:1, 179:8, 179:10, 179:16, 180:4, 180:9, 180:16, 180:18, 186:8, 191:16, 191:19, 197:13, 198:18, 199:22, 200:7, 205:16, 205:18
**Captain** [18] - 13:13, 23:14, 27:5, 42:15, 43:3, 43:22, 44:2, 44:21, 44:22, 54:20, 55:19, 57:14, 121:15, 127:4, 144:9, 147:9, 194:7, 198:17
**captain's** [6] - 72:23, 73:1, 73:5, 140:22, 180:15, 205:21
**captains** [4] - 143:11, 186:18, 186:19, 195:8
**captive** [1] - 187:13
**cards** [1] - 185:19
**care** [3] - 194:5, 210:11, 220:18
**career** [2] - 92:10, 175:8, 208:6
**careful** [1] - 21:12
**case** [15] - 19:21, 80:9, 108:9, 108:10, 118:19, 145:1, 145:2, 147:4, 155:5, 173:15, 173:19, 219:15, 219:23, 220:6, 222:12
**cases** [6] - 94:7, 94:19, 113:3, 114:16, 133:2, 133:5
**caution** [1] - 21:13
**celebration** [1] - 164:8
**cells** [5] - 47:14, 75:4, 75:7, 128:6, 187:8
**centered** [1] - 69:9
**central** [1] - 69:4
**certain** [5] - 168:13, 168:18, 173:17, 190:13, 222:12
**certainly** [9] - 32:13, 53:18, 55:15, 70:16, 76:15, 95:13, 106:23,

148:8, 180:3
**certify** [1] - 223:6
**cetera** [5] - 38:1, 105:11, 117:16, 172:3, 173:13
**Chad** [1] - 80:23
**chain** [7] - 63:18, 63:20, 63:21, 145:19, 172:4, 173:12, 200:10
**chairs** [1] - 187:11
**character** [7] - 53:22, 64:12, 65:13, 76:13, 92:3, 109:6, 144:5
**characterization** [2] - 14:6, 20:17
**characterize** [4] - 46:8, 56:23, 147:18, 147:21
**characterized** [3] - 24:20, 96:22, 142:17
**CHARETTE** [2] - 2:8, 119:15
**Charette** [56] - 3:18, 4:3, 8:20, 10:11, 11:19, 11:22, 13:14, 16:1, 16:15, 18:16, 18:19, 20:18, 23:5, 26:23, 27:18, 30:13, 32:19, 34:5, 48:1, 53:8, 53:13, 53:21, 54:21, 56:7, 62:13, 62:20, 63:3, 64:11, 64:15, 65:3, 65:13, 76:22, 77:19, 78:7, 78:9, 79:14, 81:18, 82:6, 85:23, 86:7, 117:20, 119:1, 119:20, 150:7, 161:4, 176:8, 177:19, 183:20, 184:12, 190:16, 191:2, 198:13, 204:4, 206:6, 207:2, 213:19
**Charette's** [4] - 14:19, 28:14, 53:9, 88:11
**charge** [3] - 39:11, 62:1, 84:12
**charged** [12] - 111:21, 111:22, 111:23, 166:7, 167:8, 167:11, 176:17, 177:8, 215:21, 217:2, 217:5, 220:5
**charges** [2] - 10:22, 10:23
**chase** [5] - 26:7, 26:9, 26:10, 26:13, 58:21
**chased** [5] - 50:5,

104:2, 154:15, 171:16, 171:20

**chasing** [1] - 196:15

**chastised** [4] - 58:14, 153:20, 210:8, 210:19

**check** [1] - 18:5

**Chicopee** [21] - 32:17, 35:21, 37:6, 37:9, 37:18, 37:22, 39:7, 49:23, 50:16, 53:4, 53:17, 69:6, 90:7, 117:18, 119:22, 150:9, 151:9, 152:12, 159:4, 176:16, 183:1

**chief** [80] - 4:16, 4:20, 6:10, 8:19, 10:12, 19:22, 30:13, 30:18, 32:18, 32:21, 53:11, 53:13, 53:17, 54:7, 54:9, 56:8, 62:1, 63:6, 65:23, 66:2, 70:6, 73:21, 78:7, 81:12, 81:23, 82:1, 82:4, 82:6, 82:8, 82:17, 83:1, 83:9, 84:20, 85:1, 85:12, 85:17, 86:7, 90:8, 90:21, 91:20, 94:11, 94:12, 100:23, 102:16, 104:10, 104:16, 105:22, 120:6, 124:8, 133:11, 133:15, 134:5, 134:6, 137:3, 138:4, 138:6, 139:17, 140:16, 140:23, 141:3, 151:18, 154:7, 164:22, 166:14, 166:18, 168:2, 168:9, 173:6, 173:13, 173:18, 175:11, 176:15, 178:3, 180:5, 184:1, 204:4, 206:1, 208:7

**Chief** [43] - 3:18, 4:3, 7:12, 8:12, 10:11, 11:9, 11:19, 11:22, 11:23, 13:7, 13:14, 16:1, 16:15, 18:16, 18:19, 19:19, 20:17, 23:5, 23:14, 28:14, 30:18, 48:1, 53:3, 53:5, 54:21, 56:5, 59:19, 62:13, 62:19, 63:3, 81:18, 92:16, 103:14, 125:13, 152:18, 156:19, 158:6, 169:4, 183:20, 184:12, 190:15,

202:12, 215:3

**childish** [1] - 149:1

**children** [3] - 75:21, 75:22, 183:7

**choice** [2] - 110:10, 116:13

**choking** [4] - 96:5, 104:12, 105:11, 108:11

**choose** [1] - 115:13

**chooses** [1] - 106:14

**chose** [2] - 116:18, 117:4

**Christmas** [1] - 76:1

**church** [3] - 47:1, 49:12

**circumstances** [1] - 198:6

**circumvented** [1] - 144:11

**cite** [1] - 11:15

**citizens** [1] - 79:9

**city** [17] - 53:4, 91:14, 91:18, 94:23, 96:2, 96:8, 96:14, 100:11, 102:14, 108:1, 108:6, 134:13, 135:1, 144:10, 144:18, 183:1, 207:23

**civil** [4] - 19:21, 70:14, 97:6, 167:9

**Civil** [7] - 53:18, 81:1, 81:4, 134:3, 134:9, 134:14, 134:21

**civilian** [2] - 92:17, 213:7

**civility** [1] - 218:19

**civilly** [3] - 94:23, 113:19, 167:12

**claim** [3] - 10:15, 84:6, 111:7

**claimed** [3] - 11:14, 110:18, 206:11

**claiming** [3] - 3:5, 9:20, 73:14

**claims** [2] - 201:9, 206:15

**clarification** [1] - 115:19

**clarified** [1] - 95:8

**clarify** [2] - 9:8, 115:8

**classified** [1] - 112:8

**clear** [6] - 25:6, 25:21, 26:20, 35:7, 96:7, 114:21

**cleared** [1] - 217:9

**clearly** [1] - 38:16

**clerk** [11] - 14:6, 19:15, 24:11, 26:19,

28:16, 37:17, 40:9, 80:1, 92:7, 99:16, 148:12, 154:13, 156:16, 175:2, 200:11

**CLERK** [227] - 4:12, 5:22, 7:4, 7:9, 8:1, 8:23, 9:6, 9:10, 9:17, 13:19, 14:9, 15:5, 15:11, 15:15, 15:20, 16:13, 20:20, 20:22, 22:23, 23:6, 23:16, 23:21, 24:3, 24:8, 24:13, 25:2, 25:5, 25:11, 25:15, 25:20, 26:3, 26:6, 26:10, 26:14, 29:18, 29:22, 31:20, 31:23, 32:5, 32:12, 33:3, 34:6, 34:12, 34:15, 34:23, 35:11, 35:18, 36:4, 36:6, 36:8, 36:11, 36:14, 36:17, 36:22, 38:19, 40:4, 40:10, 40:16, 40:19, 42:10, 42:14, 44:12, 46:4, 46:10, 50:13, 50:19, 51:1, 51:4, 51:8, 51:11, 51:18, 51:23, 52:5, 52:8, 52:10, 52:13, 52:18, 54:4, 54:11, 54:15, 55:11, 55:16, 56:20, 57:6, 59:10, 59:14, 60:10, 60:15, 61:5, 61:8, 62:17, 62:21, 68:7, 68:10, 71:19, 72:10, 72:13, 75:16, 79:21, 80:4, 86:4, 86:8, 86:10, 92:9, 92:12, 93:4, 93:10, 93:15, 93:20, 94:1, 94:3, 94:10, 94:14, 95:3, 96:7, 96:13, 97:9, 97:18, 97:23, 98:3, 98:6, 107:22, 112:13, 112:20, 112:23, 113:2, 113:8, 113:12, 114:4, 114:13, 114:16, 114:20, 115:3, 115:6, 115:16, 116:4, 116:7, 116:11, 116:21, 117:1, 117:4, 117:9, 118:12, 118:14, 118:18, 118:21, 119:2, 119:4, 119:8, 119:12, 121:23, 128:17, 129:11, 130:13, 130:19, 139:10, 141:21, 147:22, 148:7, 149:23, 150:4,

152:17, 153:4, 159:23, 160:3, 160:8, 160:13, 160:17, 160:22, 161:2, 169:6, 169:9, 172:21, 173:21, 174:7, 174:15, 174:19, 175:15, 176:4, 177:3, 177:19, 178:1, 178:4, 178:7, 178:11, 178:20, 179:2, 179:6, 179:12, 179:20, 180:6, 180:12, 180:21, 181:1, 181:4, 181:10, 181:14, 181:17, 181:20, 182:1, 182:5, 182:8, 182:11, 182:15, 187:17, 187:20, 191:4, 191:23, 192:4, 192:7, 197:19, 197:22, 207:10, 210:17, 213:13, 215:7, 217:19, 218:1, 219:13, 221:8, 221:16, 221:19, 222:1, 222:5, 222:11, 222:15, 222:21

**client** [11] - 5:14, 20:11, 20:18, 22:15, 32:22, 33:1, 42:5, 99:6, 104:1, 158:2, 217:21

**clipboard** [1] - 149:5

**close** [3] - 45:11, 62:21, 110:7

**clue** [1] - 151:22

**co** [1] - 139:3

**CO** [1] - 44:20

**CO's** [2] - 44:18, 194:2

**co-worker** [1] - 139:3

**coincided** [1] - 162:15

**colored** [4] - 75:10, 129:23, 190:10, 190:11

**combinations** [1] - 190:13

**combobulated** [1] - 28:21

**coming** [7] - 48:23, 60:21, 61:19, 77:11, 105:12, 127:10, 219:6

**command** [8] - 63:18, 63:20, 63:22, 145:19, 172:4, 173:12, 178:14, 200:10

**commander** [7] -

138:1, 178:17, 186:7, 186:13, 192:20, 198:7, 204:7

**commanding** [4] - 59:4, 61:21, 128:11, 145:12

**comments** [1] - 139:7

**commissioned** [1] - 78:4

**commissioner** [1] - 54:1

**commissioner's** [1] - 54:8

**committed** [1] - 149:13

**common** [3] - 130:16, 143:12, 189:8

**Commonwealth** [1] - 219:16

**COMMONWEALTH** [2] - 1:1, 223:1

**communication** [8] - 23:11, 24:4, 24:9, 24:19, 24:22, 60:18, 74:18, 177:20

**communications** [1] - 132:1

**community** [2] - 50:15, 112:7

**comp** [4] - 44:22, 205:11, 205:12, 205:14

**company** [1] - 103:23

**complain** [5] - 48:14, 48:16, 49:10, 63:12, 63:14

**complainant** [1] - 111:15

**complainant's** [2] - 61:18, 71:11

**complained** [2] - 139:4, 166:1

**complaining** [3] - 16:23, 17:8, 49:6

**complaint** [28] - 8:17, 10:17, 59:22, 59:23, 62:3, 62:6, 64:6, 65:20, 66:15, 68:15, 70:4, 91:5, 101:2, 101:9, 102:3, 102:21, 103:2, 103:5, 103:6, 111:12, 139:20, 140:1, 147:7, 167:17, 179:3, 179:22, 180:8, 220:12

**complaints** [1] - 194:5

**completely** [1] -

107:18
**completion** [2] - 70:9, 70:14
**complied** [1] - 35:10
**concentrate** [1] - 188:14
**concern** [2] - 55:19, 63:9
**concerned** [3] - 100:13, 146:8, 147:8
**concerning** [2] - 23:22, 114:18
**concerns** [8] - 62:14, 62:20, 63:6, 64:6, 74:20, 75:1, 141:4, 180:9
**concluded** [1] - 217:2
**conclusion** [4] - 97:5, 165:18, 215:15, 216:13
**conclusions** [1] - 142:4
**condition** [1] - 166:12
**conduct** [17] - 8:18, 12:14, 13:9, 50:8, 62:23, 77:12, 84:13, 84:21, 94:16, 110:1, 112:8, 139:4, 146:22, 159:21, 179:23, 219:1, 222:16
**conducted** [2] - 15:7, 93:17
**conducting** [3] - 96:14, 175:3, 222:13
**confer** [1] - 9:11
**conference** [9] - 30:14, 30:23, 31:7, 32:4, 56:5, 56:6, 168:6, 168:16, 212:7
**confrontation** [3] - 20:11, 188:21, 194:19
**consequence** [1] - 127:2
**consider** [3] - 110:4, 153:9, 181:20
**considered** [3] - 95:10, 205:23, 206:6
**conspiracy** [8] - 83:16, 84:2, 84:4, 84:9, 110:5, 110:19, 110:23, 111:8
**conspirator** [4] - 201:15, 206:1, 206:7, 206:13
**conspirators** [3] - 110:15, 201:10, 206:16
**constant** [1] - 128:1

**constitute** [1] - 115:20
**consulted** [1] - 124:23
**contact** [5] - 25:19, 89:6, 93:9, 196:22, 201:5
**contacted** [1] - 23:1
**contents** [1] - 57:23
**contested** [1] - 32:20
**context** [4] - 99:21, 172:22, 172:23, 214:9
**continuation** [1] - 220:1
**continue** [2] - 68:11, 161:5
**CONTINUED** [1] - 3:2
**continued** [4] - 40:20, 40:21, 40:22, 112:4
**control** [2] - 144:1, 144:3
**conversation** [33] - 6:3, 21:2, 30:8, 48:17, 48:19, 57:21, 58:1, 58:2, 65:19, 73:4, 73:9, 83:1, 83:4, 106:9, 122:2, 125:17, 126:10, 129:4, 129:7, 130:7, 132:13, 133:22, 136:16, 137:11, 140:5, 159:6, 190:19, 191:2, 191:6, 191:9, 191:10, 193:13, 193:19
**conversations** [15] - 6:1, 59:21, 65:17, 123:19, 124:11, 125:17, 129:19, 130:4, 135:13, 135:20, 142:8, 189:22, 198:15, 219:2, 219:4
**convicted** [1] - 177:16
**convince** [1] - 127:13
**cooperation** [1] - 134:1
**copies** [5] - 19:21, 38:15, 38:17, 40:14, 220:21
**copy** [9] - 33:16, 38:12, 51:16, 76:17, 156:21, 162:7, 192:8, 220:12, 220:18
**corner** [1] - 188:3
**corpse** [1] - 79:2
**correct** [244] - 3:7,

4:16, 4:21, 4:22, 5:1, 7:13, 9:19, 9:22, 10:6, 11:12, 11:16, 12:8, 12:10, 14:13, 14:17, 15:1, 15:17, 15:18, 15:19, 16:4, 17:3, 26:5, 27:13, 27:17, 27:20, 27:22, 28:5, 28:13, 28:14, 28:18, 29:1, 29:2, 29:6, 29:7, 29:14, 31:8, 34:3, 37:15, 39:15, 39:16, 39:21, 40:18, 44:9, 45:1, 45:9, 45:10, 49:18, 49:20, 49:21, 60:10, 61:19, 63:12, 63:19, 63:23, 64:1, 64:3, 64:6, 64:13, 64:14, 64:15, 65:1, 65:4, 65:5, 65:10, 65:14, 65:23, 66:2, 67:10, 69:10, 70:4, 70:7, 70:15, 70:18, 71:3, 71:4, 71:10, 71:11, 71:13, 72:17, 72:18, 72:20, 72:21, 73:6, 73:18, 73:19, 73:22, 73:23, 74:2, 77:4, 77:8, 77:13, 78:2, 78:5, 78:8, 78:12, 78:15, 78:18, 78:20, 78:21, 78:23, 79:3, 79:10, 79:13, 79:17, 80:17, 80:21, 81:6, 81:11, 81:14, 81:18, 81:19, 81:21, 81:22, 82:4, 82:9, 82:11, 82:14, 82:15, 82:17, 82:18, 82:19, 83:16, 83:23, 84:12, 84:15, 85:6, 85:10, 85:13, 85:14, 86:13, 86:14, 86:16, 86:20, 86:23, 87:9, 87:16, 87:18, 87:22, 88:11, 88:12, 88:15, 88:22, 88:23, 89:2, 89:4, 89:16, 89:19, 89:22, 91:3, 91:20, 91:21, 93:19, 96:17, 97:15, 97:17, 98:10, 98:13, 98:21, 98:23, 99:1, 99:3, 99:4, 99:11, 99:14, 99:17, 100:2, 100:8, 100:22, 100:23, 101:1, 101:3, 102:14, 102:15, 102:22, 103:6, 103:8, 107:5, 107:9, 107:10, 107:11, 108:4, 108:15, 108:22,

109:6, 109:7, 109:19, 110:2, 110:9, 110:12, 110:13, 110:17, 110:19, 111:4, 111:9, 111:13, 111:16, 115:5, 116:6, 116:10, 117:3, 122:15, 125:18, 136:1, 138:10, 139:17, 145:4, 145:5, 145:11, 145:19, 146:13, 146:19, 147:4, 149:21, 151:2, 152:6, 152:21, 153:1, 153:16, 157:20, 161:11, 161:12, 162:7, 163:5, 164:20, 164:23, 165:21, 165:22, 167:5, 167:13, 168:2, 172:14, 178:2, 178:10, 179:11, 183:16, 188:18, 194:12, 194:16, 205:16, 205:18, 206:4, 207:7, 216:15, 217:13
**corrected** [1] - 20:21
**correctly** [4] - 16:20, 72:5, 72:6, 85:20
**couched** [1] - 141:19
**counsel** [12] - 7:23, 38:22, 72:13, 92:23, 174:1, 197:23, 218:1, 218:5, 218:16, 218:18, 219:14
**counselor** [1] - 85:2
**counter** [2] - 127:23, 175:18
**counts** [1] - 105:7
**COUNTY** [1] - 223:2
**couple** [5] - 7:20, 22:11, 98:12, 99:3, 136:22
**course** [12] - 9:10, 37:21, 39:7, 39:21, 70:5, 90:6, 101:19, 104:15, 160:16, 175:8, 213:5, 214:1
**courses** [1] - 136:22
**court** [7] - 41:2, 55:12, 69:16, 111:23, 167:8, 218:13, 220:10
**Court** [1] - 1:2
**coworkers** [1] - 194:15
**CPAC** [1] - 95:22
**CPR** [1] - 144:16
**crap** [1] - 19:2
**crazy** [3] - 123:7,

127:19, 187:5
**credibility** [6] - 5:20, 69:5, 69:9, 69:13, 174:10, 176:7
**credible** [1] - 4:8
**credit** [3] - 210:10, 210:11, 210:12
**crime** [3] - 215:21, 216:4, 217:2
**criminal** [16] - 10:16, 59:22, 59:23, 62:3, 62:6, 65:20, 66:15, 68:15, 70:4, 70:14, 91:5, 111:12, 112:3, 125:8, 139:20, 140:1
**criminally** [3] - 111:20, 166:1, 176:17
**cross** [4] - 38:18, 71:20, 174:14, 177:5
**CROSS** [6] - 2:2, 3:2, 44:13, 59:17, 150:6, 207:13
**cross-examination** [3] - 71:20, 174:14, 177:5
**CROSS-EXAMINATION** [5] - 3:2, 44:13, 59:17, 150:6, 207:13
**crystal** [2] - 129:23, 190:9
**crystals** [5] - 75:10, 75:11, 138:16, 190:10, 190:12
**culture** [1] - 154:4
**curious** [1] - 211:19
**current** [1] - 73:20

# D

**daily** [1] - 37:23
**Dakin** [13] - 18:8, 35:2, 35:14, 142:15, 142:22, 150:16, 164:8, 164:10, 164:12, 214:7, 214:13, 214:21, 214:23
**Dan** [20] - 104:11, 105:18, 107:20, 109:8, 109:10, 109:19, 111:20, 124:19, 148:11, 148:20, 148:23, 149:7, 149:11, 149:17, 203:21, 205:23, 207:2, 217:6, 217:9
**Daniel** [2] - 4:6

**Danny** [2] - 18:16, 117:20
**date** [22] - 6:20, 7:14, 17:4, 25:10, 40:23, 66:1, 73:20, 93:2, 109:11, 155:7, 155:16, 158:18, 167:7, 168:5, 192:1, 204:19, 204:22, 208:22, 208:23, 209:5, 221:10, 221:11
**dated** [6] - 16:15, 31:13, 33:14, 161:8, 161:13, 171:6
**DATED** [1] - 223:14
**dates** [6] - 42:22, 43:16, 51:17, 51:22, 157:18, 170:16
**daughter** [5] - 163:2, 163:11, 163:20, 168:1, 213:15
**daughter's** [2] - 31:1, 163:15
**David** [1] - 182:22
**days** [22] - 31:15, 32:3, 44:5, 83:13, 106:3, 106:4, 115:10, 115:21, 116:1, 116:8, 146:4, 156:9, 157:8, 158:5, 161:15, 161:16, 162:19, 162:20, 169:11, 175:10, 203:3, 212:15
**dead** [4] - 79:2, 79:9, 127:21, 187:22
**deal** [3] - 187:14, 188:3, 189:11
**Dec's** [1] - 81:11
**deceased** [1] - 130:5
**December** [47] - 5:15, 10:2, 19:14, 19:20, 20:1, 21:3, 24:12, 25:6, 25:9, 25:16, 28:20, 30:5, 33:23, 38:21, 40:22, 41:12, 41:23, 42:7, 42:12, 42:20, 42:22, 43:2, 43:15, 43:21, 44:8, 44:20, 45:7, 50:1, 103:21, 103:22, 122:11, 155:16, 156:10, 156:23, 157:8, 157:18, 158:3, 158:7, 158:11, 158:14, 170:23, 171:6, 182:12, 185:2, 189:2, 204:13
**deceptions** [1] - 53:20
**decide** [2] - 68:17,

69:14
**decided** [1] - 203:1
**decision** [4] - 13:15, 97:13, 112:15, 113:22
**decisions** [1] - 195:2
**deep** [2] - 99:23, 100:6
**defendant** [1] - 146:18
**definitely** [1] - 102:20
**definitively** [1] - 141:9
**deliberate** [1] - 32:23
**delicate** [1] - 96:2
**demoted** [1] - 106:15
**demotion** [3] - 115:12, 116:3, 116:18
**denied** [2] - 4:3, 18:19
**deny** [1] - 48:17
**denying** [1] - 18:17
**Department** [15] - 32:17, 35:21, 37:7, 37:9, 37:22, 39:8, 49:23, 69:7, 90:7, 117:18, 119:23, 150:9, 151:10, 159:5, 176:16
**department** [40] - 17:16, 30:8, 30:17, 48:22, 53:21, 61:3, 61:10, 62:9, 66:18, 67:18, 68:2, 68:4, 71:4, 76:4, 77:13, 88:6, 88:16, 90:10, 91:15, 94:6, 94:19, 95:19, 97:2, 97:22, 99:11, 102:6, 141:3, 142:6, 150:19, 154:5, 154:16, 168:15, 183:2, 189:15, 194:22, 196:8, 198:23, 202:3, 206:3, 206:9
**departmentally** [1] - 25:22
**Deputy** [5] - 11:9, 19:19, 32:23, 81:13, 144:9
**deputy** [3] - 23:14, 30:18, 62:1
**describe** [4] - 127:19, 133:18, 193:1, 200:12
**described** [3] - 122:2, 146:23, 190:9
**describing** [2] - 96:12, 113:21
**desire** [2] - 124:8,

200:4
**despite** [1] - 62:21
**destroy** [4] - 201:16, 206:7, 206:17, 207:3
**destroyed** [1] - 149:12
**details** [2] - 162:13, 194:6
**detector** [1] - 128:5
**detectors** [1] - 75:4
**determination** [2] - 56:22, 69:4
**determine** [4] - 84:17, 95:20, 121:10, 202:22
**determined** [1] - 67:1
**develop** [1] - 84:3
**died** [1] - 75:13
**different** [12] - 30:15, 128:7, 129:23, 132:5, 132:19, 132:20, 133:1, 133:2, 145:10, 146:8, 168:23, 202:19
**difficult** [2] - 9:1, 158:20
**Digest** [1] - 95:15
**digital** [1] - 223:7
**DIRECT** [5] - 2:2, 37:2, 52:19, 119:17, 182:19
**direct** [3] - 52:22, 197:17, 197:19
**directly** [2] - 189:18, 189:21
**disagree** [1] - 91:18
**disappointed** [2] - 220:4, 220:7
**disciplinary** [29] - 66:4, 66:9, 70:15, 70:20, 72:1, 73:21, 84:20, 89:2, 94:8, 95:1, 95:17, 102:17, 102:19, 106:20, 107:15, 108:17, 109:10, 115:7, 115:18, 116:16, 116:17, 117:2, 127:2, 135:10, 136:18, 141:12, 153:10, 172:5, 178:15
**discipline** [28] - 79:15, 80:8, 80:12, 80:15, 80:19, 81:15, 85:1, 86:12, 87:18, 87:19, 104:22, 105:17, 106:1, 115:20, 116:5, 116:13, 127:12, 140:8, 167:2, 172:3,

172:11, 176:11, 177:10, 178:12, 178:21, 179:22, 215:11, 215:16
**disciplined** [4] - 88:21, 127:16, 183:12, 200:4
**disciplines** [1] - 83:10
**disciplining** [1] - 179:21
**disclose** [1] - 68:18
**disclosed** [1] - 35:8
**discovered** [1] - 213:6
**discretion** [3] - 24:11, 131:19, 148:2
**discuss** [6] - 61:12, 66:13, 160:19, 161:23, 181:12, 198:19
**discussed** [10] - 40:23, 111:6, 126:6, 132:15, 140:13, 142:18, 145:14, 180:17, 202:16, 210:4
**discussing** [2] - 69:6, 121:4
**discussion** [17] - 50:2, 60:22, 85:22, 85:23, 101:17, 101:18, 101:22, 139:23, 142:13, 161:18, 175:16, 197:2, 197:5, 197:6, 198:23, 202:1, 214:10
**discussions** [15] - 5:10, 46:21, 47:23, 48:7, 60:4, 60:6, 60:19, 61:16, 67:15, 94:5, 94:23, 97:21, 101:8, 123:9, 202:13
**dislike** [2] - 64:18, 215:2
**dispatch** [8] - 75:10, 127:23, 130:1, 187:10, 188:4, 189:21, 194:1, 220:22
**dispatchers** [3] - 128:1, 187:11, 187:12
**disposed** [1] - 219:23
**disposition** [1] - 112:2
**dispute** [3] - 82:7, 85:17, 147:12
**disrespectful** [1] - 86:2
**district** [2] - 105:20, 105:21

**District** [1] - 1:2
**disturbing** [1] - 57:18
**divided** [1] - 142:14
**division** [4] - 88:6, 142:5, 142:18, 195:3
**docked** [1] - 175:10
**document** [9] - 20:8, 40:11, 56:10, 56:23, 74:4, 117:21, 118:1, 155:11, 157:4
**documentation** [1] - 40:13
**documents** [8] - 35:8, 39:3, 39:4, 39:14, 39:18, 41:7, 57:4, 95:23
**dog** [2] - 43:13, 43:14
**dogging** [1] - 213:11
**dollar** [1] - 83:6
**Don** [1] - 76:22
**done** [14] - 14:22, 22:20, 38:10, 41:2, 45:12, 72:8, 78:2, 88:20, 92:4, 144:6, 165:20, 193:4, 203:4, 222:10
**door** [1] - 195:23
**door's** [1] - 107:23
**doorway** [1] - 194:3
**down** [19] - 8:7, 18:14, 26:7, 26:9, 35:1, 50:5, 67:14, 104:3, 106:2, 106:9, 115:9, 118:15, 127:12, 148:8, 158:13, 161:21, 187:4, 195:21, 199:21
**drafted** [1] - 12:6
**duces** [2] - 40:7, 40:9
**duly** [4] - 36:20, 52:16, 119:16, 182:17
**duplicative** [1] - 7:5
**during** [23] - 24:21, 27:14, 28:3, 41:23, 46:2, 46:14, 48:10, 60:17, 74:15, 76:3, 106:13, 128:11, 130:10, 134:2, 146:13, 160:20, 164:6, 176:15, 176:23, 185:18, 186:23, 190:5, 204:5
**Durocher** [1] - 76:23
**duties** [1] - 104:16
**duty** [4] - 139:1, 139:2, 172:14, 172:16
**dynamics** [3] - 62:8,

81:8, 95:14

# E

**EAP** [1] - 141:3
**earn** [1] - 205:13
**ease** [1] - 18:23
**easier** [1] - 13:21
**eight** [13] - 42:16, 42:18, 43:2, 43:4, 43:22, 94:22, 108:6, 113:18, 118:9, 133:2, 148:22, 157:15, 157:17
**either** [11] - 9:12, 23:1, 35:8, 57:3, 158:2, 160:10, 175:10, 179:7, 180:4, 184:9, 205:14
**election** [2] - 203:17, 203:23
**elicited** [1] - 131:20
**eliminated** [1] - 110:14
**email** [3] - 147:9, 203:7, 203:9
**employed** [3] - 53:2, 119:21, 182:23
**employees** [2] - 141:4
**enclosed** [1] - 189:20
**end** [4] - 11:21, 187:16, 209:15, 220:2
**ended** [1] - 120:6, 148:3
**endorsing** [1] - 203:15
**engaged** [3] - 53:22, 64:12, 65:13
**entered** [1] - 174:23
**entire** [2] - 13:5, 134:20
**entirely** [2] - 68:17, 106:17
**entitled** [1] - 60:14
**envelope** [1] - 162:11
**especially** [1] - 195:2
**Esquire** [2] - 1:13, 1:15
**establish** [2] - 174:16, 174:18
**established** [2] - 27:20, 94:17
**estimate** [1] - 205:4
**et** [5] - 38:1, 105:10, 117:15, 172:3, 173:13
**evening** [1] - 157:11

**evenings** [1] - 157:12
**event** [7] - 21:22, 79:6, 85:21, 98:18, 108:18, 212:8, 213:5
**evidence** [7] - 14:21, 24:15, 41:1, 68:22, 144:11, 174:23, 221:15
**ex** [1] - 17:9
**ex-Mayor** [1] - 17:9
**exact** [6] - 6:20, 112:10, 155:16, 158:21, 171:14, 209:5
**exactly** [9] - 12:16, 42:9, 122:12, 131:3, 132:14, 197:21, 208:20, 208:21, 217:4
**exam** [2] - 73:1, 73:5
**EXAMINATION** [20] - 3:2, 19:8, 22:13, 26:18, 28:9, 37:2, 44:13, 49:14, 52:19, 59:17, 92:14, 98:7, 103:12, 105:16, 111:18, 117:13, 119:17, 150:6, 182:19, 207:13
**examination** [6] - 71:20, 129:10, 174:14, 177:5, 197:18, 197:20
**examine** [1] - 38:17
**examining** [1] - 218:4
**example** [1] - 78:22
**except** [2] - 14:18, 202:17
**exchange** [1] - 185:19
**excuse** [7] - 8:6, 21:5, 55:6, 62:5, 169:8, 174:19, 184:15
**excused** [1] - 182:9
**executive** [2] - 59:6, 178:14
**Exhibit** [9] - 16:12, 19:11, 29:12, 56:14, 74:2, 153:5, 161:8, 183:19, 192:6
**exhibit** [2] - 54:17, 57:11
**exhibits** [1] - 38:22
**exist** [1] - 141:7
**exited** [2] - 196:8, 196:21
**exonerated** [3] - 100:3, 113:7, 113:8
**expected** [1] - 11:20
**experience** [1] -

218:3
**expert** [4] - 57:4, 57:8, 130:22, 130:23
**explain** [2] - 9:23, 190:6
**explained** [2] - 193:23, 194:8
**explicitly** [1] - 219:10
**explore** [1] - 5:18
**expose** [3] - 96:3, 96:9, 194:15
**exposing** [1] - 193:15
**exposure** [3] - 100:10, 100:11, 100:12
**express** [1] - 92:2
**extra** [1] - 205:13
**extremely** [1] - 144:14
**eyes** [1] - 14:19

# F

**face** [6] - 99:13, 106:20, 115:17, 116:17, 117:1, 173:20
**facing** [1] - 115:18
**fact** [9] - 5:20, 10:5, 22:5, 57:2, 67:5, 89:10, 154:14, 165:18, 207:5
**faction** [6] - 142:14, 142:23, 143:18, 143:19, 150:14, 150:18
**factions** [4] - 142:20, 150:9, 202:2
**factors** [3] - 67:3, 95:9, 112:14
**facts** [3] - 112:5, 121:11, 172:14
**failure** [2] - 83:8, 89:15
**fair** [33] - 8:18, 30:23, 45:15, 50:15, 50:17, 112:9, 121:17, 125:16, 132:10, 134:3, 139:16, 140:7, 143:22, 145:1, 145:22, 162:18, 166:15, 167:4, 170:19, 170:23, 184:18, 207:18, 208:4, 208:17, 210:6, 211:8, 211:10, 211:13, 212:22, 215:3, 215:14,

219:23, 220:5
**fairness** [1] - 203:10
**faith** [1] - 195:1
**false** [6] - 3:6, 63:11, 67:6, 135:5, 136:3, 204:12
**familiar** [8] - 35:4, 35:6, 58:11, 120:22, 131:21, 173:14, 192:10, 209:12
**far** [5] - 21:15, 23:3, 24:6, 201:7, 221:15
**fascinating** [2] - 164:15, 164:16
**fast** [1] - 195:3
**father** [1] - 75:20
**fault** [2] - 86:6, 153:16
**favored** [1] - 151:5
**fear** [1] - 108:22
**February** [3] - 40:20, 164:19, 165:8
**federal** [4] - 105:8, 117:15, 167:8, 220:9
**feelings** [4] - 57:9, 87:2, 198:13, 215:10
**fellow** [6] - 50:3, 50:9, 105:4, 168:20, 173:20, 179:3
**felt** [16] - 65:12, 77:7, 79:16, 83:10, 86:2, 106:21, 131:6, 131:8, 133:20, 140:9, 144:20, 179:4, 193:13, 199:23, 206:13
**Ferraro** [3] - 12:1, 125:13, 154:7
**few** [6] - 6:22, 7:1, 7:7, 9:19, 22:16, 90:12, 93:23, 94:7, 97:21, 113:14, 114:8, 114:10, 120:19, 124:1, 149:1, 149:12, 203:3
**fighting** [1] - 19:22
**file** [10] - 3:9, 4:14, 10:21, 10:22, 15:10, 64:5, 81:11, 152:19, 176:14, 180:8
**filed** [11] - 4:19, 35:9, 53:18, 65:22, 101:2, 101:4, 101:6, 120:21, 121:1, 134:6, 179:3
**files** [1] - 119:16, 122:18
**filing** [5] - 59:22, 65:19, 101:9, 102:3, 179:22
**filling** [1] - 39:10
**final** [1] - 137:4

**finalized** [1] - 170:23
**finally** [1] - 19:17
**finder** [1] - 5:20
**findings** [5] - 54:2, 54:8, 81:13, 84:19, 87:7
**fine** [5] - 34:14, 51:16, 72:15, 131:20, 221:4
**fingers** [1] - 100:18
**finish** [5] - 110:16, 153:22, 173:7, 174:20, 222:8
**first** [31] - 7:5, 11:7, 12:5, 14:10, 14:16, 19:9, 19:12, 23:2, 25:12, 27:20, 29:20, 32:8, 35:13, 47:18, 65:18, 73:14, 74:4, 79:12, 91:12, 95:5, 109:5, 117:19, 121:17, 136:8, 136:10, 145:8, 151:19, 154:13, 192:18, 197:4, 214:14
**Fitchburg** [1] - 31:2
**five** [15] - 3:17, 30:15, 31:13, 52:4, 83:13, 106:3, 106:4, 115:9, 115:21, 116:1, 116:8, 125:11, 146:3, 175:10, 219:8
**five-minute** [2] - 52:4, 219:8
**flipped** [1] - 29:5
**focus** [3] - 8:17, 68:9, 132:16
**focused** [2] - 100:5, 132:22
**focuses** [1] - 132:20
**focusing** [2] - 28:11, 148:10
**follow** [8] - 22:12, 26:16, 31:22, 98:2, 117:10, 149:9, 196:2, 217:15
**follow-up** [4] - 26:16, 31:22, 98:2, 117:10
**follow-ups** [1] - 22:12
**followed** [1] - 100:15
**following** [4] - 18:7, 43:1, 179:8, 196:7
**follows** [4] - 36:21, 52:17, 119:16, 182:18
**football** [5] - 8:11, 8:21, 79:7, 79:8
**force** [1] - 183:10
**foregoing** [1] - 223:6
**forgot** [1] - 25:18

**form** [3] - 46:10, 100:19, 206:6
**formal** [2] - 62:22, 218:13
**forthcoming** [1] - 134:1
**forward** [4] - 21:7, 77:18, 106:17, 200:9
**fought** [1] - 10:23
**foundation** [1] - 57:3
**four** [13] - 42:16, 42:17, 43:3, 43:4, 43:22, 43:23, 76:20, 157:13, 162:19, 164:12, 168:22, 169:2, 214:3
**four-hour** [1] - 42:17
**fragmented** [1] - 88:17
**free** [2] - 44:19, 51:6
**freedom** [1] - 105:10
**Friday** [4] - 61:1, 61:5, 61:6, 74:7
**friend** [4] - 110:7, 111:1, 111:9, 198:12
**friendly** [8] - 8:19, 8:20, 65:16, 131:8, 180:22, 181:1, 181:11, 201:21
**friends** [5] - 21:16, 78:14, 137:1, 184:12, 184:18
**friendship** [1] - 184:21
**front** [7] - 20:3, 41:12, 44:23, 189:18, 192:5, 211:2, 216:9
**fucking** [1] - 171:11
**full** [2] - 49:23, 52:23, 139:15, 149:15
**full-time** [1] - 49:23
**FURTHER** [6] - 26:18, 28:9, 103:12, 105:16, 111:18, 117:13
**future** [1] - 50:2

## G

**game** [3] - 22:15, 79:5, 79:8
**games** [5] - 8:11, 8:12, 8:21, 22:1
**gang** [1] - 64:11
**gathering** [1] - 21:21
**general** [6] - 130:9, 130:10, 130:14, 159:21, 203:22, 205:4
**Genest** [8] - 163:6,

163:22, 177:2, 177:7, 213:20, 214:15, 214:16
**gentleman** [6] - 35:5, 43:17, 104:2, 130:17, 166:15, 208:23
**gentleman's** [1] - 172:7
**ghost** [7] - 75:3, 128:5, 128:9, 128:15, 138:16, 187:9, 189:7
**ghosts** [1] - 47:4
**GILBERT** [2] - 1:5, 2:10
**Gilbert** [101] - 1:16, 5:14, 8:21, 19:10, 21:3, 21:11, 21:21, 25:8, 28:17, 29:21, 30:2, 34:3, 41:22, 42:5, 42:18, 43:5, 44:2, 45:16, 49:19, 50:20, 54:21, 54:22, 55:5, 55:19, 57:14, 57:17, 57:22, 58:15, 58:21, 59:6, 60:1, 62:7, 69:20, 69:21, 69:22, 70:18, 72:17, 73:16, 73:22, 74:5, 77:1, 84:8, 88:20, 99:14, 103:23, 104:18, 105:2, 106:21, 108:18, 112:8, 114:1, 118:6, 120:11, 120:21, 121:7, 121:15, 122:20, 123:11, 126:18, 127:5, 139:6, 139:21, 140:1, 144:9, 147:9, 151:2, 151:12, 151:14, 152:19, 153:6, 153:10, 153:20, 154:16, 155:11, 157:4, 157:14, 158:2, 158:13, 159:15, 159:16, 161:3, 161:14, 161:18, 165:15, 167:1, 167:7, 170:11, 170:15, 171:11, 171:15, 171:23, 174:3, 177:22, 180:22, 181:5, 182:10, 182:17, 182:22, 186:14
**Gilbert's** [9] - 29:12, 31:12, 135:3, 161:9, 162:13, 163:9, 163:10, 163:19,

167:23
**Gilbert/Pronovost** [1] - 114:5
**given** [9] - 5:19, 31:6, 84:16, 116:13, 126:16, 152:22, 181:10, 212:23, 221:14
**glasses** [3] - 155:8, 155:13, 155:14
**global** [3] - 112:17, 113:3, 113:21
**goal** [1] - 103:20
**Godere** [2] - 81:11, 117:19
**goofing** [1] - 131:12
**grabbed** [1] - 147:14
**graduated** [1] - 163:2
**graduation** [6] - 163:4, 163:10, 163:15, 163:19, 168:1, 213:14
**gratuitous** [1] - 131:16
**great** [6] - 22:4, 52:1, 52:13, 55:17, 187:21, 188:2
**grew** [2] - 143:13
**grievance** [3] - 10:21, 11:3, 11:4
**grieving** [1] - 75:19
**ground** [2] - 218:3, 219:9
**group** [2] - 50:17, 184:15
**guess** [3] - 122:7, 175:23, 176:1
**guilty** [1] - 146:3
**gun** [33] - 5:14, 10:4, 16:1, 16:19, 16:23, 17:7, 17:15, 18:20, 19:4, 20:4, 30:21, 33:20, 47:17, 50:9, 57:17, 121:7, 123:20, 123:23, 124:12, 125:18, 126:3, 126:10, 136:10, 164:12, 168:20, 169:20, 171:9, 171:17, 171:21, 185:12, 214:11, 214:13
**guy** [3] - 195:7, 199:20, 213:19
**guys** [2] - 29:4, 71:5

## H

**hairs** [1] - 82:3
**half** [1] - 183:4
**hall** [2] - 144:10, 207:23
**Halloween** [1] - 22:5
**hallway** [8] - 26:7, 26:9, 50:5, 102:9, 104:3, 123:17, 137:16, 187:4
**Hampden** [1] - 1:2
**HAMPDEN** [1] - 223:2
**hand** [6] - 36:19, 38:7, 154:6, 168:18, 170:14, 221:3
**handed** [2] - 135:11, 135:14
**hands** [1] - 29:4
**hang** [3] - 143:14, 185:16, 204:11
**hangs** [1] - 190:12
**happy** [9] - 13:14, 21:1, 41:7, 41:10, 65:6, 65:9, 143:5, 173:2, 193:21
**hard** [4] - 95:14, 129:14, 156:21, 215:10
**head** [1] - 163:23
**headed** [1] - 196:3
**heads** [1] - 143:11
**hear** [15] - 17:21, 18:1, 33:12, 34:12, 39:2, 41:7, 47:4, 49:9, 50:3, 121:8, 121:9, 152:12, 169:15, 169:21, 188:11
**heard** [35] - 4:1, 5:16, 17:13, 17:18, 18:3, 19:13, 23:6, 33:13, 47:16, 47:18, 47:20, 69:5, 121:18, 122:14, 124:1, 124:21, 126:4, 128:7, 136:14, 140:2, 148:6, 148:13, 152:7, 154:18, 159:7, 164:16, 167:16, 167:18, 185:3, 196:13, 201:9, 202:1, 205:7, 206:1
**Hearing** [1] - 1:8, 52:7, 222:22
**hearing** [30] - 3:10, 8:10, 12:6, 32:8, 35:13, 38:20, 38:23, 67:10, 68:15, 70:2,

72:9, 89:5, 89:22, 93:2, 95:6, 99:11, 102:18, 116:16, 116:17, 134:15, 161:1, 172:23, 183:15, 202:7, 211:2, 217:7, 218:22, 219:18, 219:20, 221:10
**hearings** [1] - 220:3
**hears** [2] - 152:8, 152:9
**heated** [5] - 85:22, 85:23, 137:9, 137:11, 202:19
**held** [3] - 30:20, 67:7, 102:10
**hell's** [1] - 159:14
**help** [2] - 8:7, 174:20
**henchmen** [1] - 96:22
**hereby** [1] - 223:6
**herein** [1] - 68:18
**highly** [1] - 193:14
**himself** [1] - 144:20
**hired** [1] - 113:10
**history** [3] - 135:2, 147:15, 147:19
**hold** [3] - 175:15, 202:17, 217:20
**holding** [1] - 168:17
**holster** [1] - 25:23
**Holyoke** [2] - 1:2, 1:15
**honest** [3] - 132:13, 170:17, 218:12
**honestly** [3] - 49:9, 102:23, 155:13
**Honor** [3] - 54:14, 92:7, 118:13
**Honor's** [1] - 24:10
**hoodie** [1] - 188:3
**hope** [4] - 50:11, 69:15, 92:11, 92:13
**hopefully** [1] - 152:2, 218:7
**hoping** [1] - 97:20, 218:2
**hornet's** [1] - 140:15
**horrible** [2] - 133:17, 133:19
**hour** [5] - 42:17, 132:3, 170:21, 171:2, 171:7
**hours** [12] - 42:16, 42:18, 43:2, 43:3, 43:4, 43:22, 43:23, 157:11, 187:16
**house** [6] - 18:12, 163:1, 163:2, 163:17,

167:23, 190:7
**Howarth** [1] - 89:7
**Howarth's** [2] - 16:7, 16:14
**hurt** [1] - 103:8

**I**

**IBPO** [1] - 203:4
**idea** [12] - 101:4, 131:13, 138:7, 147:2, 151:11, 151:21, 156:11, 159:8, 198:10, 207:16, 207:17, 209:3
**identify** [2] - 37:4, 148:17
**immediate** [1] - 185:15
**immediately** [3] - 83:12, 106:4, 181:5
**impart** [3] - 80:14, 81:14, 85:1
**implication** [1] - 34:11
**imploded** [1] - 211:12
**important** [1] - 69:1
**importantly** [1] - 70:1
**impossible** [2] - 75:15, 189:20
**improperly** [1] - 102:8
**impropriety** [1] - 97:13
**inappropriate** [2] - 14:3, 179:4
**inaudible** [1] - 7:1
**inaudible)** [1] - 12:1
**incident** [95] - 3:19, 10:11, 11:8, 12:13, 12:15, 14:15, 16:1, 16:19, 16:22, 16:23, 17:7, 18:17, 18:20, 19:4, 20:19, 23:4, 24:6, 25:4, 25:7, 26:22, 28:2, 28:11, 28:12, 28:16, 30:3, 33:19, 47:17, 57:15, 68:5, 73:15, 77:22, 80:20, 81:17, 88:18, 96:5, 97:11, 104:12, 105:11, 107:14, 108:12, 121:6, 121:18, 122:4, 123:10, 123:20, 123:23, 124:13, 125:18, 126:3,

126:10, 126:13, 126:19, 132:8, 136:10, 141:12, 141:20, 144:7, 145:7, 145:9, 146:6, 147:11, 148:15, 151:8, 153:11, 154:1, 158:1, 159:5, 162:3, 165:3, 165:5, 165:9, 165:16, 166:9, 169:20, 170:6, 178:4, 185:12, 185:13, 189:3, 189:4, 189:6, 197:2, 197:7, 198:21, 200:17, 208:19, 209:14, 209:23, 210:2, 211:16, 213:1, 214:22, 215:22, 220:9
**incidents** [13] - 16:21, 30:17, 68:4, 78:23, 89:14, 108:14, 132:5, 132:14, 132:17, 168:23, 178:17, 199:23, 200:19
**include** [5] - 60:6, 76:12, 76:16, 76:19, 77:6
**included** [1] - 11:5
**including** [4] - 35:8, 113:17, 142:14, 213:19
**incorporated** [1] - 57:10
**incorrect** [9] - 44:1, 63:13, 64:16, 79:18, 80:10, 99:5, 99:12, 100:9, 107:12
**indeed** [1] - 58:16
**independent** [7] - 10:10, 12:13, 13:7, 14:21, 96:15, 100:15, 100:16
**indicate** [1] - 43:6
**indicated** [15] - 20:9, 20:10, 31:11, 46:6, 56:2, 100:13, 102:2, 150:8, 155:4, 165:2, 185:12, 188:20, 194:10, 197:7, 208:10
**indicates** [1] - 212:17
**indication** [2] - 41:20, 45:5
**indications** [2] - 41:21, 100:17
**individual** [6] - 13:7, 80:23, 100:17, 123:16, 147:12, 199:6
**individually** [3] -

117:17, 167:14, 220:10
**individuals** [6] - 71:9, 76:13, 173:23, 174:1, 174:8, 174:22
**information** [9] - 93:2, 94:18, 96:1, 105:10, 126:2, 126:16, 208:12, 208:15, 219:6
**informed** [2] - 107:8, 137:21
**initial** [5] - 100:1, 100:8, 216:6, 216:7, 216:8
**initiate** [3] - 70:15, 102:18, 108:17
**initiated** [12] - 66:4, 66:9, 73:21, 93:21, 94:15, 102:17, 107:15, 110:11, 113:14, 114:7, 114:22, 126:22
**inquire** [3] - 39:1, 176:9, 177:5
**inquired** [1] - 24:16
**inquiry** [3] - 32:9, 107:18, 160:7
**inside** [4] - 11:6, 30:8, 57:11, 64:2
**inspection** [1] - 211:3
**inspector** [1] - 170:18
**instability** [1] - 187:5
**instance** [1] - 84:21
**instead** [3] - 65:3, 106:19, 115:14
**instructions** [1] - 126:20
**insubordination** [1] - 84:13
**integral** [1] - 95:16
**integrity** [1] - 67:6
**intending** [1] - 134:8
**intention** [1] - 144:20
**intentionally** [1] - 131:20
**interaction** [2] - 201:22, 204:8
**interest** [2] - 176:1, 203:9
**interested** [4] - 125:5, 188:12, 189:10, 190:14
**interfering** [1] - 72:8
**interim** [5] - 32:19, 53:10, 53:11, 134:5, 146:14
**interject** [1] - 68:8,

218:18
**Internal** [10] - 4:15, 11:9, 30:19, 63:22, 78:11, 81:15, 98:9, 101:12, 102:5, 102:7
**internal** [5] - 96:21, 110:1, 133:4, 145:10, 168:14
**internet** [1] - 211:7
**interpret** [1] - 41:6
**interrupt** [1] - 149:23
**interview** [10] - 33:6, 33:13, 56:9, 132:4, 169:13, 169:16, 170:21, 199:11, 203:4, 212:15
**interviewed** [6] - 32:3, 88:2, 88:3, 132:2, 170:18, 199:7
**investigate** [21] - 14:12, 14:14, 30:16, 80:16, 81:14, 81:17, 82:10, 83:3, 83:5, 83:7, 83:23, 84:17, 85:13, 89:12, 95:21, 97:7, 113:11, 145:11, 145:21, 147:10, 165:16
**investigated** [23] - 11:7, 68:5, 78:10, 78:20, 79:16, 82:14, 85:4, 89:15, 89:19, 104:12, 109:9, 109:23, 114:10, 114:17, 115:1, 124:18, 132:6, 132:7, 132:18, 134:15, 136:17, 144:13, 146:9
**investigating** [5] - 12:14, 85:10, 104:17, 133:4, 146:2
**investigation** [56] - 4:4, 13:8, 14:4, 14:17, 14:21, 14:22, 15:8, 15:16, 19:16, 21:4, 23:9, 23:15, 24:17, 27:15, 28:3, 28:15, 28:22, 66:11, 66:18, 66:20, 66:21, 67:21, 77:12, 78:2, 78:23, 80:11, 83:22, 84:16, 84:19, 85:9, 87:23, 88:20, 93:16, 94:15, 94:16, 95:12, 96:21, 98:14, 106:22, 112:15, 112:17, 113:4, 113:7, 113:9, 113:13, 113:21, 114:7, 142:19, 144:8, 166:2, 167:1, 168:14,

215:14, 216:6, 216:7, 216:8
**investigations** [6] - 78:12, 96:15, 110:2, 114:22, 175:4, 175:21
**Investigations** [2] - 4:15, 63:22
**investigative** [4] - 12:2, 27:10, 58:12, 95:18
**investigative-wise** [1] - 27:10
**investigator** [30] - 10:10, 13:12, 21:18, 23:10, 23:11, 23:14, 23:19, 24:5, 24:9, 24:20, 24:22, 26:20, 27:12, 28:12, 28:23, 29:13, 79:16, 80:7, 80:20, 86:15, 86:20, 87:5, 97:14, 100:2, 100:8, 145:11, 145:21, 146:6, 210:7
**investigators** [3] - 23:2, 30:15, 100:16
**invitation** [2] - 185:6, 213:21
**invited** [1] - 185:4
**involve** [6] - 67:2, 97:11, 113:4, 114:8, 114:11, 114:17
**involved** [20] - 21:22, 53:23, 94:7, 96:19, 98:20, 99:23, 112:14, 118:5, 145:6, 147:3, 154:5, 165:19, 172:4, 179:15, 181:19, 182:3, 203:2, 203:14, 215:18, 216:14
**involvement** [2] - 4:4, 95:18
**involves** [1] - 67:3
**involving** [16] - 19:5, 33:20, 81:17, 94:21, 94:22, 96:4, 104:12, 108:5, 113:23, 115:4, 121:6, 124:21, 144:7, 158:1, 169:20
**irrelevant** [2] - 103:9, 107:18
**issue** [24] - 14:16, 16:18, 17:6, 17:15, 47:10, 71:2, 71:3, 71:4, 78:10, 94:20, 94:21, 102:21, 103:2, 111:12, 131:12, 136:18, 136:19, 139:6, 142:9, 144:22, 144:23, 145:13, 151:3, 203:18

**issued** [3] - 25:22, 68:16, 70:4
**issues** [9] - 10:3, 69:13, 77:10, 79:12, 103:5, 107:2, 134:14, 143:8, 176:7
**it's.** [1] - 84:10
**itself** [5] - 20:8, 57:1, 70:12, 80:1, 96:9

## J

**Jan** [1] - 214:5
**January** [6] - 40:21, 122:11, 158:12, 159:1, 192:15, 192:17
**Jebb** [86] - 4:14, 4:20, 5:11, 6:2, 7:12, 8:12, 11:10, 14:23, 19:19, 23:14, 27:20, 29:3, 30:18, 32:20, 33:1, 35:22, 41:22, 42:5, 42:15, 43:3, 43:18, 43:22, 44:21, 44:22, 52:8, 53:1, 93:15, 123:20, 128:11, 128:19, 128:23, 129:8, 129:20, 133:6, 133:8, 135:14, 135:17, 142:14, 142:21, 143:4, 143:8, 143:9, 144:9, 146:12, 146:13, 147:16, 148:5, 148:11, 148:14, 148:18, 148:21, 149:2, 149:17, 150:13, 150:16, 151:4, 154:6, 157:4, 157:16, 159:18, 165:4, 173:17, 175:3, 175:5, 175:9, 176:8, 180:18, 186:16, 186:17, 189:16, 192:20, 194:7, 197:2, 197:7, 201:9, 201:20, 202:12, 203:21, 204:3, 204:5, 206:17, 206:20, 207:3, 215:3
**JEBB** [2] - 2:6, 52:16
**Jebb's** [7] - 12:14, 13:7, 14:2, 81:13, 144:4, 146:22, 186:6
**Jeff** [1] - 117:19
**jeopardized** [1] - 67:6
**Jeremy** [1] - 76:23
**Jeronimo** [3] - 18:6, 137:8, 150:15

**Joan** [1] - 142:15
**job** [12] - 11:20, 19:22, 48:11, 53:13, 80:15, 120:18, 143:17, 148:21, 165:20, 175:4, 183:3, 208:3
**JOHN** [2] - 1:4, 2:2
**John** [16] - 1:14, 35:19, 48:3, 58:19, 103:23, 123:6, 124:18, 131:8, 150:15, 154:6, 154:15, 157:11, 179:17, 212:1, 212:2, 212:3
**John's** [1] - 159:3
**joining** [1] - 210:4
**judge** [2] - 217:11, 217:12
**Judge** [3] - 16:6, 16:14, 89:6
**judgment** [2] - 147:20, 148:1
**July** [26] - 3:7, 9:21, 31:13, 53:6, 54:21, 55:5, 55:7, 55:18, 55:22, 55:23, 56:11, 73:13, 94:13, 100:23, 120:22, 139:12, 155:9, 161:8, 161:13, 162:18, 166:3, 166:22, 170:12, 170:13, 183:19, 202:5
**juncture** [1] - 175:8
**June** [28] - 10:7, 17:9, 17:13, 21:6, 30:13, 30:22, 31:12, 31:15, 32:4, 33:8, 33:14, 33:22, 56:1, 163:11, 163:18, 168:2, 168:5, 168:8, 169:13, 183:11, 193:2, 209:12, 211:12, 212:6, 213:1, 223:14
**Jusino** [2] - 172:7, 174:22

## K

**keep** [5] - 37:3, 52:21, 100:5, 108:4, 205:2
**keeper** [6] - 35:20, 35:23, 37:20, 40:6, 40:16, 41:5
**keeping** [1] - 37:18
**Kelly** [2] - 172:5,

174:22
**kept** [5] - 37:23, 39:6, 39:20, 189:12, 207:21
**key** [5] - 70:7, 70:8, 70:17, 70:19, 95:8
**kick** [1] - 199:20
**kicking** [1] - 140:15
**kill** [4] - 104:2, 171:11, 171:18, 172:1
**kind** [15] - 123:5, 123:7, 127:8, 127:18, 133:22, 135:19, 137:8, 137:9, 139:4, 149:1, 187:5, 195:10, 205:1, 210:7, 210:12
**kindly** [1] - 156:23
**knee** [1] - 149:6
**knowing** [1] - 18:19
**knowingly** [1] - 204:12
**knowledge** [14] - 85:9, 87:11, 125:14, 128:4, 128:14, 128:22, 129:1, 129:3, 129:22, 132:11, 142:20, 144:10, 147:3, 223:8
**known** [6] - 50:22, 102:16, 122:17, 143:12, 143:14, 189:18
**knows** [2] - 129:3, 148:12
**Kos** [1] - 203:22

## L

**lack** [1] - 80:12
**lapsed** [1] - 125:9
**last** [17] - 6:7, 6:14, 7:11, 8:10, 22:14, 30:8, 36:15, 38:20, 40:23, 55:5, 73:3, 91:23, 93:23, 98:8, 153:22, 183:15, 199:16
**Lastly** [1] - 199:17
**late** [1] - 139:1
**lately** [1] - 16:16
**latter** [1] - 49:16
**law** [9] - 66:17, 69:16, 90:10, 91:15, 94:6, 95:19, 97:2, 97:21, 99:11
**lawsuit** [8] - 97:6, 99:14, 100:7, 105:8, 108:5, 117:15, 145:4, 146:18

**lawsuits** [2] - 96:1, 99:7
**lawyer** [8] - 4:17, 34:2, 61:19, 71:11, 90:23, 91:4, 91:9, 92:17
**lawyer's** [1] - 13:23
**lawyers** [2] - 90:2, 90:11
**lay** [2] - 57:8, 130:23
**leadership** [1] - 194:23
**learn** [2] - 19:16, 84:7
**learned** [9] - 19:10, 110:17, 110:22, 111:7, 136:10, 138:8, 139:16, 206:11, 206:13
**learning** [2] - 181:6, 181:15
**least** [3] - 35:16, 149:13, 150:10
**leave** [4] - 131:18, 204:11, 205:21, 221:18
**led** [1] - 194:19
**ledgers** [1] - 38:4
**left** [1] - 195:22
**Lemay** [1] - 81:11
**lengths** [1] - 187:21
**less** [5] - 80:19, 195:5, 201:5, 201:7
**letter** [28] - 16:15, 19:11, 19:12, 19:13, 29:12, 29:16, 29:19, 29:20, 29:23, 30:2, 30:4, 56:12, 56:16, 57:9, 57:13, 57:23, 63:17, 89:10, 120:21, 152:22, 153:6, 161:9, 162:13, 172:12, 172:13, 175:12, 176:13, 191:3
**letters** [1] - 81:10
**letting** [1] - 70:5
**Levesque** [1] - 80:23
**liberty** [1] - 66:13
**lie** [1] - 56:18
**lied** [1] - 68:3
**lies** [1] - 53:20
**Lieutenant** [12] - 13:13, 29:1, 33:12, 42:16, 43:3, 43:22, 57:15, 85:13, 121:6, 192:22, 194:7, 210:3
**lieutenant** [32] - 5:1, 5:2, 28:10, 30:21, 37:12, 41:21, 59:5, 83:10, 85:21, 86:2,

86:5, 86:7, 86:8, 86:9, 120:6, 120:9, 122:22, 123:3, 126:12, 140:18, 168:19, 178:2, 178:8, 178:9, 185:22, 186:3, 186:4, 186:13, 187:15, 187:18, 187:19, 195:4
**lieutenants** [1] - 195:10
**life** [3] - 92:13, 143:15, 214:12
**light** [2] - 103:19, 128:5
**lightly** [1] - 78:15
**lights** [1] - 75:7
**likely** [1] - 158:14
**limited** [1] - 179:22, 180:2
**line** [4] - 69:2, 69:11, 136:6, 159:23
**list** [3] - 35:17, 155:3, 160:10
**listed** [2] - 35:10, 173:9
**Listen** [3] - 21:12, 140:14, 161:22
**listen** [2] - 189:22, 212:20
**litigation** [3] - 96:4, 96:9, 96:10
**local** [1] - 203:4
**locate** [1] - 43:16
**located** [1] - 55:2
**locker** [1] - 184:13
**lockup** [1] - 147:13
**lodge** [1] - 180:8
**log** [6] - 37:23, 41:20, 42:21, 43:15, 44:23, 51:15
**logs** [10] - 37:18, 39:6, 45:6, 205:8, 205:9, 205:12, 207:18, 207:20, 207:21, 208:1
**Lonny** [8] - 35:2, 142:15, 150:16, 164:8, 164:10, 164:12, 214:7, 214:23
**look** [12] - 12:19, 12:22, 12:23, 16:12, 38:9, 41:11, 41:15, 41:19, 44:4, 56:17, 74:1, 86:1, 155:6, 156:22, 167:20, 192:9, 193:3
**looked** [5] - 16:14, 133:3, 146:4, 211:5, 211:6
**looking** [15] - 4:17,

4:23, 5:3, 43:14, 70:3, 87:6, 97:4, 100:15, 130:21, 133:5, 154:8, 155:11, 157:2, 195:5, 196:5

**looks** [9] - 42:7, 42:8, 43:2, 43:19, 44:2, 44:5, 155:9, 157:6, 157:7

**loss** [1] - 75:19

**loud** [1] - 10:14

**Louis** [2] - 36:13, 37:6

**LOUIS** [2] - 2:4, 36:20

**lousy** [1] - 175:4

**Lower** [1] - 1:15

**lying** [3] - 170:2, 220:17, 220:22

# M

**ma'am** [29] - 6:17, 7:18, 9:5, 9:9, 9:16, 22:22, 23:4, 23:19, 25:9, 25:17, 26:5, 26:8, 26:12, 29:21, 32:16, 36:10, 42:13, 46:6, 51:10, 60:13, 96:19, 97:17, 119:14, 148:2, 160:2, 182:7, 187:10, 194:22, 216:1

**madam** [9] - 14:6, 19:15, 24:11, 28:15, 40:9, 80:1, 92:7, 156:16, 175:2

**magistrate** [11] - 52:22, 53:16, 56:15, 70:6, 98:13, 99:4, 111:20, 119:5, 151:7, 166:5, 211:3

**MAGISTRATE** [227] - 4:12, 5:22, 7:4, 7:9, 8:1, 8:23, 9:6, 9:10, 9:17, 13:19, 14:9, 15:5, 15:11, 15:15, 15:20, 16:13, 20:20, 20:22, 22:23, 23:6, 23:16, 23:21, 24:3, 24:8, 24:13, 25:2, 25:5, 25:11, 25:15, 25:20, 26:3, 26:6, 26:10, 26:14, 29:18, 29:22, 31:20, 31:23, 32:5, 32:12, 33:3, 34:6, 34:12, 34:15, 34:23, 35:11, 35:18, 36:4, 36:6, 36:8, 36:11, 36:14, 36:17, 36:22, 38:19, 40:4,

40:10, 40:16, 40:19, 42:10, 42:14, 44:12, 46:4, 46:10, 50:13, 50:19, 51:1, 51:4, 51:8, 51:11, 51:18, 51:23, 52:5, 52:8, 52:10, 52:13, 52:18, 54:4, 54:11, 54:15, 55:11, 55:16, 56:20, 57:6, 59:10, 59:14, 60:10, 60:15, 61:5, 61:8, 62:17, 62:21, 68:7, 68:10, 71:19, 72:10, 72:13, 75:16, 79:21, 80:4, 86:4, 86:8, 86:10, 92:9, 92:12, 93:4, 93:10, 93:15, 93:20, 94:1, 94:3, 94:10, 94:14, 95:3, 96:7, 96:13, 97:9, 97:18, 97:23, 98:3, 98:6, 107:22, 112:13, 112:20, 112:23, 113:2, 113:8, 113:12, 114:4, 114:13, 114:16, 114:20, 115:3, 115:6, 115:16, 116:4, 116:7, 116:11, 116:21, 117:1, 117:4, 117:9, 118:12, 118:14, 118:18, 118:21, 119:2, 119:4, 119:8, 119:12, 121:23, 128:17, 129:11, 130:13, 130:19, 139:10, 141:21, 147:22, 148:7, 149:23, 150:4, 152:17, 153:4, 159:23, 160:3, 160:8, 160:13, 160:17, 160:22, 161:2, 169:6, 169:9, 172:21, 173:21, 174:7, 174:15, 174:19, 175:15, 176:4, 177:3, 177:19, 178:1, 178:4, 178:7, 178:11, 178:20, 179:2, 179:6, 179:12, 179:20, 180:6, 180:12, 180:21, 181:1, 181:4, 181:10, 181:14, 181:17, 181:20, 182:1, 182:5, 182:8, 182:11, 182:15, 187:17, 187:20, 191:4, 191:23, 192:4, 192:7, 197:19, 197:22, 207:10,

210:17, 213:13, 215:7, 217:19, 218:1, 219:13, 221:8, 221:16, 221:19, 222:1, 222:5, 222:11, 222:15, 222:21

**mail** [1] - 27:3

**major** [6] - 105:3, 115:8, 116:5, 116:13, 142:17, 150:23

**Major** [38] - 4:6, 4:7, 18:16, 104:11, 104:22, 105:18, 106:11, 107:20, 107:21, 109:8, 109:10, 109:19, 111:20, 117:20, 124:19, 125:23, 144:8, 144:22, 145:1, 147:11, 147:15, 148:11, 148:16, 148:19, 148:20, 149:6, 149:11, 149:17, 165:19, 166:1, 166:6, 203:21, 205:23, 207:3, 215:16, 215:21, 217:1, 219:16

**Maldonado** [10] - 96:5, 108:11, 114:2, 144:7, 145:3, 164:18, 165:13, 166:9, 215:14, 220:9

**MALE** [1] - 119:5

**man** [2] - 154:6, 208:2

**management** [2] - 112:6, 166:11

**manner** [2] - 41:8, 101:20

**Mannion** [34] - 1:13, 2:3, 2:5, 2:7, 2:9, 2:11, 19:9, 28:10, 35:19, 37:3, 38:16, 49:15, 51:18, 52:20, 54:12, 60:11, 60:20, 74:4, 74:8, 92:2, 92:15, 92:20, 103:13, 111:19, 117:14, 150:4, 150:7, 160:14, 161:5, 172:21, 176:5, 207:10, 207:14, 210:18

**MANNION** [99] - 5:12, 6:16, 7:2, 7:17, 7:20, 14:5, 20:21, 21:1, 22:8, 22:21, 24:10, 28:8, 29:20, 32:2, 32:15, 34:8, 34:19, 35:2, 35:23,

37:1, 38:6, 38:11, 39:23, 40:8, 40:12, 40:18, 41:10, 41:16, 44:10, 46:3, 46:5, 46:12, 51:2, 51:10, 51:14, 51:21, 52:3, 54:13, 54:16, 59:8, 59:12, 59:15, 60:7, 60:13, 71:14, 71:17, 72:2, 72:6, 72:15, 75:14, 79:23, 83:18, 93:11, 105:14, 107:17, 112:11, 117:12, 118:10, 118:19, 121:19, 128:16, 128:18, 128:23, 129:6, 129:17, 130:12, 130:14, 131:14, 141:14, 141:19, 147:1, 147:20, 148:1, 150:5, 160:2, 160:6, 160:15, 161:6, 169:8, 173:2, 173:6, 173:11, 173:16, 174:4, 174:13, 174:17, 175:1, 177:6, 177:17, 182:7, 190:23, 197:14, 197:21, 207:11, 210:14, 217:16, 217:21, 219:12, 221:22

**March** [6] - 1:9, 37:10, 61:6, 221:20, 221:21, 222:5

**mark** [3] - 159:15, 182:10, 182:22

**MARK** [2] - 1:5, 2:10

**Mark** [18] - 1:15, 54:20, 58:6, 59:6, 77:1, 118:6, 120:11, 120:21, 122:20, 139:20, 140:1, 159:13, 159:16, 170:11, 180:19, 182:17, 214:19, 214:21

**marked** [2] - 42:12, 56:14

**married** [2] - 183:5, 183:6

**MASSACHUSETTS** [2] - 1:1, 223:1

**Massachusetts** [2] - 1:13, 1:15

**MassLive** [3] - 20:2, 20:3, 20:6

**match** [3] - 10:13, 12:20, 82:16

**material** [3] - 67:14,

67:16, 97:4

**materials** [1] - 97:3

**matter** [37] - 13:13, 14:13, 22:5, 28:5, 40:5, 68:14, 86:1, 89:16, 89:17, 89:18, 90:23, 91:1, 98:23, 104:17, 105:7, 112:3, 113:17, 114:1, 114:5, 114:9, 115:7, 134:9, 136:17, 136:21, 137:20, 145:11, 160:19, 161:3, 161:23, 164:18, 171:10, 175:22, 181:12, 198:14, 199:23, 215:14

**matters** [10] - 112:16, 112:21, 113:16, 113:20, 114:1, 114:23, 115:4, 137:1, 178:15

**Maylene** [3] - 108:11, 144:7, 145:3

**mayor** [54] - 31:6, 31:11, 31:14, 32:3, 53:12, 53:20, 67:15, 97:3, 106:5, 106:12, 110:12, 113:10, 115:10, 116:2, 116:12, 122:3, 124:20, 124:23, 126:2, 126:6, 126:14, 126:16, 126:20, 126:21, 127:3, 127:5, 127:13, 132:5, 140:12, 144:1, 144:17, 146:5, 146:10, 146:12, 146:22, 151:15, 152:1, 152:5, 162:2, 168:4, 168:17, 170:1, 170:6, 177:20, 184:4, 184:9, 190:22, 191:12, 199:3, 202:23, 203:15, 208:8, 212:5, 212:23

**Mayor** [10] - 17:9, 30:12, 32:17, 33:13, 56:2, 121:3, 121:16, 124:16, 140:4, 203:22

**mayor's** [2] - 69:7, 145:16

**mean** [35] - 6:12, 12:7, 41:22, 46:6, 47:1, 50:10, 62:16, 88:4, 92:7, 93:7, 121:20, 122:16, 123:5, 125:7, 125:10, 127:19, 133:18,

138:11, 142:5, 142:12, 143:10, 148:2, 149:2, 154:3, 158:16, 159:2, 159:13, 162:14, 186:16, 190:10, 193:22, 199:19, 205:2, 213:1, 215:9

**meaning** [2] - 61:6, 186:15

**means** [4] - 44:3, 44:4, 48:21, 194:22

**meant** [5] - 27:14, 132:21, 142:11, 186:17, 203:13

**media** [1] - 167:19

**meet** [7] - 61:10, 90:2, 90:9, 91:7, 91:16, 206:15, 206:16

**meeting** [3] - 71:10, 74:10, 202:22

**meetings** [1] - 207:2

**member** [2] - 37:8, 95:21

**members** [2] - 88:6, 203:14

**men** [1] - 11:19

**mental** [1] - 131:12

**mention** [1] - 205:7

**mentioned** [7] - 6:4, 16:4, 44:5, 107:20, 113:18, 114:21, 203:10

**mentioning** [1] - 174:21

**merited** [1] - 80:20

**merits** [1] - 176:6

**met** [2] - 61:18, 90:22

**mete** [1] - 105:18

**meted** [4] - 79:15, 86:11, 87:8, 167:3

**Michael** [8] - 35:20, 53:14, 76:8, 76:22, 77:15, 77:20, 113:10, 151:7

**mid** [1] - 162:18

**midnight** [12] - 43:9, 43:10, 122:7, 123:2, 138:23, 155:23, 156:3, 179:18, 180:14, 185:22, 192:16, 204:7

**miffed** [1] - 203:7

**might** [7] - 28:8, 75:16, 96:16, 131:19, 156:12, 182:14, 215:9

**Mike** [1] - 206:16

**million** [2] - 83:6, 108:6

**mind** [8] - 20:22, 29:23, 36:8, 36:18, 75:12, 93:8, 127:22, 182:16

**mine** [3] - 110:7, 144:11, 160:11

**minimum** [2] - 106:7, 115:11

**minute** [5] - 31:19, 52:4, 96:23, 102:13, 219:8

**minutes** [1] - 9:19

**misconduct** [6] - 56:3, 77:19, 83:11, 97:7, 98:19, 102:9

**misspoke** [1] - 170:4

**mistake** [1] - 218:12

**mistaken** [1] - 58:10

**misunderstood** [1] - 77:16

**moment** [1] - 90:16

**month** [1] - 158:4

**months** [16] - 3:11, 3:17, 6:9, 6:22, 7:1, 7:7, 7:20, 33:22, 129:16, 139:13, 147:6, 159:3, 165:10, 169:21, 212:18, 216:5

**Moran** [1] - 118:7

**morning** [13] - 3:3, 3:4, 20:4, 36:4, 44:14, 44:15, 52:10, 52:11, 122:8, 122:21, 168:11, 181:8, 181:9

**most** [5] - 131:7, 143:15, 150:19, 208:1

**motion** [2] - 8:6, 218:8

**motive** [3] - 5:18, 80:3, 174:11

**motives** [1] - 5:21

**mourning** [1] - 75:19

**mouth** [4] - 36:9, 99:18, 109:5, 110:21

**move** [5] - 15:4, 41:9, 141:23, 176:2, 222:4

**movies** [1] - 22:9

**MR** [212] - 4:10, 4:13, 5:12, 5:16, 6:16, 6:18, 7:2, 7:8, 7:17, 7:19, 7:20, 7:22, 13:17, 14:5, 14:7, 15:4, 16:11, 19:6, 20:13, 20:16, 20:21, 21:1, 22:8, 22:11, 22:19, 22:21, 24:10, 26:17, 28:7, 28:8, 29:20, 31:16, 31:18, 31:21, 32:2, 32:7, 32:15,

33:10, 34:4, 34:8, 34:10, 34:14, 34:18, 34:19, 34:21, 35:2, 35:6, 35:12, 35:23, 36:2, 37:1, 38:6, 38:10, 38:11, 38:14, 39:23, 40:2, 40:8, 40:12, 40:14, 40:18, 41:10, 41:16, 41:18, 44:10, 46:3, 46:5, 46:12, 49:13, 50:12, 50:18, 50:23, 51:2, 51:3, 51:10, 51:14, 51:20, 51:21, 52:3, 54:3, 54:6, 54:13, 54:16, 55:10, 56:19, 56:22, 59:8, 59:12, 59:15, 60:7, 60:8, 60:13, 62:19, 68:9, 69:18, 71:14, 71:17, 71:21, 72:2, 72:4, 72:6, 72:7, 72:12, 72:15, 75:14, 79:23, 80:2, 80:6, 83:18, 92:6, 92:21, 93:3, 93:5, 93:11, 93:13, 98:2, 98:5, 103:10, 104:4, 104:8, 105:14, 107:17, 107:19, 112:11, 117:12, 118:10, 118:13, 118:19, 118:23, 119:11, 121:19, 121:21, 128:16, 128:18, 128:20, 128:23, 129:2, 129:6, 129:9, 129:13, 129:17, 130:12, 130:14, 131:14, 131:18, 139:8, 141:14, 141:16, 141:19, 147:1, 147:20, 148:1, 148:9, 150:2, 150:5, 152:14, 153:21, 160:2, 160:6, 160:7, 160:9, 160:15, 160:16, 161:6, 169:5, 169:8, 170:3, 173:2, 173:3, 173:6, 173:7, 173:11, 173:15, 173:16, 174:4, 174:5, 174:9, 174:13, 174:17, 175:1, 175:18, 177:6, 177:17, 182:7, 182:10, 182:14, 190:23, 192:2, 197:14, 197:17, 197:21, 207:9, 207:11, 210:13, 210:14, 210:16,

211:21, 213:12, 217:14, 217:16, 217:18, 217:21, 217:22, 219:12, 221:7, 221:11, 221:17, 221:22, 222:3, 222:7, 222:14, 222:20

**Mubarek** [3] - 1:23, 223:5, 223:12

**muddle** [1] - 179:18

**Muise** [23] - 13:13, 14:12, 15:7, 23:14, 26:21, 27:5, 27:13, 27:17, 27:22, 28:1, 29:1, 123:15, 137:15, 150:21, 154:23, 160:9, 177:1, 186:12, 186:14, 186:16, 186:17, 198:16, 198:17

**Muise's** [1] - 186:11

**municipality** [1] - 91:20

**murder** [1] - 79:3

**must** [4] - 130:15, 130:16, 154:18, 211:11

## N

**name** [15] - 20:3, 20:5, 36:12, 36:15, 52:23, 53:1, 57:10, 90:15, 119:19, 145:2, 164:8, 172:7, 182:21, 214:7, 214:14

**named** [3] - 146:20, 150:12, 214:11

**names** [3] - 117:16, 172:22, 213:20

**narrow** [1] - 148:8

**natural** [1] - 140:19

**near** [1] - 50:1

**necessarily** [1] - 89:5

**necessary** [1] - 218:18

**neck** [1] - 147:14

**need** [13] - 9:13, 18:5, 68:20, 70:3, 72:10, 96:18, 102:18, 192:7, 197:12, 204:10, 218:2, 219:7, 219:11

**needed** [3] - 167:3, 184:8, 200:8

**needs** [3] - 95:20, 97:6, 218:12

**negative** [3] - 188:1, 190:8, 201:19

**nephew** [1] - 143:12

**nest** [1] - 140:15

**neutral** [1] - 97:14

**never** [49] - 7:19, 16:4, 26:21, 47:20, 57:19, 58:7, 58:22, 61:15, 75:1, 75:8, 75:9, 75:11, 87:10, 89:8, 93:8, 104:9, 107:4, 107:8, 107:20, 124:23, 130:7, 134:1, 142:18, 144:19, 145:14, 147:7, 151:1, 151:3, 152:5, 154:10, 154:14, 154:16, 164:16, 171:15, 175:19, 183:13, 199:13, 201:4, 201:14, 202:16, 204:1, 210:2, 211:4, 212:1, 214:12, 214:23, 219:22

**new** [6] - 32:13, 122:13, 148:15, 149:8, 159:23, 172:22

**news** [2] - 47:19, 167:16

**next** [14] - 5:17, 11:12, 15:21, 20:4, 97:21, 123:12, 124:18, 140:19, 179:8, 193:1, 193:11, 194:2, 195:12, 198:13

**night** [1] - 181:8

**noise** [1] - 188:15

**none** [2] - 32:8, 151:23

**nonresponse** [1] - 13:16

**nonresponsive** [4] - 4:11, 13:17, 33:10, 131:19

**note** [3] - 35:9, 40:15, 69:1

**noted** [3] - 38:18, 205:8, 205:12

**notes** [3] - 18:5, 18:9, 22:9

**nothing** [35] - 5:13, 17:20, 18:21, 18:22, 19:6, 20:18, 21:9, 21:10, 22:20, 22:21, 26:15, 28:7, 34:19, 44:10, 49:13, 51:3, 59:12, 71:9, 92:6, 93:12, 99:8, 99:9, 103:11, 105:14, 112:11, 118:10,

122:13, 131:16, 166:13, 167:15, 173:4, 173:8, 177:17, 179:13, 201:18
**nothing's** [1] - 19:1
**notice** [2] - 27:3, 202:6
**notified** [2] - 85:6, 167:15
**notify** [1] - 35:3
**November** [4] - 10:2, 122:11, 158:11, 158:15
**number** [6] - 54:16, 113:16, 154:5, 203:10, 203:12, 203:13
**numbered** [1] - 203:16

## O

**O'Brien** [2] - 33:8, 33:21
**O'Shea** [3] - 48:3, 48:18, 48:20
**oath** [3] - 66:14, 160:18, 168:19
**object** [18] - 5:12, 6:17, 14:5, 38:15, 71:14, 75:14, 107:17, 121:19, 128:16, 129:17, 130:12, 141:14, 147:1, 148:2, 160:15, 173:3, 190:23, 197:14
**objecting** [2] - 40:2, 173:16
**objection** [37] - 4:10, 5:22, 8:3, 8:4, 8:5, 20:13, 22:11, 31:16, 32:6, 33:10, 34:4, 34:7, 34:16, 46:3, 50:12, 50:18, 50:23, 54:3, 54:5, 55:10, 56:19, 56:21, 57:7, 60:7, 60:12, 92:21, 93:3, 104:8, 119:9, 152:14, 160:14, 170:3, 173:8, 175:17, 213:12, 218:6, 221:7
**objections** [1] - 218:15
**observations** [3] - 75:17, 130:21, 131:1
**observe** [4] - 46:14, 47:3, 48:10, 190:1
**observing** [1] - 46:1
**obstructionist** [1] -

7:23
**obtain** [1] - 177:21
**obviously** [14] - 74:2, 95:16, 101:13, 102:6, 134:19, 136:5, 143:10, 149:16, 162:6, 170:2, 170:8, 200:17, 212:22, 215:2
**occasion** [5] - 74:1, 131:23, 169:15, 188:20, 190:1
**occasional** [1] - 218:15
**occasions** [1] - 90:12
**occur** [1] - 33:20
**occurred** [20] - 25:8, 28:13, 28:17, 57:19, 68:4, 84:18, 87:19, 91:2, 91:3, 143:19, 145:7, 147:6, 151:9, 158:2, 178:5, 198:8, 204:13, 208:19, 211:16, 219:22
**occurring** [2] - 189:16, 189:18
**occurs** [2] - 68:18, 179:23
**October** [8] - 5:9, 166:22, 191:14, 191:16, 191:17, 192:2, 202:8, 202:11
**Odiorne** [1] - 118:6
**OF** [3] - 1:1, 223:1, 223:2
**offenses** [1] - 84:18
**offer** [1] - 39:23
**office** [21] - 27:4, 28:14, 44:18, 69:7, 71:11, 74:13, 86:1, 90:3, 91:5, 91:8, 91:19, 95:21, 105:20, 105:22, 106:8, 124:19, 137:10, 140:3, 145:16, 189:21, 194:2
**Officer** [20] - 14:19, 18:6, 19:10, 38:8, 43:6, 44:14, 48:20, 104:22, 163:6, 163:8, 163:22, 164:1, 165:15, 165:19, 165:23, 166:6, 215:16, 215:21, 217:1, 219:16
**officer** [40] - 18:6, 20:5, 30:21, 31:11, 36:13, 37:6, 48:6, 49:17, 49:22, 50:3, 50:10, 50:21, 59:4,

59:6, 61:21, 66:16, 77:13, 84:12, 85:3, 98:9, 101:12, 102:5, 104:17, 128:11, 132:21, 133:4, 136:21, 145:12, 152:11, 159:21, 167:14, 168:20, 172:20, 173:19, 173:20, 175:2, 176:20, 178:14, 179:3, 213:7
**officer's** [1] - 214:14
**officers** [35] - 8:15, 8:16, 17:22, 18:3, 50:15, 53:21, 67:5, 68:2, 68:6, 79:2, 80:21, 94:7, 94:22, 97:8, 98:20, 100:7, 102:9, 104:22, 105:4, 108:6, 108:7, 113:18, 117:17, 130:16, 159:4, 159:22, 167:8, 172:11, 175:9, 176:12, 176:16, 178:18, 194:4, 213:17, 216:14
**official** [1] - 39:6
**officially** [1] - 181:22
**often** [3] - 73:10, 73:11, 90:2
**old** [1] - 140:14
**on-scene** [1] - 178:17
**once** [8] - 142:19, 143:11, 177:15, 196:21, 202:18, 210:9, 211:6, 215:20
**one** [64] - 8:14, 12:4, 15:8, 15:17, 24:17, 27:2, 27:20, 29:6, 31:23, 43:20, 46:18, 50:4, 54:16, 59:6, 76:12, 77:2, 77:3, 77:7, 78:22, 79:12, 83:9, 87:8, 89:11, 89:14, 90:15, 91:11, 92:6, 94:20, 102:13, 105:7, 107:2, 110:14, 116:7, 117:7, 127:22, 130:22, 132:8, 137:12, 139:8, 142:15, 142:20, 145:8, 147:5, 149:8, 150:13, 154:6, 158:5, 160:7, 172:20, 176:21, 182:12, 186:4, 194:20, 196:3, 201:10, 202:19, 208:10, 211:8,

211:15, 215:23, 217:5, 221:2
**one's** [1] - 219:4
**one-day** [3] - 27:2, 29:6, 87:8
**ones** [1] - 132:19
**ongoing** [2] - 21:4, 94:18
**online** [1] - 220:17
**open** [4] - 44:16, 148:3, 205:21, 213:21
**open-ended** [1] - 148:3
**opened** [1] - 107:23
**opening** [1] - 205:22
**operate** [1] - 178:16
**opinion** [6] - 57:2, 57:5, 57:8, 130:22, 131:1
**opportunity** [2] - 9:7, 142:1
**opposed** [1] - 181:21
**opposing** [3] - 38:22, 218:5, 218:17
**opted** [3] - 106:19, 115:13, 116:14
**option** [6] - 106:16, 115:12, 116:17, 116:19, 116:22, 117:7
**options** [2] - 94:8, 106:19
**oral** [1] - 179:13
**order** [4] - 35:7, 35:10, 127:6, 170:15
**ordered** [14] - 126:18, 135:4, 152:19, 153:5, 161:10, 161:22, 166:11, 184:1, 184:2, 184:10, 190:20, 191:12, 207:6, 208:8
**ordering** [2] - 168:13, 177:21
**ordinarily** [1] - 39:20
**ordinary** [3] - 37:21, 39:7, 39:21
**original** [2] - 162:8, 162:9
**originally** [2] - 134:4, 140:12
**OT** [1] - 45:6
**otherwise** [2] - 41:9, 218:7
**OUI** [2] - 177:8, 177:9
**outcome** [6] - 67:10, 67:13, 87:14, 88:21, 95:5, 96:10
**outcomes** [1] - 78:11
**outraged** [2] - 56:17,

56:18
**outrageous** [1] - 63:10
**outright** [2] - 56:18, 68:3
**outside** [5] - 102:8, 145:20, 146:5, 155:1, 174:22
**overall** [1] - 76:6
**overruled** [1] - 5:23
**overseeing** [1] - 93:18
**overtime** [3] - 45:3, 205:8, 207:14
**overture** [1] - 92:18
**overturned** [2] - 173:18, 217:11
**own** [2] - 129:10, 145:15

## P

**p.m** [4] - 160:23, 161:1, 222:6, 222:22
**page** [5] - 12:18, 20:3, 192:10, 192:18, 197:4
**pages** [3] - 12:12, 12:16, 12:19
**paper** [4] - 20:4, 30:20, 68:3, 150:1
**papers** [1] - 89:2
**paperwork** [4] - 17:20, 31:7, 156:12, 168:18
**par** [1] - 186:14
**paragraph** [9] - 192:14, 192:18, 193:2, 193:4, 193:9, 193:11, 193:16, 195:12, 197:4
**paraphrasing** [1] - 210:19
**parking** [2] - 196:15, 196:16
**part** [18] - 23:12, 29:13, 49:16, 70:2, 70:7, 70:8, 70:19, 84:8, 95:6, 95:8, 95:16, 110:4, 110:23, 111:8, 112:17, 114:3, 117:18, 131:7
**participate** [1] - 171:5
**participated** [1] - 87:22
**participating** [1] - 74:17
**participation** [1] -

170:22
**particular** [10] - 39:12, 50:16, 89:16, 103:22, 125:21, 132:21, 162:12, 194:20, 197:1, 214:3
**particularly** [1] - 167:21
**parties** [7] - 5:19, 22:2, 51:8, 68:17, 90:3, 96:16, 163:16
**party** [14] - 8:14, 9:12, 22:5, 60:9, 60:17, 76:1, 91:7, 163:4, 163:9, 163:10, 163:14, 163:15, 163:19, 213:14
**party's** [2] - 90:11, 90:22
**pass** [1] - 209:11
**passed** [10] - 45:22, 46:7, 75:18, 128:3, 153:7, 162:10, 187:2, 187:7, 209:10
**passing** [2] - 159:3, 199:19
**past** [3] - 21:16, 21:23, 77:18
**Pat** [2] - 149:6, 149:7
**patiently** [1] - 108:2
**Patriots** [1] - 22:1
**patrol** [3] - 120:9, 178:19, 195:2
**patrolman** [4] - 37:13, 106:16, 115:12, 120:5
**patrolmen** [2] - 189:13, 193:15
**Paul** [8] - 176:22, 176:23, 177:1, 177:2, 177:7, 214:6, 214:16, 214:18
**Pause** [7] - 36:3, 59:11, 119:3, 139:11, 149:22, 155:15, 193:6
**Pavone** [35] - 12:7, 19:17, 19:18, 20:2, 20:7, 24:12, 24:14, 35:20, 77:15, 77:17, 77:20, 78:2, 80:12, 87:12, 87:20, 113:11, 131:21, 132:18, 132:23, 134:15, 142:2, 153:15, 154:9, 170:19, 172:1, 173:9, 173:22, 174:12, 175:22, 175:23, 199:6, 199:7, 199:12, 210:7, 210:19
**Pavone's** [7] - 23:9,

23:19, 58:11, 81:5, 153:18, 174:3, 211:4
**pay** [1] - 162:12
**payroll** [4] - 156:20, 157:22, 207:23
**pen** [1] - 68:3
**pending** [5] - 66:6, 66:8, 67:18, 112:17, 134:3
**people** [26] - 31:2, 32:22, 43:8, 49:4, 65:12, 69:6, 77:7, 78:17, 83:17, 88:8, 88:10, 88:14, 124:1, 126:11, 127:21, 128:7, 130:5, 131:5, 131:8, 150:12, 154:5, 159:7, 159:8, 174:5, 213:22, 214:1
**per** [4] - 116:8, 126:20, 143:10, 186:5
**percentage** [2] - 113:3, 114:13
**performance** [1] - 11:20
**perhaps** [6] - 68:11, 69:3, 97:13, 181:21, 218:23, 222:18
**period** [20] - 19:20, 45:21, 46:2, 74:15, 76:3, 81:20, 83:13, 83:20, 128:12, 130:11, 134:2, 138:9, 146:13, 148:16, 148:17, 155:21, 186:23, 190:5, 200:18, 204:6
**permanent** [7] - 32:21, 53:17, 56:8, 134:6, 146:16, 146:17, 168:9
**person** [11] - 4:5, 9:2, 11:11, 12:13, 50:9, 89:22, 136:9, 147:13, 151:10, 199:12, 214:11
**personal** [5] - 110:7, 129:2, 144:22, 144:23, 149:8
**personally** [4] - 75:23, 130:2, 131:1, 215:3
**persons** [4] - 42:4, 42:22, 118:4, 142:16
**persuade** [1] - 222:8
**phone** [4] - 140:12, 144:16, 162:1, 202:18
**phones** [1] - 187:14
**phonetic** [1] - 217:8
**photo** [1] - 81:1

**photos** [3] - 22:3, 22:4, 79:2
**pick** [2] - 220:18, 221:10
**picking** [1] - 221:11
**picnic** [4] - 76:1, 163:1, 167:22, 214:22
**picture** [1] - 110:16
**pictures** [1] - 8:21
**piece** [1] - 30:20
**pieces** [2] - 115:20, 116:5
**pistol** [2] - 25:22, 154:15
**place** [5] - 74:12, 180:11, 181:19, 195:8, 200:9
**plaintiffs** [1] - 146:21
**plan** [3] - 70:18, 72:17, 206:17
**planning** [1] - 140:10
**plans** [1] - 152:3
**Plasse** [10] - 78:23, 79:9, 80:9, 94:21, 96:4, 99:7, 100:1, 100:6, 108:10, 113:17
**play** [1] - 70:11
**players** [1] - 76:20
**point** [31] - 9:11, 25:23, 28:4, 32:14, 81:16, 82:23, 84:3, 84:17, 97:4, 102:3, 121:14, 125:11, 133:10, 135:16, 135:18, 135:21, 136:15, 137:23, 141:6, 164:15, 170:15, 175:16, 178:12, 184:21, 186:6, 186:11, 188:13, 194:10, 201:12, 219:3
**pointed** [1] - 73:16
**pointedly** [1] - 29:11
**pointing** [1] - 100:18
**police** [48] - 4:16, 4:20, 17:16, 30:17, 32:19, 49:22, 50:3, 50:9, 50:15, 61:3, 61:10, 62:9, 65:23, 66:16, 76:1, 77:13, 78:7, 81:12, 83:1, 83:9, 84:20, 90:21, 91:20, 94:11, 104:11, 105:22, 124:8, 133:11, 140:16, 141:2, 152:11, 154:4, 154:16, 159:21, 159:22, 164:22, 166:14, 167:14,

168:2, 168:15, 183:1, 187:23, 189:14, 196:8, 205:1, 206:1, 213:7, 220:21
**Police** [18] - 32:17, 35:21, 37:6, 37:9, 37:18, 37:22, 39:8, 49:23, 53:3, 69:7, 90:7, 95:22, 117:18, 119:22, 150:9, 151:9, 159:4, 176:16
**policies** [2] - 83:11, 144:12
**portions** [1] - 13:3
**posed** [1] - 63:1
**position** [8] - 37:18, 53:9, 58:23, 62:11, 63:4, 143:4, 143:7, 145:23
**positive** [1] - 126:11
**possession** [1] - 33:9
**possible** [1] - 92:19
**possibly** [1] - 166:3
**potentially** [1] - 61:13
**practices** [1] - 74:17
**pray** [3] - 24:10, 147:20, 148:1
**precisely** [1] - 29:17
**preempted** [1] - 183:9
**prepared** [1] - 219:8
**presence** [2] - 57:18, 58:7
**present** [8] - 39:1, 60:9, 60:17, 74:10, 84:23, 91:9, 119:10, 180:20
**presented** [1] - 55:14
**presidency** [1] - 109:14
**president** [2] - 148:22, 203:17
**president's** [1] - 148:21
**press** [9] - 30:14, 30:23, 31:6, 32:4, 56:4, 56:6, 168:5, 168:16, 212:6
**pressed** [1] - 198:14
**pretty** [6] - 131:7, 152:10, 162:14, 162:21, 184:17, 213:21
**previous** [4] - 148:13, 154:7, 185:9, 193:16
**prison** [3] - 75:4, 75:7, 128:6

**prisoner** [1] - 104:13
**private** [9] - 68:13, 68:17, 90:11, 90:22, 91:4, 91:7, 92:23, 96:9, 96:10
**privately** [2] - 96:16, 181:21
**privilege** [1] - 60:8
**probable** [1] - 68:15
**probation** [2] - 112:6, 166:12
**problem** [1] - 87:6, 119:8
**problems** [2] - 168:14, 201:2
**procedure** [1] - 165:20
**procedures** [2] - 83:11, 88:19
**proceed** [15] - 7:9, 8:2, 20:20, 36:22, 41:8, 69:14, 69:17, 129:12, 131:2, 176:10, 197:22, 219:9, 219:10, 219:12, 219:14
**proceeding** [16] - 25:12, 34:17, 40:20, 55:12, 62:22, 68:13, 68:16, 70:14, 95:5, 98:17, 218:13, 218:14, 219:4, 222:13
**proceedings** [6] - 70:15, 73:22, 102:17, 102:19, 107:16, 108:17
**process** [8] - 70:2, 70:5, 84:18, 95:7, 95:9, 95:16, 108:8, 173:13
**Procon** [1] - 76:23
**produce** [2] - 18:13, 38:6
**produced** [1] - 19:11
**professional** [4] - 76:10, 125:22, 201:14, 208:2
**Professional** [3] - 1:23, 223:5, 223:12
**professionally** [1] - 136:12
**program** [2] - 141:4, 141:7
**progression** [1] - 140:19
**promoted** [2] - 191:15, 191:19
**promotion** [1] - 141:1
**prompt** [1] - 162:21

**PRONOVOST** [3] - 1:4, 2:2, 36:2
**Pronovost** [75] - 1:14, 8:23, 15:12, 19:10, 23:1, 35:1, 35:20, 41:22, 42:16, 43:3, 43:22, 45:15, 46:14, 48:8, 48:11, 48:18, 49:20, 57:16, 58:20, 59:5, 59:22, 60:20, 65:19, 72:19, 73:15, 74:8, 74:15, 75:6, 75:17, 76:3, 81:17, 82:11, 82:17, 83:23, 85:13, 86:9, 86:13, 101:9, 103:23, 114:1, 120:15, 121:6, 124:6, 124:12, 127:18, 129:23, 136:8, 139:16, 140:17, 141:10, 142:15, 142:21, 150:13, 150:16, 154:15, 157:4, 161:3, 171:10, 174:2, 181:2, 181:11, 184:19, 185:14, 187:19, 192:22, 194:7, 195:13, 196:7, 197:3, 199:18, 200:13, 200:20, 205:15, 206:23, 212:3
**Pronovost's** [5] - 45:22, 49:7, 61:9, 186:23, 210:3
**proper** [2] - 100:14, 109:11
**properly** [2] - 38:18, 102:14
**property** [1] - 48:6
**protect** [1] - 102:6
**protection** [2] - 125:6, 125:7
**protocol** [1] - 100:14
**protocols** [1] - 149:9
**prove** [1] - 28:23
**provide** [4] - 161:14, 162:17, 195:15, 200:14
**provided** [4] - 38:22, 39:4, 162:7, 191:3
**public** [5] - 68:14, 135:19, 165:13, 206:19, 206:22
**publicly** [1] - 124:17
**pull** [5] - 19:2, 50:9, 58:20, 88:15, 159:13
**pulled** [9] - 20:4, 30:21, 50:4, 57:17, 104:1, 164:12,
208:23, 214:11, 214:13
**pulling** [6] - 5:14, 10:4, 50:21, 121:7, 137:7, 168:20
**punishment** [2] - 78:18, 167:3
**purpose** [1] - 137:18
**pursuing** [2] - 69:12, 126:7
**put** [22] - 18:23, 30:4, 33:22, 63:4, 68:3, 77:18, 97:22, 110:20, 126:2, 126:13, 127:23, 154:20, 160:11, 161:19, 172:22, 172:23, 175:11, 204:17, 204:21, 205:5, 208:15, 216:21
**puts** [2] - 158:13, 190:12
**putting** [8] - 75:6, 95:23, 99:18, 99:22, 108:4, 128:5, 128:8, 187:9

## Q

**qualified** [1] - 130:23
**quarter** [1] - 138:22
**quarters** [1] - 62:22
**quasi** [1] - 57:4
**quasi-expert** [1] - 57:4
**question's** [1] - 211:21
**questioned** [1] - 127:9
**questioning** [10] - 24:7, 24:21, 69:2, 69:8, 69:11, 98:4, 117:11, 160:1, 182:6, 196:13
**questions** [17] - 9:7, 13:2, 26:15, 39:17, 68:12, 98:1, 107:8, 112:14, 117:10, 119:7, 173:11, 182:6, 184:6, 193:2, 208:11, 211:11, 211:14
**quicker** [1] - 13:21
**quite** [1] - 120:19

## R

**radio** [4] - 31:15, 32:3, 33:6, 33:13, 169:12, 187:15,
203:5, 212:14, 212:20
**raise** [7] - 8:4, 8:5, 25:22, 36:18, 47:10, 218:6, 218:8
**raised** [4] - 17:7, 17:16, 32:8, 175:17
**rambling** [1] - 71:17
**ran** [1] - 148:20
**rank** [5] - 106:15, 137:22, 186:15, 191:15, 191:19
**rather** [4] - 115:16, 115:18, 189:8, 200:15
**re** [1] - 20:23
**re-asking** [1] - 20:23
**reached** [1] - 195:21
**react** [1] - 193:20
**reacting** [1] - 57:9
**reaction** [1] - 56:15
**read** [26] - 12:2, 12:10, 12:12, 12:21, 13:3, 13:5, 29:12, 29:16, 41:5, 42:3, 56:12, 56:17, 87:12, 87:13, 100:3, 142:1, 153:18, 155:6, 162:14, 210:9, 211:3, 211:4, 220:19, 220:23, 221:2
**Reader's** [1] - 95:14
**ready** [3] - 36:23, 219:10, 219:12
**Really** [1] - 64:20
**really** [17] - 3:16, 9:14, 14:18, 61:17, 62:15, 66:1, 66:13, 90:5, 131:10, 132:20, 142:18, 147:12, 159:8, 160:11, 163:16, 210:7, 210:9
**reason** [9] - 51:9, 70:19, 140:15, 148:12, 176:8, 180:7, 198:2, 204:21, 218:6
**reasonably** [1] - 217:3
**receive** [3] - 68:23, 177:10, 177:20
**received** [4] - 78:17, 112:6, 202:6, 202:8
**recent** [2] - 48:7, 48:17
**recess** [5] - 9:12, 52:6, 160:4, 160:23, 222:22
**recognize** [3] - 7:4, 54:17, 54:19
**recognizing** [1] - 157:22
**recollection** [6] -
117:22, 118:2, 155:19, 156:13, 158:10, 185:6
**recommend** [7] - 80:16, 80:17, 172:11, 173:19, 176:11, 178:21, 180:4
**recommendation** [12] - 84:23, 87:4, 95:11, 106:6, 106:10, 106:11, 115:10, 116:2, 116:12, 143:16, 215:16
**recommendations** [1] - 175:5
**recommended** [14] - 15:2, 79:20, 80:19, 80:22, 81:7, 86:12, 87:15, 87:18, 106:15, 115:11, 173:17, 175:10, 204:2
**recommending** [2] - 179:21, 203:8
**record** [8] - 29:13, 36:1, 37:4, 38:15, 44:7, 52:21, 68:14, 161:2
**recorder** [1] - 33:9
**recording** [1] - 223:7
**records** [12] - 35:21, 37:20, 40:6, 40:17, 41:5, 43:7, 156:20, 157:20, 157:21, 157:22, 157:23, 207:23
**recross** [1] - 32:11
**RECROSS** [6] - 2:2, 22:13, 26:18, 98:7, 105:16, 117:13
**RECROSS-EXAMINATION** [5] - 22:13, 26:18, 98:7, 105:16, 117:13
**redirect** [1] - 14:1
**REDIRECT** [7] - 2:2, 19:8, 28:9, 49:14, 92:14, 103:12, 111:18
**reduce** [2] - 126:19, 126:22
**reference** [5] - 57:13, 112:16, 113:13, 126:3, 140:5
**referenced** [4] - 26:19, 88:5, 113:17, 145:2
**referred** [5] - 136:16, 141:11, 141:17, 141:22, 174:2
**referring** [5] - 86:5, 162:22, 163:18,
192:14, 193:16
**reflected** [1] - 44:23
**refresh** [3] - 117:22, 118:2, 156:13
**refuse** [1] - 68:21
**refused** [1] - 127:1
**regard** [1] - 115:7
**regarding** [20] - 3:19, 12:13, 13:8, 17:7, 26:22, 28:1, 28:5, 35:14, 47:17, 48:8, 64:6, 97:10, 109:10, 123:10, 124:12, 126:10, 133:5, 142:9, 149:17
**regardless** [3] - 97:5, 97:6, 125:3
**regards** [2] - 126:8, 132:15
**Registered** [3] - 1:23, 223:5, 223:12
**regular** [2] - 90:9, 123:1
**regularly** [1] - 91:16
**regulations** [1] - 10:19
**reinvestigate** [1] - 87:5
**reinvestigating** [1] - 87:7
**reiterate** [1] - 38:20
**related** [3] - 13:3, 69:12, 107:14
**relating** [1] - 173:15
**relationship** [16] - 5:19, 55:4, 55:18, 76:7, 76:10, 76:11, 133:7, 133:9, 133:13, 138:13, 148:4, 148:11, 185:4, 185:13, 188:8, 201:11
**relative** [6] - 56:3, 71:2, 74:16, 80:8, 90:16, 94:19
**released** [2] - 56:10, 67:14
**relevance** [4] - 32:14, 32:15, 174:21, 175:1
**relevancy** [1] - 173:4
**relevant** [1] - 93:5
**relieve** [1] - 138:21
**relieving** [1] - 138:21
**rely** [1] - 91:15
**remarks** [1] - 168:13
**remember** [28] - 13:10, 16:20, 17:4, 22:18, 32:2, 33:5, 46:16, 46:17, 48:19, 64:20, 71:6, 75:13,

91:13, 125:20, 128:10, 158:18, 159:1, 163:16, 164:3, 168:21, 169:3, 169:10, 177:7, 177:14, 198:1, 212:8, 212:18
**remind** [1] - 160:18
**removed** [3] - 63:3, 95:17, 98:17
**removing** [1] - 36:9
**rendering** [1] - 57:4
**rep** [5] - 3:21, 124:19, 126:14, 126:15, 137:12
**repeat** [5] - 25:18, 32:1, 72:14, 90:19, 198:3
**repeating** [1] - 115:17
**repercussions** [1] - 166:6
**replace** [1] - 53:7
**report** [70] - 3:12, 3:20, 10:9, 12:2, 12:10, 12:18, 13:3, 13:5, 16:7, 18:15, 19:16, 19:18, 20:2, 20:7, 23:7, 23:9, 23:20, 24:12, 24:14, 54:20, 58:12, 64:20, 77:17, 79:19, 79:23, 80:3, 81:5, 81:6, 87:12, 87:13, 88:5, 100:3, 100:5, 104:20, 120:21, 121:15, 142:2, 152:19, 153:18, 155:6, 155:8, 170:23, 171:6, 173:9, 173:22, 174:3, 174:12, 174:22, 175:23, 179:7, 179:13, 194:1, 194:3, 197:10, 197:11, 197:12, 198:3, 199:7, 204:23, 205:1, 208:7, 210:8, 210:20, 210:23, 211:4, 216:19, 216:22
**reported** [17] - 58:4, 122:19, 123:12, 136:4, 136:6, 137:20, 138:3, 138:5, 138:9, 140:3, 151:15, 154:14, 154:19, 179:9, 181:6, 181:22, 211:15
**Reporter** [3] - 1:23, 223:6, 223:12
**reporter** [1] - 169:19

**reporting** [3] - 58:15, 153:11, 180:9
**reports** [1] - 194:4
**represent** [1] - 90:3
**representative** [1] - 203:4
**represented** [2] - 34:2, 81:9
**representing** [2] - 135:1, 203:13
**represents** [1] - 91:19
**reprimand** [4] - 81:10, 172:12, 172:13, 176:13
**reputation** [2] - 201:17, 206:7
**request** [2] - 78:9, 94:15
**requested** [1] - 145:20
**required** [1] - 63:19
**rescue** [1] - 69:11
**Resnick** [4] - 163:8, 164:1, 164:4, 213:19
**resolved** [1] - 199:23
**respect** [25] - 12:14, 14:3, 16:6, 21:4, 28:11, 51:15, 69:19, 70:17, 71:23, 72:16, 76:6, 104:21, 105:23, 109:9, 110:1, 113:20, 114:6, 132:16, 132:22, 137:15, 164:18, 167:23, 192:5, 193:11, 218:19
**respectfully** [4] - 7:2, 51:14, 83:19, 174:13
**respond** [2] - 84:14, 218:17
**responded** [1] - 161:17
**response** [10] - 58:4, 68:12, 95:6, 103:14, 117:14, 123:4, 150:8, 155:22, 158:7, 208:10
**responsible** [1] - 39:10
**rest** [3] - 43:15, 150:19, 221:13
**restate** [1] - 80:4
**rested** [1] - 221:14
**result** [11] - 14:2, 29:3, 81:13, 94:18, 95:1, 167:6, 182:6, 215:13, 215:22, 220:2, 220:8
**results** [1] - 86:17
**resumes** [2] - 52:7, 161:1

**retaliated** [1] - 149:19
**retaliating** [1] - 109:1
**retaliation** [10] - 97:1, 97:12, 99:14, 99:17, 99:20, 103:6, 103:10, 108:20, 108:21, 108:22
**retaliatory** [1] - 100:18
**retire** [13] - 106:19, 110:9, 110:10, 115:13, 115:14, 115:21, 116:14, 116:18, 116:22, 117:2, 117:5, 117:8
**retired** [6] - 111:5, 111:6, 119:22, 166:19, 166:20, 166:22
**retorted** [1] - 137:9
**retribution** [2] - 71:2, 97:12
**return** [1] - 51:6
**reveal** [1] - 43:7
**review** [3] - 41:5, 74:7, 153:6
**reviewed** [5] - 23:7, 104:20, 153:2, 162:6, 173:22
**reviewing** [5] - 39:18, 42:21, 94:8, 95:23, 97:3
**revolver** [6] - 50:4, 50:21, 58:20, 73:16, 104:1, 209:7
**rewind** [1] - 55:9
**right-hand** [1] - 154:6
**rights** [2] - 102:6, 167:9
**rigid** [1] - 200:10
**Road** [1] - 1:15
**Robert** [1] - 89:7
**Rock** [2] - 33:7, 56:9
**rocks** [1] - 130:1
**role** [6] - 55:13, 61:22, 81:15, 178:12, 186:6, 186:11
**Rooke** [1] - 91:12
**room** [15] - 54:23, 104:23, 194:1, 194:3, 194:6, 197:8, 197:9, 197:10, 212:16, 212:20, 215:12, 217:8, 218:3, 218:11, 218:20
**rough** [1] - 204:19
**roughly** [3] - 122:10, 159:2, 162:20

**rule** [5] - 11:23, 82:20, 82:21, 83:2, 219:9
**ruled** [1] - 40:3
**rules** [4] - 10:19, 64:2, 144:12, 218:4
**ruling** [1] - 217:9
**rumor** [1] - 50:3
**rumors** [6] - 4:1, 17:18, 124:21, 126:4, 136:14
**running** [2] - 137:3, 150:1
**Ryan** [1] - 118:7

## S

**Sarah** [3] - 1:23, 223:5, 223:12
**sarcasm** [2] - 218:12, 222:9
**sat** [3] - 106:2, 106:9, 115:9
**saw** [11] - 19:12, 19:13, 130:2, 130:7, 131:2, 135:3, 145:8, 147:8, 179:8, 180:2, 187:6
**scapegoat** [1] - 33:2
**scene** [2] - 79:3, 178:17
**schedule** [2] - 61:11, 91:8
**school** [2] - 31:1, 184:16
**scope** [1] - 54:6
**screaming** [1] - 171:17
**se** [1] - 143:10
**seances** [1] - 187:21
**seat** [1] - 52:18
**second** [26] - 14:14, 23:2, 23:10, 23:11, 23:13, 23:18, 24:4, 24:9, 24:16, 24:19, 24:22, 26:20, 27:12, 28:12, 28:22, 31:23, 59:8, 92:6, 116:11, 139:9, 175:15, 178:13, 192:10, 197:4, 211:2, 217:20
**secondly** [1] - 106:14
**secret** [1] - 221:1
**see** [18] - 8:22, 14:18, 18:7, 18:16, 22:3, 22:9, 31:10, 57:10, 58:19, 71:22, 142:4, 157:10,

160:17, 195:14, 200:7, 220:16, 221:14, 222:19
**seeing** [1] - 13:10
**seek** [1] - 194:4
**seeking** [2] - 174:16, 174:17
**Senior** [1] - 35:20
**senior** [1] - 194:23
**sense** [4] - 125:8, 130:16, 131:4, 179:16
**sent** [2] - 98:21, 147:8
**sentence** [1] - 199:17
**sentenced** [1] - 166:15
**separate** [3] - 7:6, 96:15, 97:14
**September** [4] - 3:10, 101:5, 166:3, 166:21
**sequestered** [1] - 134:19
**sergeant** [14] - 18:5, 20:5, 37:12, 85:22, 86:5, 120:5, 123:2, 136:23, 185:21, 191:15, 191:20, 192:3, 195:8, 195:9
**Sergeant** [12] - 4:6, 42:18, 43:5, 57:17, 58:20, 106:11, 121:7, 125:23, 139:6, 144:8, 144:21
**sergeants** [1] - 59:7
**serious** [2] - 88:19, 131:12
**served** [3] - 66:7, 89:1, 220:14
**Service** [7] - 53:19, 81:2, 81:4, 134:3, 134:9, 134:14, 134:22
**service** [7] - 19:21, 50:4, 50:21, 58:20, 104:1, 112:7, 209:1
**Services** [1] - 37:19
**session** [1] - 172:16
**set** [2] - 51:12, 83:8
**setting** [1] - 75:3
**seven** [8] - 49:17, 100:7, 133:1, 133:2, 158:18, 170:6, 200:19, 204:20
**several** [5] - 16:21, 18:3, 21:23, 101:2, 132:5
**severe** [1] - 78:18
**shake** [1] - 29:4
**shape** [1] - 100:19

share [1] - 143:12
shared [2] - 184:13, 198:13
sharing [1] - 41:1
Shawn [1] - 1:15
shift [38] - 10:19, 38:1, 39:12, 41:23, 59:5, 62:2, 120:10, 122:7, 123:2, 138:1, 145:12, 155:23, 156:1, 156:3, 156:5, 178:14, 178:15, 179:1, 179:23, 181:8, 182:4, 184:14, 184:15, 185:16, 185:22, 186:5, 186:7, 186:13, 192:16, 192:20, 195:4, 198:7, 198:18, 201:3, 201:6, 204:7, 204:10, 205:13
shift's [3] - 179:15, 179:18, 180:14
shifts [1] - 43:8
shocked [3] - 57:20, 58:3, 217:1
shooting [2] - 172:7, 175:9
short [1] - 61:15
shortly [3] - 55:23, 58:1, 167:22
shot [1] - 173:19
shouting [1] - 10:13, 82:16
show [20] - 3:9, 22:9, 33:8, 33:21, 43:16, 67:10, 89:22, 99:10, 117:21, 156:12, 156:17, 169:13, 195:19, 195:21, 200:13, 202:7, 217:6, 219:17, 219:19, 219:21
Show [1] - 1:8
showed [5] - 74:5, 81:1, 124:18, 127:23, 213:22
showing [1] - 79:8
sick [1] - 44:4
side [5] - 35:8, 88:8, 88:11, 150:13, 150:17
sides [1] - 203:6
signature [1] - 192:12
significance [1] - 46:19
similar [1] - 130:19
simmer [1] - 8:7
simple [3] - 33:12, 86:19, 90:18
simply [2] - 57:8,

144:17
single [2] - 75:20, 183:5
sit [12] - 20:21, 58:19, 67:14, 96:20, 98:16, 99:2, 156:3, 157:23, 161:21, 187:9, 187:13, 187:15
sitting [3] - 55:3, 119:6, 119:7
situation [7] - 9:2, 96:2, 131:9, 154:9, 179:17, 180:15, 182:3
six [14] - 30:8, 33:22, 125:11, 135:8, 136:6, 137:21, 159:2, 162:15, 165:8, 167:7, 169:21, 200:18, 204:20, 212:17
sleeping [2] - 48:11, 188:3
slower [1] - 8:2
small [1] - 142:13
smear [1] - 32:23
socialize [1] - 73:10
solicitor [1] - 144:18
solicitor's [1] - 91:19
someone [7] - 14:22, 30:16, 84:21, 110:17, 158:17, 205:11, 205:13
sometime [3] - 162:18, 181:8, 202:8
sometimes [2] - 88:1, 138:23
somewhere [2] - 155:21, 216:8
soon [4] - 165:23, 166:4, 181:14, 215:20
sorry [24] - 7:10, 9:5, 9:9, 9:16, 23:4, 24:1, 25:3, 25:13, 25:15, 25:17, 29:18, 42:10, 44:1, 62:17, 86:6, 94:3, 147:22, 149:23, 163:8, 164:3, 187:17, 189:5, 189:12, 191:23
sort [17] - 20:10, 21:21, 37:11, 57:3, 79:6, 82:16, 83:16, 98:19, 128:5, 163:1, 177:10, 189:14, 193:15, 194:5, 207:17, 210:4, 214:9
sought [2] - 89:12, 178:16
speaking [4] - 113:12, 167:6, 171:5, 187:22
speaks [2] - 57:1,

79:23
special [1] - 21:18
specific [10] - 9:15, 15:16, 39:17, 76:9, 77:22, 146:6, 204:17, 204:22, 205:5, 205:6
specifically [5] - 9:3, 41:15, 41:19, 163:18, 171:22
speculate [1] - 213:10
spell [1] - 36:14
spirit [1] - 128:2
spirited [1] - 142:5
spiritedness [1] - 88:5
spirits [3] - 74:18, 127:20, 190:8
spiritual [1] - 47:1
split [2] - 32:16
splitting [1] - 82:3
spoken [1] - 136:20
spoon [7] - 47:7, 49:7, 138:19, 138:20, 190:2, 190:4, 209:23
spoons [6] - 46:14, 46:16, 127:21, 138:17, 209:17, 209:21
sporting [1] - 21:22
spot [2] - 146:15, 205:21
Springfield [1] - 1:13
ss [1] - 1:2
stable [1] - 195:5
stage [1] - 68:16
stale [1] - 140:9
stand [5] - 41:4, 68:20, 137:13, 153:3, 161:4
standing [1] - 168:12
stands [1] - 104:16
staring [1] - 45:14
start [3] - 85:8, 152:6, 188:8
started [5] - 35:13, 37:10, 79:8, 142:19, 187:7
starting [1] - 8:7
State [2] - 1:13, 95:22
state [6] - 15:5, 75:12, 93:8, 119:19, 182:20, 219:10
statement [59] - 3:5, 9:21, 10:1, 17:6, 21:13, 31:10, 53:15, 55:20, 55:22, 61:23, 74:5, 74:14, 74:16, 77:11, 80:10, 105:5,

127:4, 127:7, 127:11, 127:14, 127:15, 135:3, 135:11, 135:14, 135:17, 135:23, 139:12, 139:17, 140:13, 161:15, 161:19, 162:3, 162:18, 170:7, 170:8, 170:10, 170:14, 177:21, 183:19, 183:23, 190:15, 196:6, 196:10, 196:18, 198:22, 199:4, 199:16, 200:17, 201:13, 201:20, 202:5, 202:13, 202:15, 202:18, 204:16, 207:6, 212:23, 213:6
statements [9] - 54:1, 56:2, 67:7, 67:8, 168:19, 204:13, 206:20, 206:22, 212:7
stating [2] - 20:4, 195:13
station [9] - 8:15, 123:22, 152:13, 187:23, 203:5, 204:11, 220:18, 220:21, 221:5
stayed [1] - 184:14
step [4] - 35:1, 118:15, 154:8, 180:14
Steve [1] - 123:15
Steven [1] - 154:23
still [4] - 12:1, 17:5, 65:16, 199:17
stood [3] - 31:7, 125:23, 136:12
stop [2] - 72:8, 218:12
strained [2] - 184:22, 188:8
Street [1] - 1:13
street [3] - 178:18, 178:19, 192:16
stricken [6] - 13:18, 13:19, 131:15, 191:1, 191:5, 197:15
strike [7] - 8:6, 8:9, 9:18, 14:20, 15:4, 61:22, 218:8
strings [1] - 190:12
strong [1] - 217:9
structure [1] - 194:22
stuck [1] - 175:22
stuff [6] - 18:14, 49:10, 123:6, 128:15,

138:16, 189:7
subject [7] - 10:4, 82:13, 87:23, 89:19, 105:7, 161:23, 175:22
subjects [1] - 88:1
submit [2] - 51:17, 84:19
submitted [8] - 10:9, 12:3, 12:6, 19:17, 23:8, 24:15, 41:1, 173:23
submitting [1] - 40:11
subordinates [2] - 178:12, 189:14
subpoena [4] - 37:14, 40:7, 40:8, 137:16
subpoenaed [9] - 17:22, 45:9, 49:5, 59:20, 89:23, 91:6, 92:16, 92:23, 155:4
subpoenaing [1] - 137:18
subsequently [1] - 56:9
subvert [1] - 133:20, 144:15, 144:21
sued [7] - 94:22, 113:19, 117:17, 167:10, 167:11, 167:12, 220:9
sufficient [3] - 13:8, 112:5, 167:2
suggest [1] - 175:7
suggested [2] - 91:7, 175:6
suggestion [1] - 164:11
summonsed [2] - 101:13, 101:16
Superbowl [1] - 21:20
superiors [1] - 178:22
supervising [1] - 178:19
supervisor [11] - 39:11, 74:23, 75:2, 159:11, 185:15, 186:9, 188:14, 188:16, 188:17, 192:16, 194:11
supervisors [3] - 203:1, 203:8, 204:9
support [4] - 151:4, 202:23, 203:22, 204:2
supported [4] - 150:20, 150:21, 150:23, 151:2

**supposed** [2] - 31:21, 149:10
**supposedly** [1] - 5:14
**surprise** [1] - 35:5
**surprised** [3] - 122:16, 123:5, 123:8
**surrounding** [2] - 30:17, 74:17
**suspend** [3] - 115:23, 218:22, 221:9
**suspended** [16] - 14:23, 15:8, 15:17, 15:22, 24:17, 27:8, 28:6, 29:10, 83:12, 87:11, 87:15, 106:3, 106:4, 115:9, 116:8, 146:3
**suspension** [6] - 15:14, 27:3, 29:6, 87:9, 87:14, 115:20
**sustained** [6] - 4:12, 50:13, 50:19, 51:1, 152:17, 213:13
**SWAT** [2] - 172:8, 172:18
**swear** [1] - 182:15
**swore** [1] - 182:11
**sworn** [7] - 30:19, 31:10, 36:21, 52:17, 119:13, 119:16, 182:18
**sympathy** [4] - 76:2, 131:4, 179:17, 199:18

**T**

**table** [2] - 108:5, 116:20
**tailgate** [1] - 8:14
**talks** [1] - 142:4
**tape** [2] - 33:9, 165:4
**taped** [1] - 33:9
**targeting** [1] - 71:1
**tasked** [4] - 98:14, 161:9, 165:15, 208:7
**team** [2] - 172:8, 172:18
**technically** [2] - 82:8, 91:19
**tecum** [2] - 40:7, 40:9
**ten** [1] - 161:15
**tension** [2] - 109:18, 204:5
**tenure** [2] - 90:7, 176:15
**term** [1] - 112:10
**terminate** [2] -

106:14, 115:21
**terminated** [10] - 106:12, 110:9, 111:4, 111:5, 115:13, 116:14, 116:22, 175:11, 177:15, 205:20
**termination** [9] - 80:22, 80:23, 81:7, 83:13, 106:6, 106:17, 115:11, 116:3, 116:18
**terms** [2] - 40:10, 179:21
**territory** [1] - 32:13
**test** [8] - 5:6, 5:7, 5:8, 6:6, 72:23, 140:22, 140:23, 205:17
**testified** [8] - 25:12, 81:1, 81:2, 81:4, 81:6, 140:8, 175:2, 180:7
**testifies** [4] - 36:21, 52:17, 119:16, 182:18
**testify** [7] - 11:12, 41:6, 130:20, 130:23, 152:2, 174:11, 206:1
**testifying** [2] - 4:7, 89:21
**testimony** [36] - 3:14, 5:21, 9:19, 15:23, 17:17, 19:3, 23:8, 25:7, 25:21, 26:2, 26:21, 35:15, 39:2, 58:18, 61:13, 61:14, 65:6, 65:8, 69:3, 71:12, 71:18, 76:7, 92:19, 93:16, 96:8, 97:10, 114:8, 115:17, 148:13, 154:18, 175:19, 181:4, 183:15, 185:3, 201:9, 210:4
**texting** [1] - 31:2
**THE** [92] - 9:5, 9:9, 9:16, 15:13, 15:19, 23:3, 23:12, 23:18, 24:1, 24:6, 25:1, 25:3, 25:9, 25:13, 25:17, 26:1, 26:5, 26:8, 26:12, 36:5, 36:7, 36:10, 36:13, 36:16, 42:12, 51:6, 51:13, 52:2, 52:9, 52:11, 52:15, 55:15, 61:7, 86:6, 86:9, 92:8, 92:11, 93:19, 93:22, 94:2, 94:5, 94:12, 94:17, 95:13, 96:11, 96:17, 97:16, 97:20, 112:19, 112:22,

113:1, 113:6, 113:10, 114:2, 114:12, 114:15, 114:19, 115:2, 115:5, 115:15, 115:22, 116:6, 116:10, 116:15, 116:23, 117:3, 117:6, 117:14, 160:21, 175:13, 177:23, 178:3, 178:6, 178:9, 178:13, 178:23, 179:5, 179:11, 179:14, 180:1, 180:10, 180:13, 180:23, 181:3, 181:7, 181:13, 181:16, 181:18, 181:23, 182:2, 187:19
**themself** [1] - 96:3
**then-chief** [2] - 54:21, 208:7
**then-Mayor** [1] - 121:3
**then-Sergeant** [3] - 43:5, 57:17, 58:20
**theory** [1] - 84:3
**thereafter** [3] - 58:2, 165:23, 215:21
**they've** [2] - 67:6, 221:14
**thinking** [2] - 128:19, 128:21
**third** [4] - 60:9, 60:17, 192:14, 192:18
**Thomas** [7] - 53:8, 76:22, 79:14, 117:20, 118:23, 119:20, 161:4
**THOMAS** [2] - 2:8, 119:15
**threatened** [9] - 10:14, 10:15, 10:16, 10:18, 104:2, 171:10, 171:23, 209:3, 215:1
**threatening** [2] - 11:3, 171:18
**three** [19] - 42:4, 42:22, 43:20, 51:20, 72:3, 75:20, 114:19, 114:23, 115:4, 147:6, 150:12, 161:16, 162:19, 162:20, 168:22, 169:1, 179:7, 187:11
**throw** [1] - 10:18
**thumb** [1] - 156:18
**Thursday** [3] - 42:7, 42:20, 43:21
**Thursday's** [1] - 221:19
**tight** [1] - 50:16

**timeframe** [1] - 97:19
**Timothy** [1] - 1:13
**tired** [2] - 191:22, 218:23
**title** [3] - 37:11, 120:7, 192:1
**today** [33] - 16:18, 23:7, 24:15, 35:16, 39:1, 39:5, 40:11, 40:19, 41:2, 45:9, 49:1, 58:19, 59:19, 60:2, 60:3, 60:21, 61:19, 64:8, 71:12, 74:2, 77:11, 89:18, 96:6, 100:21, 105:12, 137:16, 153:3, 156:3, 158:1, 165:11, 173:23, 211:1, 222:8
**toes** [2] - 154:8, 180:15
**together** [19] - 22:2, 41:23, 42:6, 42:23, 43:17, 43:20, 88:16, 96:1, 97:22, 120:14, 120:19, 123:13, 133:23, 148:5, 156:4, 156:9, 157:5, 179:9, 184:17
**tolerate** [1] - 222:13
**Tom** [4] - 53:20, 56:7, 78:9, 86:7
**Tommy** [4] - 184:9, 184:11, 186:13, 201:22
**ton** [1] - 30:16
**tone** [1] - 125:20
**took** [17] - 5:7, 30:15, 44:2, 53:10, 72:22, 73:1, 73:15, 79:2, 106:19, 144:9, 144:19, 145:15, 149:5, 195:7, 195:22, 203:6, 205:17
**top** [2] - 163:23, 197:4
**topic** [3] - 30:7, 159:6, 199:2
**topics** [1] - 202:20
**total** [1] - 118:8
**toward** [1] - 209:15
**towards** [8] - 76:3, 80:21, 86:12, 109:6, 130:10, 143:1, 174:11, 199:18
**town** [1] - 212:11
**track** [1] - 111:11
**training** [8] - 85:20, 136:20, 136:21, 136:22, 137:4, 172:16, 172:17,

178:18
**transcript** [1] - 223:7
**Transcription** [1] - 3:1
**transpired** [1] - 95:15
**trap** [1] - 128:15
**traps** [2] - 128:9, 187:9
**Travis** [1] - 118:6
**treated** [2] - 78:15, 149:18
**trial** [2] - 219:20, 219:22
**tried** [7] - 18:23, 71:5, 76:13, 77:7, 110:15, 133:21, 133:22
**tries** [1] - 30:16
**true** [10] - 85:11, 87:10, 88:14, 110:3, 111:2, 170:2, 210:18, 215:17, 215:19, 223:7
**truth** [8] - 66:19, 90:1, 100:20, 103:15, 103:18, 104:7, 104:9
**truthfulness** [2] - 84:22
**try** [8] - 13:2, 13:20, 32:23, 111:11, 144:14, 144:21, 206:17, 222:8
**trying** [26] - 6:18, 11:4, 19:1, 23:18, 68:9, 70:11, 71:9, 72:19, 88:13, 88:15, 95:19, 96:18, 97:22, 100:5, 110:20, 121:10, 133:20, 140:17, 140:20, 144:2, 144:4, 146:1, 172:6, 201:16, 205:15, 207:3
**turn** [3] - 41:11, 149:10, 192:9
**Turpentino** [1] - 217:8
**TV** [1] - 30:20
**twice** [1] - 51:19
**two** [24] - 7:15, 31:15, 32:3, 43:17, 44:5, 85:23, 114:19, 115:4, 115:20, 116:4, 126:11, 142:15, 157:9, 157:18, 158:5, 161:15, 169:11, 175:9, 176:23, 183:8, 183:9, 212:15, 216:5, 218:10
**two-way** [1] - 85:23

**type** [3] - 76:9, 194:15, 219:1
**typed** [1] - 183:20

## U

**ultimately** [2] - 147:5, 177:15
**unacceptable** [1] - 222:17
**unbecoming** [2] - 84:13, 219:1
**under** [9] - 11:23, 37:14, 66:14, 67:20, 114:6, 140:21, 160:18, 168:19, 198:6
**understood** [2] - 117:9, 160:16
**unfortunately** [2] - 53:22, 155:9
**uniform** [1] - 62:2
**unintelligible** [1] - 119:6
**union** [20] - 3:21, 4:5, 10:20, 109:14, 124:19, 125:9, 126:14, 126:15, 136:9, 137:12, 148:21, 148:22, 149:5, 149:13, 149:19, 202:22, 203:6, 203:9, 203:14, 203:17
**union-wise** [1] - 125:9
**unless** [3] - 68:17, 189:19, 219:8
**unprofessional** [9] - 188:5, 189:12, 193:14, 194:9, 194:12, 195:14, 195:19, 195:20, 200:14
**unresponsive** [4] - 129:18, 131:15, 141:15, 191:1
**unsure** [1] - 155:16
**untrue** [3] - 54:1, 63:11, 193:8
**unusual** [6] - 46:1, 46:6, 46:8, 46:9, 91:4, 186:22
**up** [57] - 11:5, 12:20, 24:13, 26:16, 30:11, 30:20, 31:7, 31:22, 37:4, 52:21, 69:7, 75:3, 77:10, 83:8, 84:14, 84:22, 98:2, 99:10, 99:19, 103:11,

106:18, 107:19, 107:20, 109:9, 117:7, 117:10, 124:18, 127:10, 131:18, 134:16, 134:18, 143:13, 146:7, 153:7, 158:20, 164:9, 168:17, 180:16, 187:9, 188:22, 189:9, 189:12, 194:19, 195:11, 195:22, 199:2, 199:10, 201:4, 201:12, 209:19, 210:17, 213:8, 213:22, 214:7, 219:21, 220:18
**ups** [1] - 22:12
**upset** [5] - 92:2, 144:14, 148:23, 149:14, 195:13
**usage** [1] - 216:21
**usual** [2] - 21:15, 46:7
**utilized** [1] - 88:19

## V

**v-e-z-i-n-a** [1] - 36:16
**vacation** [3] - 42:17, 43:4, 43:23
**vague** [2] - 205:2, 208:12
**value** [1] - 187:6
**verify** [1] - 137:19
**version** [1] - 95:15
**veteran** [1] - 159:22
**VEZINA** [2] - 2:4, 36:20
**Vezina** [6] - 36:2, 36:13, 37:6, 38:9, 38:23, 51:5
**Vic** [2] - 137:8, 150:15
**victim** [1] - 50:20
**video** [9] - 105:11, 106:13, 144:9, 144:11, 145:8, 145:16, 147:8, 165:6, 165:12
**videos** [1] - 22:4
**violate** [2] - 82:20, 82:21
**violated** [1] - 83:11
**violates** [2] - 83:2, 84:21
**violation** [1] - 84:23
**violations** [3] - 11:15, 149:12, 167:9
**vividly** [1] - 58:17

**voice** [2] - 37:4, 52:21
**VOICE** [1] - 119:5
**voices** [1] - 218:10
**vote** [1] - 149:19
**VS** [1] - 1:4
**vying** [1] - 145:23

## W

**waist** [2] - 99:23, 100:6
**wait** [4] - 4:18, 70:13
**waiting** [12] - 67:9, 67:12, 67:13, 70:9, 71:22, 72:16, 88:21, 89:4, 95:4, 107:11, 108:2, 215:11
**waiver** [1] - 60:16
**wants** [7] - 22:8, 28:23, 102:14, 127:11, 144:18, 162:2, 162:5
**watch** [2] - 43:13, 43:14, 140:21
**Watch** [1] - 187:4
**weaken** [1] - 103:5
**weapon** [1] - 195:22
**wears** [1] - 194:21
**wedding** [3] - 185:5, 185:7
**week** [2] - 6:22, 7:15
**weeks** [12] - 7:15, 31:13, 93:23, 97:21, 98:13, 99:4, 101:2, 113:15, 114:8, 114:10, 161:15, 165:8
**Wegrzynek** [1] - 18:6
**weigh** [3] - 5:20, 31:18, 68:23
**weight** [2] - 176:2, 176:6
**Westfield** [1] - 1:15
**whatnot** [1] - 83:14
**whatsoever** [2] - 151:22, 201:2
**whole** [8] - 10:4, 20:6, 120:18, 146:7, 153:23, 154:9, 179:17, 220:8
**wide** [1] - 44:16
**wife** [12] - 45:22, 46:7, 49:2, 75:13, 75:18, 75:20, 128:3, 159:3, 185:9, 187:2, 187:7, 209:10
**wife's** [1] - 199:18
**Wilkes** [2] - 214:19, 214:21

**William** [3] - 35:21, 52:8, 53:1
**WILLIAM** [2] - 2:6, 52:16
**winner** [1] - 149:11
**winter** [4] - 122:10, 155:21, 158:10, 178:5
**wise** [2] - 27:10, 125:9
**withdraw** [2] - 34:8, 93:11
**witness** [40] - 4:8, 5:17, 8:4, 8:5, 12:5, 19:7, 32:11, 35:3, 35:17, 36:20, 41:4, 52:16, 54:14, 68:19, 92:16, 98:18, 102:4, 111:17, 119:15, 130:20, 134:9, 134:10, 134:12, 137:13, 141:22, 155:3, 160:10, 175:19, 182:17, 213:7, 218:5, 218:7, 218:8, 218:17, 219:15, 219:17, 219:22, 221:18
**WITNESS** [93] - 2:2, 9:5, 9:9, 9:16, 15:13, 15:19, 23:3, 23:12, 23:18, 24:1, 24:6, 25:1, 25:3, 25:9, 25:13, 25:17, 26:1, 26:5, 26:8, 26:12, 36:5, 36:7, 36:10, 36:13, 36:16, 42:12, 51:6, 51:13, 52:2, 52:9, 52:11, 52:15, 55:15, 61:7, 86:6, 86:9, 92:8, 92:11, 93:19, 93:22, 94:2, 94:5, 94:12, 94:17, 95:13, 96:11, 96:17, 97:16, 97:20, 112:19, 112:22, 113:1, 113:6, 113:10, 114:2, 114:12, 114:15, 114:19, 115:2, 115:5, 115:15, 115:22, 116:6, 116:10, 116:15, 116:23, 117:3, 117:6, 118:16, 119:14, 160:21, 175:13, 177:23, 178:3, 178:6, 178:9, 178:13, 178:23, 179:5, 179:11, 179:14, 180:1, 180:10, 180:13, 180:23, 181:3, 181:7,

181:13, 181:16, 181:18, 181:23, 182:2, 187:19
**witness'** [2] - 55:13, 56:23
**witnessed** [3] - 47:16, 57:20, 197:7
**witnesses** [6] - 35:9, 35:19, 35:22, 98:19, 212:8, 221:13
**won** [5] - 11:1, 15:3, 19:23, 53:19, 109:14
**wondered** [1] - 191:10
**wondering** [1] - 131:10
**word** [5] - 46:5, 99:20, 127:17, 216:17, 216:21
**wording** [1] - 171:14
**words** [8] - 3:19, 96:13, 99:18, 99:19, 110:20, 148:4, 156:2, 214:13
**worker** [1] - 139:3
**works** [4] - 85:2, 205:13, 206:3, 206:9
**world** [1] - 128:2
**worried** [4] - 99:13, 99:17, 100:11, 100:12
**worry** [4] - 18:21, 18:23, 19:2, 129:10
**worth** [1] - 68:23
**write** [16] - 11:5, 44:17, 44:19, 79:19, 80:13, 84:22, 127:8, 127:15, 135:4, 161:9, 184:5, 194:4, 198:22, 200:16, 204:23, 208:7
**writing** [3] - 126:19, 126:22, 154:20
**written** [12] - 3:6, 3:13, 10:1, 16:8, 17:19, 61:23, 77:12, 81:10, 84:14, 121:15, 139:12, 177:20
**wrongdoing** [1] - 217:10
**wrote** [10] - 18:14, 127:11, 153:23, 155:10, 170:11, 183:22, 199:12, 203:7, 204:16, 204:18

## X

**XO** [1] - 59:6

## Y

**year** [15] - 5:9, 8:14, 20:12, 22:17, 37:10, 42:11, 55:5, 59:2, 113:15, 114:22, 122:9, 124:2, 134:5, 139:15, 209:15

**years** [24] - 22:2, 22:16, 30:9, 49:17, 63:23, 120:1, 120:19, 125:11, 135:8, 136:6, 137:21, 148:22, 158:18, 162:15, 170:6, 183:4, 183:6, 183:10, 183:11, 200:19, 204:20, 208:3, 208:6

**yell** [1] - 16:3

**yelling** [2] - 11:17, 15:23

**young** [1] - 75:21

**yourself** [3] - 37:4, 62:23, 193:4

**yup** [1] - 190:3