UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 3:16-CV-30024-MAP

| | |
|---|---|
| MARK GILBERT,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| CITY OF CHICOPEE, WILLIAM JEBB,<br>RICHARD KOS, JOHN PRONOVOST,<br>JOHN DOE & JANE DOE,<br>    Defendants | )<br>)<br>)<br>) |

### DEFENDANTS, CITY OF CHICOPEE AND RICHARD KOS', MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Now come the defendants, City of Chicopee and Richard Kos ("defendants"), and hereby respectfully move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiff's Amended Complaint & Demand for Jury Trial (the "Amended Complaint"). The defendants assert that the Amended Complaint fails to state a claim upon which relief can be granted. As reasons for this motion, the defendants incorporate herein by reference defendants' memorandum of law in support of their motion to dismiss the Amended Complaint and their memorandum of law in support of their motion to dismiss the original complaint.

                                        THE DEFENDANTS,
                                        CITY OF CHICOPEE AND
                                        RICHARD KOS

                                        By    */s/ Nancy Frankel Pelletier*
                                        Nancy Frankel Pelletier, Esq.,BBO# 544402

                                        ~and~

                                        By    */s/ David S. Lawless, Esq.*
                                        David S. Lawless, Esq.-BBO #664754
                                        Both of
                                        Robinson Donovan, P.C.

610529

1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301 Fax (413) 452-0342
npelletier@robinsondonovan.com
dlawless@robinsondonovan.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 7th day of April, 2017.

*Subscribed under the penalties of perjury.*

                                             */s/ Nancy Frankel Pelletier, Esq.*
                                             Nancy Frankel Pelletier, Esq.