UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
MARK GILBERT,                       )
         Plaintiff,                 )
                                    ) Civil Action
THE CITY OF CHICOPEE,               ) No. 3:16-cv-30024-MAP
WILLIAM JEBB, JOHN PRONOVOST,       )
RICHARD J. KOS, et al.              )
         Defendant.                 )
```

ORDER OF DISMISSAL

November 14, 2017

PONSOR, D.J.

Pursuant to the court's memorandum and order of this date granting the defendant's motions to dismiss, it is hereby ordered that this case be closed.

It is so ordered.

/s/ Michael A. Ponsor____
U.S. District Court Judge