UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 3:16-cv-30024-MAP

_____
MARK GILBERT                           )
    Plaintiff,                         )
                                       )
v.                                     )
                                       )
CITY OF CHICOPEE, WILLIAM JEBB,        )
RICHARD KOS, JOHN PRONOVOST,           )
JOHN DOE & JANE DOE.                   )
    Defendants.                        )
                                       )
_____ )

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3, notice is hereby given that Plaintiff, Mark Gilbert, hereby appeal to the United States Court of Appeals for the First Circuit from the District Court's Order entered November 14, 2017, (Docket No. 86), allowing Defendants' Motion to Dismiss and dismissing Plaintiffs' Complaint.

                         Mark Gilbert
                         By his attorney,

Dated:  December 8, 2017          /s/ Shawn P. Allyn
                        _____

                         Shawn P. Allyn, Esq.
                         Allyn & Ball, P.C.
                         98 Lower Westfield Road, Suite M
                         Holyoke, MA 01040
                         BBO# 643237
                         Tel: (413) 538–7118
                         Fax: (413) 538–6199

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 8, 2017.

                         /s/ Shawn P. Allyn
                         _____
                         Shawn P. Allyn