**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Gilbert v. City of Chicopee, et al.

District Court Number: 16cv30024-MAP

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending Yes ____ No _X_    Sealed documents Yes ____ No _X_
If yes, document # _____    If yes, document # _____

*Ex parte* documents Yes ____ No _X_    Transcripts Yes ____ No _X_
If yes, document # _____    If yes, document # _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#86 Memorandum and Order, #87 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#86, #87, and #88

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 88 filed on December 8, 2017.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 8, 2017.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**